UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - X
                                                :

UNITED STATES OF AMERICA            :     <u>PRIOR FELONY</u>
                                                :     <u>INFORMATION</u>

    -v.-                                       :     S1 16 Cr. 281 (PGG)

BRANDON GREEN,
  a/k/a "Light,"
                        Defendant.        :

- - - - - - - - - - - - - - - - - - - - X

The United States Attorney charges:

1.    On or about December 4, 2006, in the Southern District of New York, BRANDON GREEN, a/k/a "Light," the defendant, was convicted of conspiracy to distribute narcotics, in violation of Title 21, United States Code, Section 846, for which he was sentenced to 84 months' imprisonment.

2.    Accordingly, BRANDON GREEN, a/k/a "Light," is subject to the enhanced penalties of Title 21, United States Code, Section 841(b)(1)(A).

        (Title 21, United States Code, Section 851.)

Dated:     New York, New York
            January 6, 2017

                                            _____
                                            PREET BHARARA MS
                                            UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

BRANDON GREEN,
a/k/a "Light,"

Defendant.

PRIOR FELONY INFORMATION

S1 16 Cr. 281 (PGG)

(21 U.S.C. § 851.)

PREET BHARARA
United States Attorney.