IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 16-cr-00281-2 (PGG) |
| | : | |
| vs. | : | |
| | : | |
| BRANDON GREEN, *et al.* | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Melissa S. Geller of Duane Morris, LLP, being admitted to practice before this Court, enters her appearance on behalf of Defendant Brandon Green.

Dated: February 20, 2018

                                                                                                  Duane Morris LLP

                                          By:  /s/ Melissa S. Geller  .
                                                     Melissa S. Geller
                                                     E-mail:   msgeller@duanemorris.com
                                                   One Riverfront Plaza
                                                   1037 Raymond Blvd., Suite 1800
                                                 Newark, NJ 07102-5429
                                                 Telephone: +1 973 424 2000
                                                 Fax: +1 973 424 2001
                                                 *Attorneys for Defendant Brandon Green*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | : 16-cr-00281-2 (PGG) |
| vs. | : |
| BRANDON GREEN, *et al.* | : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of New York that on February 20, 2018 I served a true and correct copy of the foregoing Notice of Appearance by ECF on all counsel of record.

Dated: February 20, 2018

DUANE MORRIS LLP

By:   /s/ Melissa S. Geller           .
    Melissa S. Geller
    E-mail:   msgeller@duanemorris.com
    One Riverfront Plaza
    1037 Raymond Blvd., Suite 1800
    Newark, NJ 07102-5429
    Telephone: +1 973 424 2000
    Fax: +1 973 424 2001
    *Attorneys for Defendant Brandon Green*