

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 2, 2018

**BY ECF**
The Honorable G. Paul Gardephe
United States District Judge
Southern District of New York
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/18
```

      Re:    **United States v. Brandon Green**
              S1 16 Cr. 281 (PGG)

Dear Judge Gardephe:

      The Government and counsel for defendant Brandon Green have conferred about a briefing schedule for the defendant's suppression motion. The parties jointly propose that the Government file a response brief by March 26, 2018, and the defendant file a reply by April 16, 2018.

                                      Respectfully submitted,

                                      GEOFFREY S. BERMAN
                                      United States Attorney

                     By:    /s/ Jared Lenow
                           Abigail S. Kurland
                           Jared Lenow
                           Christopher Clore
                           Assistant United States Attorneys
                           (212) 637-2966

Cc: all counsel of record (by ECF)

**SO ORDERED:**

_____
**Paul G. Gardephe, U.S.D.J.**
        March 5, 2018