UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– v.–

BRANDON GREEN,

                Defendant.

**ORDER**

16 Cr. 281 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        By November 22, 2019, the parties will submit briefing on the issue of whether it is proper for this Court to address, at this stage of the proceedings, Defendant's allegations that he received ineffective assistance of counsel at trial.

Dated: New York, New York
        November 8, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge