UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BRANDON GREEN,

                Defendant.

**ORDER**

16 Cr. 281 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that a conference to discuss Defendant's desire to proceed pro se and Defendant's ineffective assistance of counsel claim will take place in this action on **March 10, 2020, at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
        February 28, 2020

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge