UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BRANDON GREEN,

                Defendant.

**ORDER**

16 Cr. 281 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the conference currently scheduled for April 7, 2020 is adjourned to **May 26, 2020, at 3:15 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Zoe Dolan, Green's counsel, is directed to appear in person.

Dated: New York, New York
       March 9, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge