UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>BRANDON GREEN,<br><br>Defendant. | **ORDER**<br><br>16 Cr. 281 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the hearing in this action previously scheduled for May 26, 2020 is adjourned to **June 30, 2020 at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
May 4, 2020

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge