UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BRANDON GREEN,

               Defendant.

**ORDER**

16 Cr. 281 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the hearing in this action previously scheduled for June 30, 2020 is adjourned to **August 14, 2020, at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       June 9, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge