UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BRANDON GREEN,

                Defendant.

**ORDER**

16 Cr. 281 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the hearing in this action previously scheduled for August 14, 2020 is adjourned to **October 30, 2020, at 12:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       August 10, 2020

SO ORDERED.

_Paul G. Gardephe_

Paul G. Gardephe
United States District Judge