UNITED STATES DISTRICT COURT
SOUTHAIN DISTRICT OF NEW YORK
---

UNITED STATES OF AMERICA

-against-

BRANDON GREEN,

                Defendant.

**ORDER**

(S5) 16 Cr. 281 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the hearing in this matter previously scheduled for October 30, 2020 is adjourned to **November 5, 2020 at 12:00 p.m.**  The hearing will be held telephonically.

    The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642.  The press and public may obtain access to the telephone hearing by dialing the same number and using the same access code.  The Court is holding multiple telephone conferences on this date.  The parties should call in at the scheduled time and wait on the line for their case to be called.  At that time, the Court will un-mute the parties' lines.  Two days before the conference, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the hearing so that the Court knows which numbers to un-mute.  The email should include the case name and case number in the subject line.

Dated: New York, New York
       October 23, 2020

                                          SO ORDERED.

                                          Paul G. Gardephe
                                          United States District Judge