UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-against-

BRANDON GREEN,

                  Defendant.

**ORDER**

(S5) 16 Cr. 281 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

       For the reasons stated at the November 17, 2020 telephone conference, defense counsel Zoe Dolan's application to withdraw as counsel for Defendant Brandon Green is granted.

       During the November 17, 2020 conference, Defendant requested the appointment of stand-by counsel pursuant to the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. The Government is directed to arrange for the appointment of stand-by counsel.

       A status conference will take place on **December 1, 2020 at 12:00 p.m.** The conference will be conducted telephonically.

       The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code. The Court is holding multiple telephone conferences on this date. The parties should call in at the scheduled time and wait on the line for their case to be called. At that time, the Court will un-mute the parties' lines. Two days before the conference, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be

using to dial into the conference so that the Court knows which numbers to un-mute. The email should include the case name and case number in the subject line.

Dated: New York, New York
November 17, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge