

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 8, 2020

**BY EMAIL**
The Honorable Sarah Netburn
United States Magistrate District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   *United States v. Brandon Green*, 16 Cr. 281 (PGG)

Dear Judge Netburn:

      The Hon. Paul G. Gardephe has referred this matter for appointment of counsel by the Magistrate Judge.  The Government therefore respectfully requests that the Court "so-order" the appointment of CJA attorney Steven Witzel as standby counsel for defendant Brandon Green to assist in the representation of Green during post-trial proceedings.  Green's Financial Affidavit was previously approved and signed by Judge Gabriel W. Gorenstein on May 16, 2017.

      Respectfully submitted,

      AUDREY STRAUSS
      Acting United States Attorney

By:  /s/_____
      Jessica K. Feinstein
      Assistant United States Attorney
      (212) 637-1946

cc:   Steven Witzel, Esq.

---

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

December 8, 2020
New York, New York