

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 22, 2020

**BY ECF**

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States* v. *Latique Johnson et al.*, 16 Cr. 281 (PGG)

Dear Judge Gardephe:

    Please be advised that I am leaving the United States Attorney's Office for other employment. Accordingly, please remove me as counsel of record in the above-captioned case.

    Thank you very much for the Court's consideration.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

By:    /s/
    Max Nicholas
    Assistant United States Attorney
    (212) 637-1565

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge

December 23, 2020