To: Clerk of Court

500 Pearl Street

New York, NY 10007

From: Brandon Green, Defendant, Pro Se

Reg. No. 56400-054

MDC - Brooklyn, 11232

P.O. Box 329002

Brooklyn, NY 11232

Re: Case No. 16 Cr. 281

Date: January 5, 2020

Complaint Regarding Court Filings

To the Clerk of this Court:

    I recently sent a letter titled: "REQUEST FOR ADDITIONAL TIME TO SUBMIT AFFIDAVIT", and dated: "December 4, 2020", to this Court, certified mail (see Exhibit "A"), which was received by this Court on or about December 9, 2020; however, that letter was never filed in my docket notes. As you know, I've wrote before complaining about this issue, and again I am frustrated to have to do this again. I feel as though my rights are being denied, to things like to access the courts, due process, and to petition for redress. Please, can you ensure that that letter is filed. If for some reason you cannot find it, or have any questions or concerns, please let me know by contacting me at the address above. Thank you.

Sincerely,

_____/S/_____

Brandon Green

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1Z65X9060375062413

**Weight**
0.10 LBS

**Service**
UPS Ground

**Shipped / Billed On**
12/07/2020

**Delivered On**
12/09/2020 11:35 A.M.

**Received By**
MAILROOM

**Delivered To**
NEW YORK, NY, US

**Left At**
Mail Room

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 01/09/2021 9:21 A.M. EST

Print this page

"Exhibit A"