To: Judge Paul G. Gardephe
500 Pearl Street
New York, NY 10007

Brandon Green Reg. # 56400-054
MDC Brooklyn
PO BOX 329002

Date: January 6, 2021

        Re: United States v. Brandon Green (Case No. 16-CR-281-002)

Honorable Judge Gardephe,

I, Brandon Green, Pro Se, submit this letter to put the Court on Notice that I OBJECT to any further electronic Court appearances over the telephone.

Also, I want the Court to be aware that I no longer wish to have stand-by counsel (attached is an email between myself and Mr. Witzel). Just so the record is fully clear here, No one has ever sent me the attorney client waiver form and/or the Judge's Order from November 20th.

Furthermore, I feel as though the Court is bias; that it's trying to force me to address my claims prematurely because the Court has already made its mind up about whether my trial attorneys were effective:

THE COURT: ... I will say that I think both Mr. Breslin and Ms. Geller have performed admirably throughout their entire representation of Mr. Green, both in terms of their in-court performance as well as in their written materials, so I think that Mr. Green has been the beneficiary of excellent representation up to now.

Transcripts of July 25, 2019 Substitution Conference, Pg.(s) 5-6.

Moreover, I'm still without my Client file, and I've yet to receive and review the 3500 Materials and other documents that I requested. These things are needed so that I can be provided a meaningful opportunity to be heard, and I feel as though this is why I'm not being provided these things. This is extremely frustrating.

Mr. Witzel has informed me that Ms. Dolan has told him about their being a virus in the Client File sent to her by Mr. Bresilin; ergo, she never was able to open and review it, so she could not have known what, if any, meritorious claims
existed. This is a serious problem, especially since Ms. Dolan stated to this Court that she had raised all claims that she felt were meritorious here. It seems as though every attorney I've had on this Case is prone to misleading me and the Courts. This has to stop.

Therefore, I ask that this Court please take heed to my concerns and complaints raised herein. If there are any questions or concerns please feel free to let me know. Thank you.

Sincerely,
_____/S/_____
Brandon Green

