To: Judge Paul G. Gardephe

500 Pearl Street

New York, NY 10007

Brandon Green Reg. # 56400-054

MDC Brooklyn

PO BOX 329002

Date: January 6, 2021

Re: United States v. Brandon Green (Case No. 1:16-CR-00281)

Honorable Judge Gardephe,

    I, Brandon Green, Pro Se, submit this letter to put the Court on notice that I OBJECT to any further electronic Court appearances over the telephone.

    Also, I want the Court to be aware that I no longer wish to have stand-by counsel (attached is an email between myself and Mr. Witzel). Just so the record is fully clear here, no one has ever sent me the attorney client waiver form and/or the Judge's Order from November 20th.

    Furthermore, I feel as though the Court is bias; that it is trying to force me to address my claims prematurely because the Court has already made its mind up about whether my trial attorneys were effective:

THE COURT: ... I will say that I think both Mr. Breslin and Ms. Geller have performed admirably throughout their entire representation of Mr. Green, both in terms of their in-court performance as well as in their written materials. So I think that Mr. Green has been the beneficiary of excellent representation up to now.

(Transcripts of July 25, 2019 substitution conference, Pg(s) 5-6.)

Moreover, I'm still without my client file, and I've yet to receive and review the 3500 Materials and other documents that I have requested. These things are needed so that I can be provided a meaningful opportunity to be heard, and I feel as though that is why I'm not being provided these things. This is extremely frustrating.

Mr. Witzel has informed me that Ms. Dolan has told him about their being a virus in the Client File sent to her by Mr. Breslin; ergo, she never was able to open and review it, so she could not have known what, if any, meritorious claims existed. This is a serious problem, especially since Ms. Dolan stated to this Court that she had raised all claims that she felt were meritorious here. It appears every attorney I've had on this Case is prone to misleading me and the Courts. This must stop.

Therefore, I ask that this Court please take heed to my concerns and complaints raised herein. If there are any questions or concerns, please feel free to let me know. Thank you.

Sincerely,

_____/S/_____
Brandon Green

To: Steven M. Witzel

CC: Honorable Judge Paul G. Gardephe, ASUA Jessica Feinstein

01/05/2021

Mr. Witzel:

Good morning - I am requesting you submit a letter to the Court's to address a few things. First, I no longer wish to have stand-by counsel. I would rather proceed Pro Se completely. Second, I do not wish to do the court appearances over the phone anymore; I would like to do them in person. There seems to be an issue with the phones here. I keep getting disconnected and it is causing me a lot of frustration. Lastly, I'd be happy to sign the Attorney-Client Privilege form (which has never been sent to me). Like I said on the phone, I feel like I'm being forced into addressing these claims prematurely, without being given access to my client file and important case information. Ms. Dolan told you that the client file that Mr. Breslin sent her had a virus; ergo, she never was able to properly review my case to determine what meritorious claims to file.

Furthermore, I sent a letter to the Court several weeks ago clearly stating that I had not received the Attorney-Client Privilege Waiver Form, and that I needed more time to work on my Affidavit of Facts and Claims. However, not to my surprise either, that letter still has not been filed in the Court Docket. This appears to be a reoccurring problem here. Previously, I had to file a complaint with the Clerk of Court stating a denial of access to the courts in order for my documents to be filed. I should not have to do this every time I send the Court's something.

It just appears to me that I keep getting the run around, and I keep getting pressured into moving forward here when EVERYONE knows I am not prepared. This is completely contrary to Due Process. I deserve a meaningful opportunity to respond, and I feel that I'm not being given this because I'm not being given, inter alia, my client file and the law enforcement 3500 materials.

Please note that I will also be forwarding a copy of this letter to the Courts. Thank you.

Sincerely,

Brandon Green 56400-054

Bramdon Green 54400054
MDC Brooklyn
Metropolitan Detention Center
P.O. Box 329002
Brooklyn NY 11232

Hon. Paul G. Gardephe
Thurgood Marshall
U.S. Courthouse
40 Foley Square
New York, NY 10007

7019 1640 0000 6809 9267