UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>BRANDON GREEN,<br><br>                              Defendant. | **ORDER**<br><br>(S5) 16 Cr. 281 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      The Government is directed to respond to Defendant's application for release on bail (Dkt. No. 931) by February 2, 2021.

Dated: New York, New York
      January 26, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge