**Fried, Frank, Harris, Shriver & Jacobson LLP**

One New York Plaza
New York, New York 10004
Tel: +1.212.859.8000
Fax: +1.212.859.4000
www.friedfrank.com

**FRIED FRANK**

Direct Line: +1.212.859.8592
Email: steven.witzel@friedfrank.com

January 26, 2021

*By ECF*

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   ***United States v. Brandon Green***, **S5 16 Cr. 281 (PGG)**

Dear Judge Gardephe:

We submit this letter pursuant to the Court's request to confirm that we transmitted the Court's November 19, 2020 Order (Docket No. 907), and the related attorney-client privilege waiver to Mr. Green at the MDC Brooklyn. This letter is on behalf of ourselves and AUSA Jessica Feinstein, who has reviewed the text.

On January 5, 2021, we sent Mr. Green the Order, the waiver form and a self-addressed stamped envelope with a letter informing him that we would file the signed waiver on the docket for him if he returned it to us. That package was delivered to the MDC on January 11, 2021; proof of delivery is attached. We understand that the Government sent a similar package to Mr. Green on January 5, 2021 as well.

Respectfully submitted,

*[signature]*

Steven M. Witzel

cc:   AUSA Jessica Feinstein (by ECF)
      Brandon Green (by U.S. Mail, First Class)

Encl.

**New York • Washington • London • Frankfurt**
Fried, Frank, Harris, Shriver & Jacobson LLP is a Delaware Limited Liability Partnership

ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPL…

## USPS Tracking®

FAQs >

Track Another Package +

Tracking Number: 70202450000124852545

Remove ✕

Your item was delivered at 8:11 am on January 11, 2021 in BROOKLYN, NY 11232.

## ⊗ Delivered

January 11, 2021 at 8:11 am
Delivered
BROOKLYN, NY 11232

Get Updates ∨

Feedback

---

Text & Email Updates                    ∨

---

Tracking History                        ∨

---

Product Information                     ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback