UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BRANDON GREEN,

Defendant.

**ORDER**

16 Cr. 281 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Defendant Brandon Green has informed the Court that he refuses to participate in any further proceedings by telephone. (Jan. 6, 2021 Def. Ltr. (Dkt. No. 932))  As a result of the COVID-19 pandemic, in-person operations at the courthouses in this District have been suspended, because such proceedings cannot be safely conducted.  See In re Coronoavirus/COVID 19 Pandemic, M10-468, First Am. Standing Order (20-misc-622, Dkt. No. 3).  Given Green's refusal to participate by telephone, the conference in this matter previously scheduled for February 9, 2021, is adjourned sine die.

Dated: New York, New York
       February 8, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge