TRULINCS 56400054 - GREEN, BRANDON - Unit: BRO-G-A

---

FROM: 56400054
TO: barbosa, Irene; CARETER, CASIE
SUBJECT: NOTICE OF INTENT
DATE: 02/23/2021 08:07:11 PM

To: Clerk of Court, SDNY

From: Brandon Green Reg. No. 56400-054
Defendant, Pro Se

cc: Office of AUSA, SDNY

Re: Case No. 16 Cr. 281--002 (PGG)

Date: February 23, 2021

### NOTICE OF INTENT TO RESPOND TO GOVERNMENT'S OPPOSITION TO BAIL APPLICATION; AND, NOTICE OF INTENT TO MOVE TO RECUSE JUDGE ASSIGNED TO CASE

Please take notice that the Defendant, Brandon Green, Pro Se, Hereby Respectfully gives this Court and all Parties to these proceedings Notice of his intent to move to recuse the Judge assigned to this Case. Moreover, because Mr. Green is proceeding in this manner, he has chose to hold off responding to the Government's Opposition to his Bail Request--at least until the Motion to Recuse is filed and ruled upon. Mr. Green is submitting this Notice to establish Good Cause / Excusable Neglect for not submitting his reply to the Government's Bail Opposition at this time.

Respectfully Submitted,

---

Brandon Green Reg. # 56400-054
Defendant, Pro Se
MDC - Brooklyn
P. O. Box 329002
Brooklyn, NY 11232



Washington Green 56900074
MDC Brooklyn
PO Box 329002
Brooklyn, NY 11232

Legal Mail

Att: Court Of Clerk
U.S. Clerk 9 SDNY
500 Pearl Street
New York, NY 10007

Criminal Docketing