UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>BRANDON GREEN,<br><br>                              Defendant. | **ORDER**<br><br>(S5) 16 Cr. 281 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      The Government is directed to respond to Defendant Brandon Green's pro se Motion to Recuse (Dkt. No. 955) by **March 18, 2021**.

Dated: New York, New York
       March 4, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge