**Fried, Frank, Harris, Shriver & Jacobson LLP**

**FRIED FRANK**

One New York Plaza
New York, New York 10004
Tel:  +1.212.859.8000
Fax: +1.212.859.4000
www.friedfrank.com

Direct Line: +1.212.859.8448
Email: courtney.morphet@friedfrank.com

March 17, 2021

*By ECF*

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   ***United States v. Brandon Green*, S5 16 Cr. 281 (PGG)**

Dear Judge Gardephe:

Mr. Green has directed us to file the enclosed in support of his filings at Docket Number 955. He also advised that he mailed the same to the Court, but it does not yet appear to have been added to the docket.  Accordingly, he directed us to file it tonight.  Given the constraints of the Corrlinks format in which we received the enclosure, it may appear as multiple messages.  Our understanding is that these documents should be filed and viewed as one motion and one exhibit.

Respectfully submitted,

*/s/* Courtney D. Morphet

Courtney D. Morphet

cc:   AUSA Jessica Feinstein (by ECF)
      Brandon Green (by U.S. Mail, First Class)

Encl.

New York • Washington • London • Frankfurt
Fried, Frank, Harris, Shriver & Jacobson LLP is a Delaware Limited Liability Partnership

24012243