# Courtney Morphet

| | |
|---|---|
| **From:** | GREEN BRANDON (56400054) |
| **Sent Date:** | Friday, March 19, 2021 12:53 PM |
| **To:** | courtney.morphet@friedfrank.com |
| **Subject:** | Notice of Intent |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
UNITED STATES OF AMERICA,
              Plaintiff,                            Case No. 16 Cr. 120--001 (PGG)

    - against -                      NOTICE OF INTENT TO REPLY TO GOVERNMENTS
                                         OPPOSITION TO MR. GREEN'S RECUSAL PLEADING(S)

BRANDON GREEN , et al ,
              Defendant, Pro se.
-------------------------------------------------X

    PLEASE TAKE NOTICE that, under Local Criminal Rules for the Southern District of New York, Local Rule 49.1 (c), THE DEFENDANT, Brandon Green, Pro Se, will be filing his Reply to the Government's Opposition to his Affidavit and Motion to Recues previously filed in this matter.

    Local Rule 49.1, which governs the Service and Filing of Motion Papers in this District Court, states, in pertinent part, that: Unless otherwise provided by statute or rule, or unless otherwise ordered by the Court in a Judge's Individual Practices or in a direction in a particular case, upon any motion, the papers shall be served and filed as follows:

      . . . .

    (c) Any reply papers shall be filed and served within seven (7) days after service of the opposing papers.

Local Rule 49.1(c).

    Late last night - Thursday, March 18, 2021 - the Government filed their papers opposing Mr. Green's recent Affidavit and Motion to Recuse; therefore, Mr. Green, in accordance with the above-stated Local Rule, will be filing his Reply to that Opposition. Moreover, Mr. Green avers that he's filing his Reply in Good-Faith.

EXECUTED On this 19TH day of March, 2021.

                                                                                   Respectfully Submitted,

                                                                        _____/S/_____
                                                                         Brandon Green Reg. # 56400-054
                                                                         Defendant, Pro Se
                                                                         MDC - Brooklyn
                                                                         P.O. Box 329002
                                                                         Brooklyn, New York 11232

cc: The Attorney Steven Witzel, Stand-by Counsel;
Office of U.S. Attorney, SDNY (forwarded via Stand-by Counsel)