NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY

# Duane Morris®

FIRM and AFFILIATE OFFICES

ERIC R. BRESLIN

www.duanemorris.com

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS

ALLIANCES IN MEXICO
AND SRI LANKA

February 16, 2021

**VIA FedEx Overnight Mail**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: *United States v. Green*, S5 16 Cr. 281-2 (PGG)

Dear Judge Gardephe:

    We write in connection with the correspondence filed by Mr. Green regarding requests for information from our files. Specifically, we write to update the Court on what we have sent to Mr. Green. Upon our removal from the case, we sent a flash drive to Ms. Dolan containing, among other things, the 3500 materials, discovery, transcripts from the trial and the pre-trial suppression hearing. Ms. Dolan never advised that she could not access the documents. Upon Mr. Witzel's appointment, we again forwarded the 3500 material, government exhibits, and transcripts, as well as transcripts from the pre-trial suppression hearing.

    Following that, Mr. Green wrote to the Court requesting correspondence between us and the government. We have collected that correspondence and are in the process of reviewing it. Once it has been reviewed, we will provide copies to Mr. Green and to Mr. Witzel. Any documents covered by the Court's protective order will be sent only to Mr. Witzel, unless the Court orders otherwise.

    As for the additional information requested in Mr. Green's January 31, 2021 letter, the Sisco 3500, trial testimony, and stipulations were all provided to Mr. Witzel upon his appointment. The remaining information requested by Mr. Green will be captured in our current review. We believe that this covers Mr. Green's various requests.

DUANE MORRIS LLP   A DELAWARE LIMITED LIABILITY PARTNERSHIP                                GREGORY R. HAWORTH, RESIDENT PARTNER
ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800                  PHONE: +1 973 424 2000   FAX: +1 973 424 2001
NEWARK, NJ 07102-5429

DuaneMorris

February 16, 2021
Page 2

  If the Court has any questions or desires additional action on our part, please do not hesitate to let us.

                Respectfully submitted,

                /s/ Eric R. Breslin
                Eric R. Breslin


cc: All counsel of record via E-Mail.