

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 27, 2021

**BY ECF AND EMAIL**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Brandon Green*, S5 16 Cr. 281 (PGG)

Dear Judge Gardephe:

    In advance of the sentencing of Brandon Green on June 8, 2021, the Government respectfully writes to inform the Court of additional disciplinary infractions incurred by Green since the Government made its original sentencing submission. On July 10, 2020, Green was involved in a physical altercation with another inmate at the Metropolitan Detention Center Brooklyn. According to the Bureau of Prisons incident report, Green and the other inmate were observed striking each other. The other inmate suffered a deep gash over his left eyebrow and a laceration to his right forearm. A sharpened piece of metal with blood on the tip was recovered. Green admitted to fighting, and was sanctioned for fighting and being insolent to a staff member. The disciplinary report and incident report are attached hereto as Exhibit A.[1]

    This violent slashing is further proof that Green poses a continued danger to the community. Neither his conviction at trial nor impending sentencing have deterred him from engaging in audacious behavior in full keeping with the Blood Hound Brims' code of violence. For this and all the reasons set forth in the Government's prior sentencing submission, we

---

[1] The Government respectfully requests that Exhibit A be filed under seal because it contains identifying information for the victim of the slashing.

respectfully submit that a Guidelines sentence is necessary to protect the public from future crimes of the defendant.

                                    Respectfully submitted,

                                    AUDREY STRAUSS
                                  United States Attorney

                    By:   /s/ Jessica Feinstein
                          Jessica Feinstein
                          Allison Nichols
                          Andrew K. Chan
                          Assistant United States Attorney
                          (212) 637-1946 / 2366 / 1072

Cc:    Brandon Green, by certified mail
        Steven Witzel, Esq.