To: The Honorable Chief Judge Laura Taylor Swain

500 Pearl St

New York, NY 10007

From: Brandon Green Reg#: 56400-054

P.O. Box 329002

Brooklyn, NY 11232



Date: May 20, 2021

Case No. 16-Cr-281-002

Re: Petitioner requesting this Court to intervene for Defendant's Motion to Recuse

Petitioner Brandon Green is pleading with this Honorable Court to intervene in the matter presenting before Honorable Judge Paul G. Gardephe, who is presiding over the Petitioner's Criminal Case 1:16-cr-00281.

Petitioner has been in custody of the Bureau of Prisons for (48) forty-eight months regarding alleged criminal charges of Rico, which this petitioner was charged in along with others in this case.

This Petitioner exercises the Constitutional right that is available to him to proceed to a fair trial by jury.

The instant judicial complaint is against the Honorable Judge Gardephe, whose judicial duty is to be fair, impartial and just in any criminal case in front of him.

The Judge in the Petitioner's case allowed numerous constitutional violations to take place in his courtroom by the Government counsel prior to trial, and again after trial. This amounts to an irrevocable miscarriage of justice. The Honorable Judge Gardephe allowed the Government to violate the most important fundamental right of full disclosure of any Brady/Giglio material, due to the failure of the Governments counsel to disclose information before and after trial. This failure to disclose Brady material renders the trial and outcome unconstitutional. The Petitioner states that his constitutional rights were violated at every stage of these proceedings, pre and post-trial hearings, due to the

Government's failure to deliver to the Petitioner and his counsel the documents pertaining to his criminal trial. The Petitioner declares that had certain of the Brady/Giglio material(s) had been disclosed, the outcome of the trial would have been different.

Therefore, this Petitioner prays that this Honorable Court intervene to compel the Honorable Judge Paul G. Gardephe to answer this Petitioner's motion for Judge Gardephe to recuse himself from this case, for permitting this Brady and Constitutional violations.

In closing, due to the IAC, judicial and prosecutorial misconducts this Petitioner suffered in their hands, the Petitioner is enclosing a copy of the recusal motion, Reconsideration Motion and Affidavit of facts In Support of His Post-Conviction Claims - for the Honorable Judge Gardephe to resign from the instant case, and to allow the appointment of an impartial Judge to take over.[i]

Respectfully submitted,

Brandon Green, Pro se 56400054

_____

_____

[i] Enclosed is Docket 966 from the case which is speaking on the argument of the Chemist.

TRULINCS 56400054 - GREEN, BRANDON - Unit: BRO-G-A

---------------------------------------------------------------------------------------------------

FROM: 56400054
TO:
SUBJECT: Motion for Leave to Amend
DATE: 03/13/2021 11:26:44 AM

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT of NEW YORK
------------------------------------------------X
UNITED STATES OF AMERICA,
         Plaintiff,

       - against -

BRANDON GREEN, et al.,
        Defendant, Pro se.
------------------------------------------------X

Case No. 16 Cr. 281

MOTION FOR LEAVE TO AMEND AFFIDAVIT IN SUPPORT
OF MR. GREEN'S POST-CONVICTION AFFIDAVIT

    The Defendant, Brandon Green, Pro Se, hereby Respectfully submits this Motion asking this Honorable Court for leave to Amend his previously filed Affidavit In Support of his Post-Conviction Claims. Mr. Green submits that the proposed Amendments are contained in the accompanying document titled: "FIRST AMENDMENT TO AFFIDAVIT IN SUPPORT OF MR. GREEN'S POST-CONVICTION CLAIMS" (Hereafter the "Post-Conviction Affidavit"); and he contends that such amendments are submitted in good-faith [FN 1], and are necessary to ensure that he receives justice, and that he is relieved of the prejudices associated with the violations of his rights that have and continue to take place in this matter. Therefore, Mr. Green respectfully moves this Honorable Court to grant his leave to Amend his Post-Conviction Affidavit.

SUBMITTED on this 13 day of March, 2021.

                              Respectfully Submitted,

                              Brandon Green Reg. # 56400-054
                              Defendant, Pro Se

FOOTNOTE(S)

1. Mr. Green submits that he just recently received the information forming the basis of these Amendments, and that is why he did not raise these issues before.

TRULINCS 56400054 - GREEN, BRANDON - Unit: BRO-G-A

---------------------------------------------------------------------------------------

FROM: 56400054
TO:
SUBJECT: Amended Post-Conviction Affidavit Page 1
DATE: 03/12/2021 08:15:18 PM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of NEW YORK
-------------------------------------------X
UNITED STATES OF AMERICA,
             Plaintiff,                   Case No. 16 Cr. 281--002

   - against -           FIRST AMENDMENT TO AFFIDAVIT IN SUPPORT
                        OF MR. GREEN'S POST-CONVICTION CLAIMS

BRANDON GREEN, et al.,
             Defendant, Pro Se.
-------------------------------------------X

   I. Introduction

   The Defendant, Brandon Green, Pro Se, Respectfully Submits with this Honorable Court his First Amendment to his Affidavit In Support of his Post-Conviction Claims of, inter alia, ineffective assistance of counsel, and Government and Judicial Misconduct, previously filed in this matter [FN 1]; which he Humbly asks this Court to consider in conjunction therewith when deciding the appropriate relief to Grant here: Which Mr. Green contends is for his conviction(s) to be overturned, with prejudice, and or, he should be granted a new trial. [FN 2] In support of this Affidavit, Mr. Green avers to the following:

   II. Facts & Other Relevant Information

1. On or about January 28, 2019, Mr. Green's previous Attorneys, Eric R. Breslin, and Melissa S. Geller [FN 3], filed a letter with the District Court, dated January 28, 2019 (hereafter the "Jan. 28 Letter") (Doc. No. 491), discussing some concerns regarding the alleged seizure of purportedly some cocaine that was allegedly found on Mr. Green during a Traffic Stop that occurred [FN 4] on August 3, 2010 (hereafter the "Traffic Stop");

2. In the Jan. 28 Letter, Trial Counsel asked the Judge to find that the Government's late disclosure of an expert regarding the alleged cocaine allegedly from the Traffic Stop was untimely, and therefore, asked the Judge to preclude the admission of such;

FOOTNOTE(S)

1. Mr. Green will hereafter refer to the previously filed Affidavit in Support of his Post-Conviction Claims as the "Initial Affidavit".

2. Mr. Green submits that he is of the opinion that his rights were so severely violated that the Government should never be allowed to retry this Case--which was not brought in Good-faith, nor with Clean-hands. However, considering arguendo that a new trial is granted, Mr. Green contends that such must be devoid of the injustices that so plagued his first trial here.

3. Mr. Breslin and Ms. Geller will be referred to hereafter collectively as Trial Counsel, unless otherwise referenced by their respective names.

4. Notwithstanding Mr. Green's arguments presented via Mr. Green's Post-Conviction Claims, Mr. Green maintains that he should have been able to take the stand at trial and state, under oath that the Traffic Stop never took place, see First American Corp. v. Al-Nahyan, 2 F. Supp 2d 58 (D.D.C. 1998) (It is clear that Section 160.60 [New York Criminal Procedure Law] operates to allow a person protected by the Sealing Statute, as defined in Section 160.50(1)(d) [...], to truthfully state on an application for employment, OR EVEN UNDER OATH THAT NO ARREST OR PROSECUTION TOOK PLACE) (Quoting Original)(Interpolation Added and Internal Citations Omitted).

TRULINCS 56400054 - GREEN, BRANDON - Unit: BRO-G-A

---------------------------------------------------------------------------------------------

FROM: 56400054
TO:
SUBJECT: Amended Post-Conviction Affidavit Page 2
DATE: 03/13/2021 11:52:37 AM

3. In the Jan. 28 Letter, Trial Counsel stated, inter alia, that: We submit this letter in response to the [G]overnment's January 23, 2019 letter regarding the timing of Ashley Kupstow as an expert witness for the [G]overnment. The [G]overnment continues to confuse the central issue, which is the late disclosure of the expert Ashley Kupstow, and her notes about the second round of testing on the drugs ALLEGEDLY seized from Mr. Green in August 2010. They are, of course, JUST ALLEGATIONS, BECAUSE THE CASE AGAINST MR. GREEN WAS DISMISSED AND SEALED BY THE BRONX SUPREME COURT. Quoting Jan. 28 Letter (Emphasis and Interpolation Added); [FN 5]

4. As stated by Mr. Green in person to, and in previous submissions with, this Court, Mr. Green contends that he maintained his innocence to Trial Counsel, and any and all other attorney's who've been assigned to this Case; moreover, Mr. Green submits that at no time did he knowingly, willingly, nor intelligently waive his constitutional or human rights here;

5. Furthermore, Mr. Green submits that despite this, Trial Counsel failed to honor Mr. Green's requests;

6. Moreover, among these failures by Trial Counsel was their stipulating to the lab reports associated with the substance alleged to be cocaine which the New York Police Department (NYPD) purportedly found on Mr. Green during the August 3, 2010 Traffic Stop (hereafter the "Traffic Stop");

7. Mr. Green never knowingly, willingly, nor intelligently agreed to Trial Counsels stipulation of the lab reports from this Traffic Stop; and he submits that he recently found an e-mail between Trial Counsel and the Government that supports these contentions. See Exhibit "A" (e-mail between Trial Counsel and the Government dated January 30, 2019, stating, inter alia, that: "Our client is UNLIKELY to agree to waive his constitutional right to cross examine the chemist." [FN 6];

8. Moreover, Mr. Green submits that he never agreed to waive his right to challenge the Government's use of the Traffic Stop at his trial;

FOOTNOTE(S)
_____
5. In spite of Trial Counsel clearly being aware that the Bronx Supreme Court dismissed and sealed the state case associated with the Traffic Stop, they later stipulated - without my consent - to such being dismissed by the "Bronx District Attorney." See Trial Transcript Pg. 2884 (referring to Government Exhibit 1012). This raises serious concerns questioning the use of the Traffic Stop and the alleged testimony and evidence purportedly associated with such against Mr. Green at his trial: for instance, how did the Government get these records and this alleged evidence without following the unsealing provisions associated with such? Moreover, it is clear that Trial Counsel helped the Government to allow the use of the Traffic Stop at trial, and they did this by virtue of their stipulating to the Bronx D.A. dismissing such, albeit that was not the case: The Bronx Supreme Court dismissed and sealed the state case. Furthermore, it appears as though the Government and Trial Counsel came to the conclusion to stipulate to this because of the Judges statements at trial that:

    THE COURT: I guess I'm under the impression
the DA's office dismisses all the time in cases where
it concludes that there might be a search issue... .

Trial Transcript Pg. 25 LL 22-24. Furthermore, the Judge stated this despite previously receiving Trial Counsel's Jan. 28 Letter stating that it was the Bronx Supreme Court that dismissed and sealed the New York State case associated with the Traffic Stop --NOT the Bronx D.A. See Jan. 28 Letter.

6. Mr. Green avers that he never waived this, nor any of his Constitutional or Human Rights in this matter; and this statement by Trial Counsel - just days before trial - gives credence to this. Moreover, Mr. Green contends that nothing changed from the time of this statement by Trial Counsel until the time of trial to justify their waiving his rights to attack the testimony and evidence associated with the Traffic Stop.

TRULINCS 56400054 - GREEN, BRANDON - Unit: BRO-G-A

---------------------------------------------------------------------------------

FROM: 56400054
TO:
SUBJECT: Amended Post-Conviction Affidavit Page 3
DATE: 03/13/2021 12:32:35 PM

9. However, Trial Counsel did not move to suppress or otherwise exclude the introduction of the Traffic Stop and alleged testimony and evidence purportedly associated with such;

10. Also, Trial Counsel failed to call their own expert for the alleged cocaine allegedly seized during the Traffic Stop;

12. Mr. Green never waived his right to challenge this evidence, and the e-mail between Trial Counsel and the Government mentioned above supports this. See Exhibit "A";

13. Furthermore, Trial Counsel never should have stipulated to the Government's expert here, especially in light of the late disclosure of such by them;

14. Mr. Green was severely prejudiced here by these failures by Trial Counsel: Had Trial Counsel honored Mr. Green's requests, and challenged this evidence and testimony, it never would have been allowed to have been used against him at his trial; and, had this happened the result of the proceedings would have been different: i.e., Mr. Green would not have been found guilty of any and all charges against him here;

15. Mr. Green submits that the alleged cocaine allegedly from the Traffic Stop was the "only" actual physical evidence of purported drugs that the Government had in its possession in their case against Mr. Green; and it was relied on heavily by the prosecution in this Case. See, for example, the Government's October 10, 2018 Enterprise Letter, Narcotics Trafficking & Firearms Section, Paragraph 3, which states: "Green[] possess[ed] approximately 32 grams of cocaine in the vicinity of Monterey Ave[.] and East 180TH Street, Manhattan, New York, on August 3, 2010" (See Exhibit "B" The Governments Enterprise Letter) [FN 7] [FN 8];

16. Additionally, Mr. Green submits that Trial Counsel lied to the Court in a letter dated, February 16, 2019 (hereafter the "Feb. 16 Letter") (Doc. No. 522), which states: The Government did not disclose, because it did not know, about Mr. Green's lawsuit against Officer Sisco, or Officer Sisco's prior sworn statements." (Quoting Feb. 16 Letter);

17. Mr. Green submits that this was clearly a lie; the Government did know about these things, and this is evinced by, inter alia, the handwritten 302 interview notes of NYPD Officer Jeffrey Sisco, dated 1/28/19 (therein it states D[oes not remember] being sued by B[randon] G[reen]; they don't tell you the outcome of the lawsuit);

EXECUTED on this ___ day of March, 2021.

Respectfully Submitted,

_____
Brandon Green Reg. # 56400-054
Defendant, Pro Se

FOOTNOTE(S)
_____
7. This document also support previous contentions.my Mr. Green that the Government knew the correct location of the address; further supporting Mr. Greens argument that the Government suborned perjured testimony from NYPD Officer Jeffrey Sisco, and fabricated evidence in the form of their map(s) used at trial wherein Officer Sisco circled the fabricated arrest location (As being the "Honeywell Complexes"); also, in the process of suborning the perjured testimony, Officer Sisco committed perjury himself.

8. It should be noted that no one (Governments CW's) at trial testified to meeting Mr. Green prior to the date of the Traffic Stop (i.e., August 3, 2010); therefore, considering arguendo that all of Mr. Green's other arguments regarding this arrest and the alleged purported cocaine fail, there was no nexus to the RICO and Narcotics Offense(s) here.

TRULINCS 56400054 - GREEN, BRANDON - Unit: BRO-G-A

-------------------------------------------------------------------------------

FROM: 56400054
TO:
SUBJECT: Amended Post-Conviction Affidavit Page 4
DATE: 03/13/2021 11:55:31 AM

SWORN DECLARATION

    I, Brandon Green, Hereby swear under penalty of perjury that I've read the information contained in the foregoing Affidavit, and that such is true and correct. 28 U.S.C. Section 1746.

SWORN to on this _13_ day of March, 2021.

Signature: _____

Print: Brandon Green

| Message | |
|---|---|
| From: | Nichols, Allison (USANYS) [Allison.Nichols@usdoj.gov] |
| Sent: | 2/4/2019 9:05:18 PM |
| To: | Geller, Melissa S. [/o=DuaneMorris/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Geller, Melissa S.1af]; Feinstein, Jessica (USANYS) [Jessica.Feinstein@usdoj.gov]; Chan, Andrew (USANYS) [Andrew.Chan@usdoj.gov] |
| CC: | Ezra Spilke [ezra@spilkelaw.com]; Paula Mazurek [paulanotari@aol.com]; Breslin, Eric R. [/o=DuaneMorris/ou=First Administrative Group/cn=Recipients/cn=ERB090]; Murray_Trial@hotmail.com |
| Subject: | RE: Stipulations |

Hi Melissa,

Thanks for this information – we are still looking over it and will get back to you soon. In the meantime, can you please resend the Western Union version of the stipulation you are proposing? The one attached did not appear to reflect any changes.

Thank you,
Alli

**From:** Geller, Melissa S.
**Sent:** Wednesday, January 30, 2019 11:19 AM
**To:** Feinstein, Jessica (USANYS) ; Nichols, Allison (USANYS) ; Chan, Andrew (USANYS)
**Cc:** Ezra Spilke ; Paula Mazurek ; Breslin, Eric R. ; Murray_Trial@hotmail.com
**Subject:** Stipulations

Counsel,

On behalf of the Green and Johnson teams, here are our comments and responses on the proposed stipulations.

Facebook / Instagram Stipulations
We are awaiting re-drafted stipulations regarding the Facebook / Instagram in accordance with previous correspondence.

Pinkney / Grayson / Sanchez Seizures
No objection to stipulating that these documents were seized from the respective residences of Pinkney / Grayson / Sanchez. We will also stipulate that the stipulation is admissible. We will not stipulate that the documents / objects themselves are admissible. We will preserve all non-authenticity objections. Please note, that while we are generally willing to stipulate to authenticity for certain documents, we are unlikely to stipulate that evidence is admissible. Comments in track changes in the attached.

Chemist Stipulations
We are not willing to stipulate to a bulk stipulation for many reasons, not least because it is confusing as to what drugs are covered or were tested by which chemists, so we will only consider individualized stipulations. As for Mr. Green, the question of the chemist report is currently an issue before Judge Gardephe. Although we are willing to reconsider after Judge Gardephe decides the issue, we are unlikely to agree to the stipulation as drafted. Our client is unlikely to agree to waive his constitutional right to cross examine the chemist. If you have an alternate, or a more narrow stipulation that you want to propose, we are happy to consider it.

Western Union
I see that the Western Union records are located at US_008195-8196. I looked through the 1/20/2018 production, where I thought they were housed, but I can't seem to find them. Please let me know which folder in the January 2018 discovery set these documents are housed or attach them by return email. As a general matter, we are fine stipping to

DMGreenFile_0001789

To: Clerk of Court, SDNY

From: Brandon Green Reg. No. 56400-054

Defendant, Pro Se

cc: Office of AUSA, SDNY


Re: Case No. 1:16-CR-00281

Date: February 23, 2021


### NOTICE OF INTENT TO RESPOND TO GOVERNMENT'S OPPOSITION TO BAIL APPLICATION;

### AND, NOTICE OF INTENT TO MOVE TO RECUSE JUDGE ASSIGNED TO CASE


Please take notice that the defendant, Brandon Green, Pro Se, hereby respectfully gives this Court and all Parties to these proceedings Notice of his intent to move to recuse the Judge assigned to this case. Moreover, because Mr. Green is proceeding in this manner, he has chosen to hold off responding to the Government's Opposition to his Bail Request--at least until the Motion to Recuse is filed and ruled upon.  Mr. Green is submitting this Notice to establish good cause / excusable neglect for not submitting his reply to the Government's Bail Opposition currently.


Respectfully Submitted,


_____


Brandon Green Reg. # 56400-054

Defendant, Pro Se

MDC – Brooklyn

P. O. Box 329002

Brooklyn, NY 11232

To: Honorable Judge Paul G. Gardephe, U.S.D.J. - SDNY

From: Brandon Green Reg. No. 56400-054

Defendant, Pro Se

cc: Attorney Steven Witzel; Office of AUSA;

Re: Case No. 16 Cr. 281--002 (PGG)

COVER LETTER; AND CERTIFICATE OF SERVICE

Dear Judge Gardephe,

Thank you for your time. I'm writing to inform you that I've sent herewith: An Affidavit and Motion to Recuse, as well as a Motion to Reconsider, with an Index to Exhibits for those pleadings, and my Affidavit in Support of my IAC and other post-conviction claims.  Please upload these documents to my case docket if they have not been so already and move forward with addressing the same in due form of law. Thank you for your time.

Please take notice that this cover letter also serves as my Certificate of Service, to certify that I also sent a copy of all the accompanying documents to, inter alios, the Office of the United States Attorney, via U.S. Mail, on this 23rd day of February 2021.

Respectfully Submitted,

_____/S/_____

Brandon Green Reg. # 56400-054

Defendant, Pro Se

MDC - Brooklyn

P.O. Box 329002

Brooklyn, New York 11232

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------X

UNITED STATES OF AMERICA,

Plaintiff,


- against -


BRANDON GREEN, et al.,

Defendant, Pro Se.

----------------------------------------------X


Case No. 16 Cr. 281--002 (PGG)


AFFIDAVIT OF FACTS IN SUPPORT OF RECUSAL (28 U.S.C/ Section(s) 144, 455(a), 455(b)(1))

- and -

AFFIDAVIT OF FACTS IN SUPPORT OF RECONSIDERATION (Local Criminal Rule 49.1(d))



I. Introduction


     The defendant, Brandon Green, Pro Se, submits this Affidavit, under Title 28 U.S.C. Section(s) 144, 455(a), 455(b)(1), and U.S. Code Jud. Conduct, Canon(s) 1, 2(A), 3 et seq., to respectfully move the Judge assigned to this case, the Honorable United States District Court Judge, Paul G. Gardephe (hereafter "the Judge"), to recuse himself, and allow for the appointment of another Judge, because of, inter alia, the apparent personal bias and prejudice harbored by the Judge against Mr. Green. Furthermore, Mr. Green submits that this Affidavit, and more specifically, the facts within, are also submitted to support the accompanying motion for reconsideration. [FN 1] The Facts and Relevant Information supporting this Affidavit are as follows:

II. Facts and Other Relevant Information

1. Mr. Green will only be submitting the facts and information that he feels is relevant to understanding his arguments and claims raised herein, and in the accompanying papers [FN 2];

2. On or about March 28, 2019, following a five (5) week trial, Mr. Green was found guilty of the following (3) three counts listed in the indictment(s) against him in this case, to-wit: Count-One: Racketeering Conspiracy, Count-Four: Narcotics Conspiracy, and Count-Five: Use and/or Possession of Firearms in Connection with Narcotics Conspiracy;

3. For trial, Mr. Green was represented by the attorney(s), Eric R. Breslin, and Melissa S. Geller, of the Law Firm of Duane Morris (hereafter collectively referred to as "trial counsel", unless otherwise stated by their respective names);

4. Approximately two (2) months after Mr. Green's trial ended, because of concerns he had with how trial counsel had handled his case, and with their post-trial submissions, and due to his ever growing concerns regarding the violations of his rights that were taking place, to include Government misconduct, Mr. Green, after trial, sent the Judge a written submission, titled: "[A]mended [D]eclaration In Support of Rule 29, [and] 33 [M]otion[(s)]" (hereafter "the Supplemental Declaration");

5. In the Supplemental Declaration, Mr. Green informed the Judge of several of the grievances he had regarding this Case;

6. In the Supplemental Declaration, Mr. Green brought to the Court's attention that there is fourth amendment concerns surrounding the traffic stop that he was involved in, on August 3, 2010 (hereafter "the Traffic Stop"), that was introduced at trial here; specifically, Mr. Green stated that the traffic stop was dismissed under the Fourth Amendment, and that he received over $30,000.00 from a civil lawsuit that stemmed from the violations of his rights that occurred that day [FN 3];

7. Mr. Green also stated in the Supplemental Declaration that he reviewed trial counsels post-trial Rule(s) 29 and 33 Submissions (hereafter "Trial Counsel's Rule(s) 29/33 Submissions") (Doc. No. 639), and that "[C]ounsel still fails to incorporate my issues". Quoting the Supplemental Declaration, Pg. 7;

8.  The Supplemental Declaration was dated, May 23, 2019, and was sent to the Court, via legal mail at the Metropolitan Detention Center (MDC), in Brooklyn, New York, by Mr. Green on that same day (i.e., 05/23/2019);

9.  On June 18, 2019, the Supplemental Declaration was filed (see Doc. No. 665);

10.  Less than two (2) months after filing the Supplemental Declaration, Mr. Green sent a pleading to the Judge titled: "Motion for Stay / Continuance" (hereafter "the First Stay Request"); which was filed in Mr. Green's Case Docket on July 11, 2019;

11.  In the First Stay Request, Mr. Green "again" informed the Judge that he was not satisfied with trial counsels performance; specifically, Mr. Green stated, that trial counsel failed to go over with him their post-trial submissions prior to filing them, and did not incorporate the arguments that he requested be made;

12.  In the First Stay Request, Mr. Green also informed the Judge that he was "in the process of and is putting forth due diligent effort with respect to researching and presenting all of the meritorious issues and arguments that were not raised by [trial counsel] in the[ir] Rule 29 and 33 Pleadings" (quoting the First Stay Request, Pg. 2, Para. 11);

13.  Furthermore, Mr. Green argued - to the Judge - in the First Stay Request that: "there is a reasonable probability that he would be prejudiced if [trial counsel] does not make the[] changes [he requested be made to their post-trial submissions]; and[,] that failure to do so would be considered grounds for collateral attack of his judgment and conviction due to claims of, among other [C]onstitutional violations, ineffective assistance of counsel and due process of law" (Quoting Id., at Para. 12);

14. Therefore, Mr. Green Submitted to the Judge - in the First Stay Request - that in order "to reduce and hopefully remove the...prejudices suffered by Mr. Green, ... a STAY in the[se] proceedings and a continuance with regards to his currently scheduled sentencing date is needed" (Quoting Id., at Para. 13) (Emphasis in Original);

15.  The Judge never addressed Mr. Green's claims raised in the First Stay Request, and in the Supplemental Declaration, relating to Mr. Green's contentions that Trial Counsel was ineffective;

16. Because the Judge would not address the claims raised by Mr. Green, mentioned above, Mr. Green's family decided to hire a different attorney for Mr. Green, and to have the new attorney move to replace Trial Counsel;

17. To replace Trial Counsel, Mr. Green's family hired the Attorney, Zoe Dolan, from California;

18. At the Substitution of Counsel Hearing held on July 25, 2019 (hereafter "the Substitution Hearing"), the Judge stated to Ms. Dolan, regarding trial counsel and their overall representation of Mr. Green, that he (the Judge) felt that Mr. Breslin and Ms. Geller had performed "admirably"; specifically, the Judge stated:

THE COURT: ... . I will say that I think both Mr. Breslin and Ms. Geller performed ADMIRABLY throughout their entire representation of Mr. Green, both in terms of their in-court performance as well as their written materials. So, I think that Mr. Green has been the BENEFICIARY OF EXCELLENT REPRESENTATION up to now.

Transcript of the July 25 Substitution Hearing, Pg(s). 5-6 (Emphasis Added);

19. Prior to and after hiring Ms. Dolan, Mr. Green informed her of all the issues that he had in this case; and, he informed her that he wanted to raise these issues (e.g., ineffective assistance of counsel and prosecutorial misconduct) prior to sentencing;

20. The issues Mr. Green brought to Ms. Dolan's attention concerned the violations of his rights that took place prior to, during, and after trial; and, moreover dealt with a myriad of claims ranging from ineffective assistance of counsel, to Government misconduct and Judicial Misconduct;

21. In response to being told these issues by Mr. Green, Ms. Dolan responded by stating that those claims are to be raised in a Section 2255 petition. Specifically, in one email from Ms. Dolan to Mr. Green, Ms. Dolan states that: "To emphasize what I was saying earlier, I think that most of your arguments are better suited for a 2255. For the most part, you are...pointing out shortcomings of your trial counsel - and that is precisely what 2255s are for";

22. About two (2) months after Ms. Dolan was assigned to this Case the Judge ruled on trial counsel's Rule(s) 29/33 Submissions, prior to Ms. Dolan and Mr. Green's filing of any amended/supplemental claims and other relevant information. See the Judge's Memorandum Opinion & Order, United States v.

Johnson, et al., 2019 U.S. Dist. LEXIS 160088 (Decided September 16, 2019) (in denying Trial Counsel's Rule(s) 29 and 33 Submissions, the Judge did not address any of Mr. Green's issues and arguments expressed in his Pro Se Submissions received and reviewed by the Judge prior to aforementioned Memorandum Opinion & Order;

23.  Mr. Green did not fully agree with Ms. Dolan's advice, so he attempted to bring his concerns to the District Court's attention in a Pro Se Sentencing Memorandum (hereafter "the Sentencing Memorandum") (Doc. No. 760), which Mr. Green filed with the Court on October 30, 2019, a day before his then scheduled sentencing;

24.  On October 31, 2019, at the Sentencing Hearing, the Judge stated, regarding its receipt of the Sentencing Memorandum, that:

THE COURT: Good afternoon. This matter was on my calendar for the purposes of sentencing. Yesterday afternoon I received a[]... letter from Mr. Green in which he raises a wide variety of legal and factual complaints about his trial and his lawyer's performance at that trial. These arguments are different from arguments that were made in Mr. Green's first set of pretrial motions. They are also different than arguments that Ms. Dolan made in a second series of post-trial motions. Based on that fact, I adjourned the sentencing.

Transcript of October 31, 2019 Sentencing Hearing (hereafter "Oct. 31 Sent. T."), Pg. 2 LL 9-19;

25.  Ms. Dolan, for the most, objected to the postponement of Mr. Green's sentencing by the District Court, see Oct. 31 Sent. T. Pg.(s). 1-6, and she insisted that a Faretta hearing was in order to address Mr. Green's desire to proceed forward with his post-trial conviction claims. See Id. Pg. 6 LL 10-18;

26.  The Judge went on to state, despite Ms. Dolan informing the Court that Mr. Green wished to pursue his Sentencing Memorandum Claims, that:

THE COURT: So it seems like what would make most sense at this point is for you and Mr. Green to consult and then for me to hear from you in a letter how it is you wish to proceed, whether Mr. Green is going [to] want to address the various matters that he lays out in his brief, whether instead he's going to rely on you for the arguments that you think are meritorious, but at this point we really don't know --

Id. Pg. 7 LL 7-13;

27. Ms. Dolan immediately responded, to again inform the Court that they did in fact already know how Mr. Green wished to proceed:

MS. DOLAN: He's pretty adamant that he wishes to press that. He also has some further exhibit[s] and he's requested some more from the government, so I think Mr. Green's position is firm.

Id. at LL 14-17;

28. Ms. Dolan then goes on to inform the Judge that she "consulted with Mr. Green, and he affirms that he wishes to press those issues", Id. Pg. 8 LL 6-7; and, She then backed down from her earlier protest of the postponement of Mr. Green's sentencing. See Id. at LL 7-8;

29. Ms. Dolan went on to explain to the Judge that she had an upcoming trial, and obviously her schedule was restricted for the upcoming weeks, see Id. at LL 9-13; moreover, other than this, Ms. Dolan was willing to try and work with Mr. Green in this matter so that he can address all of his claims. See Id. Pg. 8 LL 6-13;

30. In response to Ms. Dolan's statement above, the Judge stated, inter alia, that:

THE COURT: We can work around your schedule obviously, but I want to lay out a couple of concerns I have. Ordinarily, the way ineffective assistance, procedurally the way it is addressed is, generally speaking, there is a direct appeal in which a defendant raises claims of error, either in the jury instructions or evidentiary rulings of the judge. Sometimes a defendant will seek to raise ineffective assistance claims on the direct appeal. In that event, the circuit court generally sends those claims back with the instruction that if the defendant wishes to pursue ineffective assistance [of counsel claims] they can file a section 2255 motion and raise their claims there. The justification for that is a record hasn't been developed in the district court.

Id. at Pg.(s). 8-9;

31. The Judge then goes on to state:

"So my concern is that I now have a Rule 29 and a Rule 33 motion pending before me. A defendant has already raised claims of ineffective assistance of counsel, because there's been a change of counsel. ' Ms. Dolan has come in to represent Mr. Green in place of Mr. Breslin and Ms. Geller, who represented him at trial. So , it is unusual , the situation  we find ourselves in. I haven't researched the matter, but my gut instinct is that it would BEHOOVE ME TO EXPLORE the claims of INEFFECTIVE ASSISTANCE NOW, given that they're already before me... .

Id. at Pg. 9 LL 5-15;

32.  The Judge continued by stating some of the things that would be required by Mr. Green, in the event that the District Court were to decide to proceed forward with addressing  his claims - prior to sentencing - of, inter alia, ineffective assistance of counsel; and, one of those requirements was that Mr. Green would have to "Waive" the "Attorney-Client Privilege":

THE COURT: ... . In the event that [the District Court were to hear the ineffective  assistance of counsel claims prior to sentencing, if] that is the correct approach, the procedure would be that Mr. Green would be required to WAIVE  the  ATTORNEY-CLIENT PRIVILEGE obviously because I would need to  hear from Mr. Breslin  and  Ms. Geller about the various claims  and allegations that Mr. Green has made against  them.  So he would be required to agree to WAIVE the ATTORNEY-CLIENT PRIVILEGE. That would HAVE TO BE IN WRITING. Then I would likely request declarations or affidavits from Mr. Breslin and Ms. Geller, and it's quite possible I would want to hold a hearing on the allegations.

Id. Pg. 9-10 (Emphasis and Interpolation Added);

33.  The Judge goes on to again state that he would like a letter from Ms. Dolan - within a week - advising the Judge of whether or not her client, Mr. Green, wished to pursue his ineffective assistance of counsel and other claims associated with the Sentencing Memorandum, see Id. Pg. 10 LL 10-15; and, in Mr. Green's decision was still to pursue those claims, the Judge said: "then I will likely ISSUE AN ORDER requiring Mr. Green to WAIVE the ATTORNEY-CLIENT PRIVILEGE so that I can seek affidavits, declarations from Mr. Breslin and Ms. Geller addressing MR. Green's allegations of ineffective assistance and misconduct on behalf of or committed by his attorneys at the trial." Quoting Id. Pg. 10 LL 16-20;

34.  The Judge went on to continue to ask Ms. Dolan if a week would be enough time for her to submit a letter stating Mr. Green's position, see Id. at LL 22-24;

35. Ms. Dolan responded to the Court's inquiry by informing the Court that she felt that a week was sufficient, Id. Pg. 11 LL 2-3; and, she went on to advise the Judge that Mr. Green had already "confirmed that that is how he would wish to proceed." Id. at LL 3-4;

36. In spite of the Judge asking Mr. Green/Ms. Dolan nearly fifteen times if he wished to purse his claims of, inter alia, ineffective assistance of counsel and government misconduct, Mr. Green stood firm in his desire to address these concerns; therefore, the District postponed Mr. Green's sentencing for a later date, in light of the fact that it would likely be hearing Mr. Green's complaints prior to sentencing:

THE COURT: OK. Until we know how we are proceeding, that is to say whether a hearing is going to be necessary on ineffective assistance of counsel allegations, I think it's foolish for me to set a sentencing date, because it seems to me we are probably far away from sentencing at this point if I am going to have to have a hearing on ineffective assistance of counsel.

Id. Pg. 13 LL 9-15;

37. On the day of the Sentencing Hearing, after it was over, Ms. Dolan wrote a letter to the Judge (Doc. No. 758), wherein she again stated that she felt a Faretta Hearing was necessary, as it relates to Mr. Green's claims raised in, among other pro se filings, the Sentencing Memorandum;

38. Then, on November 7, 2019, one week after the Sentencing Hearing, per the Judge's request, Ms. Dolan submitted another letter to the Judge (Doc. No. 767), stating "again" that she felt the Judge should conduct a Faretta hearing regarding Mr. Green's post-conviction claims;

39. The next day, the Judge issues an Order (Doc. No. 771) (hereafter "the Nov. 8 Order"), directing the parties to brief the Court on whether now, during this stage of the proceedings - i.e., post-conviction, but pre-sentencing, after trial - was it proper for the District Court to address Mr. Green's claims of, inter alia, ineffective assistance of counsel (IAC);

40. In response to the Nov. 8 Order, Ms. Dolan submitted another letter to the Court, reflecting her "third request for a Faretta Hearing" (Doc. No. 777) (hereafter "Ms. Dolan's Nov. 22 Letter"); wherein, Ms. Dolan maintained her position that a hearing under Faretta, supra, was necessary to address Mr. Greens claims raised post-conviction;

41.  In Ms. Dolan's. Nov. 22 Letter, she stated, regarding Mr. Green's desire to address his post-conviction claims, that:

"In any event, Mr. Green has conveyed an unequivocal request to represent himself in pursuit of his claims going forward, and I understand he intends to make his own submissions in response to the November 8 Order.  I remain available for a Faretta hearing by phone at everyone's earliest convenience."

Quoting Ms. Dolan's Nov. 22 Letter;

42.  The Government responded to the Nov. 8 Order, on November 22, 2019 (Doc. No. 778) (hereafter "Gov. Resp. to Nov. 8 Order"), arguing, for the most part, that the District Court should not address Mr. Green's IAC and other post-conviction claims prior to sentencing, but instead should proceed forward with sentencing;

43.  In the Gov. Resp. to Nov. 8 Order, the Prosecution glaringly lied / misstated the facts/record, regarding Mr. Green's claims that trial counsel was ineffective for not challenging the introduction at my trial against me the alleged evidence associated with the August 3, 2010, Traffic Stop;

44.  The Prosecution incorrectly stated, with regard to this argument, that Mr. Green -in the Sentencing Memorandum -: "...argues that [T]rial [C]ounsel failed to locate court records that would reflect the disposition of the [T]raffic [S]top, establishing that the Bronx District Attorney's Office dismissed its charges against the defendant . (Id.)". Quoting Gov. Resp. to Nov. 8 Order, Pg. 6 (Citation in Original: The Prosecution "claimed to be citing Mr. Green's Sentencing Memorandum");

45.  What Mr. Green actually said - in his Sentencing Memorandum - was that Trial Counsel was ineffective for not challenging, via a suppression and or limine motion, the alleged evidence associated with the traffic stop, in light of the fact that Mr. Green informed trial counsel that the original case was dismissed against himself and the other defendants because of the violations of their rights that took place during that incident, to include violations to Mr. Green's protection against unreasonable searches and seizures;

46.  Never did Mr. Green make any mention of the Bronx District Attorney purportedly dismissing the charges that stemmed from the traffic stop; moreover, as stated in Footnote 2,  of this Affidavit, the only mentioning of the Bronx District Attorney allegedly dismissing the charges from the Traffic Stop was the Stipulation entered into with the Prosecution by trial counsel, and the comments of the Judge during trial;

47.  In response to the Nov. 8 Order, Mr. Green sent several Pro Se Submissions to the District Court; and, one of those was a Motion to Proceed "Pro Se";

48.  Mr. Green also submitted, along with the Motion to Proceed Pro Se, a Motion for Extension of Time (hereafter "the First Request for Extension of Time") to comply with the Nov. 8 Order, directing the parties to brief the Court on whether now was an appropriate time for the Court to address Mr. Green's IAC and other post-conviction claims;

49.  The First Request for Extension of Time also served as Notice of Mr. Green's Intent to File a Brief in response to the District Court's Nov. 8 Order; and, therein he also notified the District Court of his Intent "to brief the Court on ALL of his claims raised in his Sentencing [M]emorandum" (Emphasis In Original);

50.  In the First Request for Extension of Time Mr. Green informed the Court that he needed more time to prepare his claims because: Mr.Green . ... is still waiting on more information to help him to be able to fully prepare his claims raised in his Sentencing Memorandum: Mr. Green sent letters to [Trial] Counsel requesting information needed to aid in his arguments at the evidentiary hearing; and[,] Ms. Dolan [even] requested some of these things at the [S]entencing [H]earing";

51.  Mr. Green sent the First Request for Extension of Time, along with his Motion to Proceed Pro Se and other documents, to  the District Court on or about November 22, 2019; however, Mr. Green did not see these pleadings uploaded to his Docket until he filed an Informal Complaint with the Clerk of Court (see Doc. No. 833) (re: Informal Complaint to the Clerk of Court) (Filed: January 8, 2020);

52.  After Mr. Green filed this complaint, the District Court uploaded approximately twenty-six submissions of Mr. Green's that he had previously sent to the District Court (see Doc. No(s). 808-833) (all were uploaded on: 01/08/2020);

53.  A large portion of those Docket filings mentioned above were Mr. Green's various Pro Se written submissions addressed to, inter alios, the Court's and Government, stating Mr. Green's desire to proceed forward with his post-conviction claims, and moreover, informing everyone that he is in need of relevant case information from, among others, Trial Counsel, before he can fully develop all of his claims and, consequently, that he needs more time and/or for the District Court to issue a Stay;

54.  Approximately one-week later Mr. Green wrote a "Follow-Up Letter to the Court", dated, January 16, 2020 (see Doc. No. 837) (hereafter the "Jan. 16 Follow-Up Letter");

55.  In the Jan. 16 Follow-Up Letter, Mr. Green reiterated his desire to the Judge to pursue his IAC and other claims; and he maintained that he needed additional time so that he can obtain and review information that he still had not received from, inter alia, his previous attorneys (i.e., Trial Counsels Client File);

56.  Over the next couple of months Mr. Green continued to write the Judge to express his desire to address his post-conviction IAC and other claims, and to state that he needs more information from the Government and Trial Counsel, to enable him to be able to fully develop his claims (see Doc. No(s). 837, 838, and 848);

57.  Ms. Dolan also continued to write the District Court, to inform the Judge of Mr. Green's desire to proceed with his claims, and to state that Mr. Green still needs documents and other information from the Government and Trial Counsel before he can finish preparing his IAC and other claims; furthermore, Ms. Dolan maintained her position to the Judge that a Faretta hearing was needed in order to allow Mr. Green an opportunity to present his claims on his own (See Doc. No. 852) (letter from Ms. Dolan to the Judge, re: Further Request for a Faretta Hearing)(Filed: February 26, 2020);

58.  On March 2, 2020, approximately one week after Ms. Dolan's fourth written request for a Faretta Hearing, the Judge issued an Order (see Doc. No. 853) (hereafter the "March 2 Order"), which stated that: "a conference to discuss Defendant's desire to proceed pro se and Defendant's ineffective assistance of counsel claim will take place in this action on March 10, 2020, at 3:00 PM..." . Quoting, the March 2 Order;

59.  The next day, on March 3, 2020, the a letter Mr. Green wrote to the Judge was docketed in his case (Doc. No. 854)(hereafter "March 3rd Letter"); this was a letter "Request[ing] ... [an] Order Compelling [Trial] Counsel To Provide Case Documents To Mr. Green". See the March 3rd Letter;

60.  In the March 3rd Letter, Mr. Green maintained his desire to address his IAC and other claims, and that he needed documents from, inter alios, trial counsel in order to fully develop his arguments associated with those claims;

61.  On March 9, 2020, approximately six (6) months after the initial Sentencing Hearing in this case, the Judge issued an Order continuing the conference that was scheduled to be held on March 10, 2020, to address Mr. Green's desire to pursue his IAC and other claims, as well as his desire to proceed Pro Se for the purpose of addressing those claims;

62.  The Judge did this several more times over the next six month(s); every time the Court was supposed to address Mr. Green's desire to proceed pro se, the Court would continue the matter for a further date (See Doc. No(s). 858, 867, 871, 880, 883;

63.  Around September of 2020, almost one year after Mr. Green submitted the Sentencing Memorandum, prompting the Judge to postpone the sentencing, Mr. Green sent several more Pro Se submissions to the District Court and the Government to continue to express his desire to address his IAC and other claims; and, maintaining that he needed more documents and other case information from the Government and Trial Counsel in order for him to be able to fully develop those claims (See Doc. No(s). 887, 890, 891, 893, 894, 895

64.  The Judge never addressed any of these Pro Se submissions, and continued to adjourn the conferences that were scheduled to address Mr. Green's desire to pursue his IAC and other claims, and, his desire to proceed Pro Se for the purposes of doing so (See Doc. No. 901;

65.  Eventually, the Judge finally held an electronic conference on November 17, 2020 (see Doc. No. 906) (hereafter the "Nov. 17 Order"); at which time the Judge granted Ms. Dolan's application to withdraw as Counsel, and granted Mr. Green Pro Se status with the appointment of Standby Counsel (See Id.);

66.  At the Nov. 17 Faretta Hearing the Judge "directed [the Government] to arrange for the appointment of stand-by counsel." (See Docket Entry for Doc. No. 906) (Date Filed: Nov. 17, 2020);

67.  The Judge also issued a Stay in the proceedings around this time, upon Mr. Green's request that one be given to him, because, among other issues, he still was without all the information that he needed to fully develop all meritorious post-conviction claims;

68.  On November 19, 2020, two (2) days after the November 17 Faretta Hearing, the Judge issued a order (Doc. No. 907) (hereafter the "Nov. 19 Order");

69.  In the Nov. 19 Order, the Judge discussed Mr. Green's claims regarding the violations of his rights that had and continued to take place, such as the violations of his rights to the effective assistance of counsel;

70.  Regarding Mr. Green's claims that his attorneys had violated his rights, the Court stated, in the Nov. 19 Order, that Mr. Green began raising these concerns - with the Court - only a few months after his trial

had ended, and while the Judge had not yet ruled on Trial Counsels Rule(s) 29/33 Submissions. See Nov. 19 Order, Pg.(s) 1-2;

71. Moreover, the Judge decided that: "...it is more efficient to hear from [Mr.] Green's former lawyer's now concerning the issues he raises, while pretrial events and the trial itself are somewhat fresh in their minds". Quoting Nov. 19 Order, Pg. 7;

72. The Judge, in the Nov. 19 Order, then went on to state that:

"In order to proceed with [Mr.] Green's ineffective assistance of counsel claims , . . . [Mr.] Green must execute the accompanying ' Attorney-Client Privilege Waiver (Informed Consent)' form. [Mr.] Green is also directed to set forth all of his allegations concerning Breslin, Geller, and Dolan's advice and conduct in the form of an Affidavit. Both the waiver form and the affidavit must be submitted to this Court no later than December 9, 2020."

Quoting Nov. 19 Order Pg. 8;

73. In November 23, 2020, four (4) days after the Nov. 19 Order, the Judge issued an Order (see Doc. No. 910), Ordering that the Conference in this matter that was scheduled for December 1, 2020, be adjourned to December 8, 2020 (See Docket Entry for Doc. No. 910) (Entered On: 11/23/2020);

74. A few weeks after the Judge issued the Nov. 19 Order, Mr. Green sent a letter to the Judge, dated December 4, 2020 (hereafter the "Dec. 4 Letter");

75. In the Dec. 4 Letter, which was titled, "Request for Additional Time to Submit Affidavit", Mr. Green informed the Judge that he still had not received the Judge's Nov. 19 Order and accompanying Attorney-Client Waiver Form;

76. Moreover, in the Dec. 4 Letter, Mr. Green updated the Judge on the status of the Affidavit of Facts supporting his claims against, inter alios, Trial Counsel; specifically, Mr. Green stated therein, that:

"As it relates to the Affidavit, I'd like for this Court to be aware that the facts that I am required to submit therein span the course of several years (nearly 4 years), and deals with several attorneys who

have worked on this case. It has and will take some time for me to adequately research the  facts to submit in this Affidavit."

Quoting the Dec. 4 Letter;

77.  In the Dec. 4 Letter, Mr. Green went on to state:

"Therefore, in order to ensure that I am given an adequate opportunity to be heard, I respectfully request this Court provide me with additional time to complete and [s]ubmit the Affidavit and Attorney-Client Privilege Waiver form. Also, I'd like to point out to this Court that the Court recently issued me a STAY, and I'm not sure if this applies to the Affidavit[(s)] here. Clarification on this issue would be appreciated."

Quoting Id. (Emphasis in Original and Interpolation Added);

78.  The Judge never answered Mr. Green's questions regarding the Stay [FN 4];

79.  Mr. Green was not appointed stand-by counsel until almost one (1) month after the Court appointed him Pro Se status;

80.  On December 8, 2020, the Court held a telephonic status Conference [FN 5] (hereafter the "Dec. 8 Conference"); at which time Mr. Green informed everyone that he was still in need of information from previous attorneys, and the Government;

81.  At the Dec. 8 Conference, Mr. Green's new stand-by Counsel was assigned, the Attorney, Steven Witzel;

82.  Not long after the Dec. 8 Conference, Mr. Green had a telephone conference with Mr. Witzel, and his assistants, Courtney Morphet, and Jennifer Coyler, at which time Mr. Witzel stated to Mr. Green that: " You know, Paul (referring to the Judge) is not too fond of you (referring to Mr. Green)";

83.  Mr.Witzel and the Judge worked together in the Office of the United States Attorney, and they acknowledged knowing each other at the Dec. 8 Conference; moreover, the Judge either told this to Mr.

Witzel personally, or Mr. Witzel came to this conclusion on his own based upon his view of the facts and circumstances of this case;

84. On December 14, 2020, the Judge issued and entered an Order (Doc. No. 915) in this matter, adjourning the previously scheduled conference from December 22, 2020, to January 5, 2021;

85. On or about December 31, 2020, Mr. Green emailed Mr. Witzel to ask if how long it was going to take until trial counsel's client file for this case could be mailed to him; and, on January 2, 2021, Mr. Green sent another email to trial counsel, asking the same thing;

86. On January 5, 2021, Mr. Green had a telephonic Status Conference (hereafter the "Jan. 5 Status Conference") in this matter, at which time he apprised the Judge of, inter alia, the fact that he had STILL NOT RECEIVED THE Nov. 19 Order and the accompanying Waiver-Form;

87. When the Jan. 5 Status Conference began, the Judge told Mr. Green that if he did not sign and return the Wavier Form, that the Court would not hear is IAC claims prior to sentencing; that the Court would just instead proceed forward with sentencing him;

88. Mr. Green then tried to explain to the Judge that he still had not yet received the Waiver Form; and this was Confirmed by Mr. Witzel;

89. After Mr. Witzel says these things, Mr. Green continues to try and explain to the Judge that the Waiver Form was never sent to him, and the Judge threatens to "disconnect the" line if Mr. Green continues to speak:

MR. GREEN: ... nothing was ever sent to me. No waiver form, nothing.

THE COURT: Alright, if you continue doing this I'M GONNA END THE ... LINE, SO DON'T DO IT..... .

Transcript of Jan. 5 Status Conference (Emphasis Added);

90. Afterwards, Mr. Witzel informed the Judge that there was apparently issues with respect to getting documents Mr. Green, and explains that he'll work to ensure that Mr. Green receives the Waiver Form;

91. In response, and after a brief discussion with the Government about getting Mr. Green the Waiver Form, the Judge stated: "I mean I'm speechless about this because I issued the order on November 19th, that was a very long time ago, that was 6, 7 weeks ago. It's shocking to me that waiver form has not gotten to him in some fashion. Because . . . we can't make any progress here on Mr. Green's IAC claims until we get a waiver. And everyone on the phone, OTHER THAN PERHAPS MR. GREEN understands that... ." Quoting the Judge's Statements at the Jan. 5 Status Conference;

92. Mr. Witzel then goes on to say that he will be sure to send the Waiver Form to Mr. Green, and the Judge and Government both discuss making sure that Mr. Green gets this;

93. Afterwards, the Judge reiterates on the record that "by February 9, 2021" he wants "to hear from Mr. Green and his counsel whether the waiver form has been signed, and also the preparation of the affidavit that was discussed in" the Judge's "November 19 Order". See Id;

94. Mr. Green then goes on to again tell the Judge that he has no problem signing the Waiver Form, and that he still needs, inter alia, his client file from trial counsel so that he can adequately prepare his claims; moreover, he stated to the Judge that he felt as though he was being forced to address his IAC and other claims prematurely, without being first provided this information which he has been seeking for over a year;

95. Mr. Green continues to address the Court, and reiterates his position that it was his understanding that the purposes of these proceedings were to work to address the violations of his rights that took place throughout the course of his proceedings and trial, and he asked for the Court's assistance in addressing these claims;

96. Furthermore, while Mr. Green was in the process of addressing the Court, the Judge disconnected the line:

MR. GREEN: ... . All I'm asking for here is a fair chance to be heard and a fair chance to prepare my case and revaluate everything. I don't have a problem

MIKE (COURT CLERK): Mr. Green, let me just cut you in, the Judge just DISCONNECTED. We're just gonna have to go forward in February, SORRY.


CALL DISCONNECTED.

Quoting Id. (Emphasis Added).


97.  In fact, Mr. Green was actually in the process of asking the Judge to be provided a right to be heard, when the Judge disconnected the line ending the Court Conference:


 MR. GREEN: ... . All I'm asking for here is A FAIR CHANCE TO BE HEARD and a fair chance to prepare my case and reevaluate everything. I don't have a problem

MIKE (COURT CLERK): Mr. Green, let me just cut you in, THE JUDGE JUST DISCONNECTED. We're just gonna have to go forward in February, SORRY.


    CALL DISCONNECTED.


Quoting Id. (Emphasis Added);


98.  After the hearing, Mr. Green, obviously frustrated, emailed Mr. Witzel, and stated that he no longer wished to have him as stand-by counsel, that he wished to proceed from now on solely Pro Se, and that he objected to further electronic court appearances, in light of the Judge's disconnecting the line;


99.  Mr. Green also wrote the Court, and informed the District Court, inter alia, that he "Objected" to further telephonic/electronic court appearances in this matter; that he wished to appear in person from now on, and, that he no longer desired to Mr. Witzel as stand-by Counsel;


100.  Mr. Green did not receive the Waiver Form until on or about January 12, 2020, nearly one and one-half years after the Judge first stated - at the October 31 Sentencing Hearing - that such would be necessary here in order for the Court to proceed forward with addressing Mr. Green's IAC claims prior to sentencing;


101.  Mr. Green was able to get the Waiver Form stamped on or about February 7, 2021, and in the mail on or about February 8, 2021, a full day before it was required;


102. Mr. Green still had not received trial counsels client file, and, among other prejudices suffered at MDC, the institution was "out of paper" for nearly a week and a half; therefore, Mr. Green submitted a Motion for Extension of Time (hereafter, "Mr. Green's Motion for Ext. of Time"), asking the Judge to

extend the time for him to submit, inter alia, his Affidavit of Facts supporting his post-conviction claims of, among other things, ineffective assistance of counsel;

103.  Not long after this, the Judge ordered the Government to respond to Mr. Green's Motion for Ext. of Time;

104.  On or about February 8, 2021 the Judge issued an Order (see Doc. No. 945) (hereafter the "Feb. 8 Order") - misstating Mr. Green - stating that: Defendant Brandon Green has informed the Court that he "refuses" to participate in any further proceedings by telephone (Jan. 6, 2021 Def. Ltr. (Dkt No. 932)). As a result of the COVID-19 pandemic, in-person operations at the courthouses in this District have been suspended, because such proceedings cannot be safely conducted... . Given [Mr.] Green's "refusal" to participate by telephone, the conference in this matter previously scheduled for February 9, 2021, is adjourned sine die;

105.  On or about this same day, Mr. Green sent the Judge written objections, to object and moreover clarify the Judge's misstatements in the Feb. 8 Order; Mr. Green stated in these written objections that he never said he "refused" to attend any further telephonic hearings, but instead was "formally objecting" to any such hearings in the future under the premises that his rights to, inter alia, due process are being violated at the telephonic hearing(s) by virtue of the Judge disconnecting the line while Mr. Green was speaking at the Jan. 5 telephonic Status Conference;

106.  Mr. Green did not receive the Government's Letter Opposing his Motion for Extension of time until on or about February 12, 2021--two (2) days after the Judge issued its Order denying that request;

107.  The Judge, on February 10, 2021, issued an Order (see Doc. No. 950) (hereafter the "Feb. 10 Order"), vacating  it's Nov. 19 Order, stating that: "Because [Mr.] Green has not submitted an executed waiver form and has not submitted an affidavit detailing his ineffective assistance of counsel allegations against Breslin, Geller, and Dolan, this Court will not consider his ineffective assistance of counsel claims prior to sentence." Quoting the Feb. 10 Order, Pg. 4;

108.  Mr. Green, however, did submit the Waiver Form on time, contrary to the Judge's statements in the Feb. 10 Order; this was uploaded to Mr. Green's Docket on or about February 12, 2021; moreover, Mr. Green avers that he did not submit his Affidavit of Facts therewith the Waiver Form that day because of, among other issues brought to the Judge's attention by Mr. Green, there was "no paper" for the printers at the Institution (referring to MDC), and the Institution has not sold any ribbons for the Type-Writers for "over six (6) months" due to vendor issues as a result of the Coronavirus Pandemic;

109. Mr. Green, as a result of the Judge's Feb. 10 Order, coupled with his previous acts of bias / prejudice - e.g., inter alia, disconnecting the telephonic conference on Mr. Green while he was speaking - Mr. Green has chosen to move to recuse the Judge, so that he can have a fair right to be heard on, among other issues in this Case, his accompanying Motion for Reconsideration of the Feb. 10 Order;

110. Moreover, because Mr. Green needs to seek reconsideration of the Judge's Order, and because a reasonable person faced with all the relevant facts of this Case would feel as though the Judge would not rule fairly on that Order, the Judge is required to Recuse himself upon the filing of this Affidavit and the accompanying papers;

111. Therefore, Mr. Green is filing this Affidavit [FN 6], asking the Judge to Recuse himself, and allow the appointment of another Judge to this case to rule on the Reconsideration, and any and all other issues that need to be addressed in this case from here-on-out;

112. To give credence to Mr. Green's claims herein, and in the accompanying papers, that he does not feel as though he can receive a fair hearing in front of the Judge, and, that there are a lot of issues in this case that warrant a new trial, Mr. Green has submitted Petitions On the Internet asking for signatures of individuals who support these requests; Specifically, the Petition asking for Signature from supporters of Mr. Green's request for a "different judge", which has only been active for a couple of days, already has a little over two-hundred (200) signatures, see Exhibit "__", and the list continues to grow; and, as it relates to Mr. Green's online Petition asking for signatures of those who support his request for a "new trial", which has been up for several months, has over one-thousand (1,000) signatures, and counting. See Exhibit "__";

113. Mr. Green submits that the information contained herein consists of the Relevant Facts needed by the Judge when considering his requests herein that the Judge recuse himself; and, these same facts support the accompanying "Motion to Recuse", which Mr. Green requests the Judge rule upon based on this information that he's submitted herein;

114. Lastly, Mr. Green certifies that the facts and information herein and in the accompanying papers are all submitted in good faith; and, moreover, have not been filed for the purposes of undue harassment or delay in these proceedings, but instead is being submitted to ensure that Mr. Green's receives Justice at the hands of an impartial Judiciary [FN 7];

115. Mr. Green submits that because he's Pro Se, but has stand-by Counsel, the Good Faith Certificate required by Sec. 144 to be made by counsel on the record for the case should be made by stand-by Counsel, the Attorney, Steven Witzel; therefore, Mr. Green sent Mr. Witzel copies of this Affidavit and

the accompanying papers, along with a request that he submit therewith - on Mr. Green's behalf - the required Certificate of good faith;

116.  However, Mr. Green submits that if stand-by Counsel, for whatever reason refuses to do so, then this Court should proceed forward with determining his request for recusal, either under that or the other Statutes used by Mr. Green therein;

117.  The Waiver Form was uploaded to Mr. Green's docket on February 16, 2021, approximately nine (9) days after Mr. Green mailed it to the Court from the Institution;

118.  On or about February 23, 2021, Mr. Green received Mr. Breslin's Letter to the Judge, which supports Mr. Green's contentions that, inter alia, he still is without his client file from trial counsel; and, this letter also raises serious concerns regarding the underlying fairness of these proceedings: Why was Ms. Dolan never provided with a working copy of Mr. Green's client file, Why did she never say anything to anyone, especially Mr. Green, and, why nearly two (2) years after his conviction is Mr. Green still without this information!

EXECUTED and SWORN TO On this 23rd day of February 2021.

Respectfully Submitted,

_____/S/_____

Brandon Green Reg. # 56400-054

Defendant, Pro Se

SWORN DECLARATION

I, Brandon Green, Under the Penalty of Perjury, do hereby swear that I've read the information contained in the foregoing Affidavit, and that it is true and correct. 28 U.S.C. Section 1746. On this 23rd day of February 2021.

Signature: _____/S/_____

Print: Brandon Green

FOOTNOTE(S)

_____

1. Because the issues surrounding the Motion to Recuse and Motion to Reconsider are directly related, Mr. Green felt it would be easier if he used the same Affidavit for both these pleadings.


2. The "accompanying papers" are: The "Cover-Letter" and "Notice of Intent", the "Motion to Recuse", and the "Motion for Reconsideration" and "Supporting Memorandum". Furthermore, Mr. Green asks that all these documents be read and considered together when determining the appropriate relief to grant here.


3. The Traffic Stop played a huge role in Mr. Green's trial and subsequent conviction(s): It allowed the Prosecution to introduce the only alleged evidence of actual drugs, purportedly some cocaine, that the arresting officer from the traffic stop testified to allegedly finding on Mr. Green during the stop; and, the Court even relied on this evidence in its Memorandum Opinion & Order. See United States v. Johnson, et al., 2019 U.S. Dist. LEXIS 160088 (decided September 16, 2019). Trial Counsel stipulated to the traffic stop being dismissed by the Bronx District Attorney, See Trial Transcript Pg. 2884; however, the actual disposition reflects that the state court Judge, the Honorable Greenberg E., dismissed all pending criminal charges related to the Traffic Stop. The only other mention of the Bronx D.A. dismissing this case was the Judges statement(s) at trial:


THE COURT: I guess I'm under the impression the DA's office dismisses all the time in cases where it concludes that there might be a search issue... .


Trial Transcript Pg. 25 LL 22-24. Moreover, even if the Bronx D.A. did dismiss it, then according to the Judge, that would support Mr. Green's contentions here and to trial counsel that there was in fact "search issues" in that case. Nevertheless, when Mr. Green informed trial counsel of this, trial counsel should have moved the Court to exclude/suppress the alleged evidence associated with the traffic stop. See Elkins v. United States, 80 S. Ct. 1437, 4 L. Ed. 2d 1669, 364 US 206 (1960) (In determining, for the purpose of its admissibility in a federal criminal trial, whether evidence has been obtained in an unreasonable search and seizure by state officers, a federal court MUST make an INDEPENDENT INQUIRY, WHETHER OR NOT there has been such an inquiry by a state court, and IRRESPECTIVE of how such inquiry may have turned out). (Emphasis Added). There was never any such inquiry held by the District Court in this Case.


4. Nearly two years ago, after trial, while trial counsel was still on this Case, Mr. Green sent an email to trial counsel asking trial counsel to move the Court for a Stay so that he can address all of his concerns. In response to this email, trial counsel responded by stating: "There is no such thing as a stay", see Exhibit "A"; then, trial counsel later responded by stating: "No one is giving you a stay". See Exhibit "B".

5. As everyone reading this is aware, electronic / telephonic court appearances have become the norm since the Coronavirus Pandemic began over a year ago.

6. 28 U.S.C. Section 144 requires an affidavit that the judge before whom the matter is pending has a personal bias or prejudice against him or in favor of any adverse party. See Livecchi v. Gordon, 544 B.R. 57, 2015 U.S. Dist. LEXIS 158040.

7. 28 U.S.C. Section 144 also requires a certificate of good faith from counsel on the record. 28 U.S.C. Sec. 144. For more on how this applies to Mr. Green's Case, please refer to the accompanying Motion to Recuse.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT of NEW YORK

-------------------------------------------------X

UNITED STATES OF AMERICA,

Plaintiff,


     - against -


BRANDON GREEN, et al.,

Defendant, Pro Se.

-------------------------------------------------X


Case No. 16 Cr. 281--002 (PGG)



MOTION TO RECUSE



I. Introduction


     "Give sentence with me, O God, and

    defend my cause against the ungodly people:

    O deliver me from the deceitful and wicked man."

                      - Prayer Book 1662



    The defendant, Brandon Green, Pro Se [FN 1], hereby respectfully submits this Motion to Recuse, under Title 28 U.S.C. Section(s) 144, 455(a), 455(b)(1), and U.S. Code Jud. Conduct, Canons 1, 2(A), and 3 et seq.,  to humbly ask the Judge whom this case is currently before, the Honorable United States District Court Judge, Paul G. Gardephe (hereafter "the Judge"), to recuse himself because, inter

alia, the existence of personal bias and prejudice harbored by the Judge against Mr. Green.  The facts and relevant information supporting this Motion are contained in the Accompanying Affidavit [FN 2], and reiterated and further argued herein. Mr. Green submits the following information in support this Motion:

II. Conclusion

The Judge should recuse himself and allow for the appointment of another Judge.

III. Some Relevant Law

~ Motions to Recuse; Generally; Title 28 U.S.C. Section(s) 144, 455(a)

Section 455(a) provides that "[a]ny justice, judge, or magistrate of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." 28 U.S.C. Section 455(a). Section 144 provides for disqualification where a party "files a timely affidavit" that includes "the facts and reasons" for the party's belief "that the judge before whom the matter is pending has a personal bias or prejudice against him or in favor of any adverse party." Id. Section 144.

~ Code of Conduct for United States Judges; Disqualification

(C) Disqualification

(1) A judge shall disqualify himself ... in a proceeding in which the judge's impartiality might reasonably be questioned, including but not limited to instances in which:

(a) the judge has a personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding;

~ Code of Conduct for United States Judges; Disqualification; Remittal of Disqualification

The Code of Conduct for the United States Judges, Title 28 U.S.C., goes on to state, regarding disqualification of judges, that:

(D) Remittal of Disqualification

Instead of withdrawing from the proceeding, a judge disqualified by Canon 3C(1) may, except in circumstances specifically set out in subsection (a) through (e), disclose on the record the basis of disqualification. The judge may participate in the proceeding if, after that disclosure, the parties and their lawyers have an opportunity to confer outside the presence of the judge, all agree in writing or on the record that the judge should not be disqualified, and the judge is then willing to participate. The agreement should be incorporated in the record of the proceeding. Code of Conduct for United States Judges, Canon 3(D).

~ Code of Conduct for United States Judges; Integrity of Judiciary; Canon 1

Canon 1, of the Code of Conduct for United States Judges. states:

A Judge Should Uphold the Integrity and Independence of the Judiciary

An independent and honorable judiciary is indispensable to justice in our society. A judge shall maintain and enforce high standards of conduct and should personally observe those standards, so that the integrity and independence of the judiciary may be preserved. The provisions of this Code should be construed and applied to further that objective.

~ Code of Conduct for United States Judges; Appearance of Impropriety; Canon 2

Canon 2, of the Code of Conduct for United States Judges states, in pertinent part, that:

A Judge Should Avoid Impropriety and the Appearance of Impropriety in All Activities

(A) Respect for Law.  A judge should respect and comply with the law and should act at all times in a manner that promotes public confidence in the integrity and impartiality of the judiciary.

~ Code of Conduct for United States Judges; Appearance of Impropriety; Canon 2; Commentary

Canon 2A.  An appearance of impropriety occurs when reasonable minds, with knowledge of all the relevant circumstances disclosed by a reasonable inquiry, would conclude that the judge's honesty, impartiality, temperament, or fitness to serve as a judge is impaired. Public confidence in the judiciary is eroded by IRRESPONSIBLE or IMPROPER conduct by judges, including harassment and other inappropriate workplace behavior. A judge must avoid all impropriety and appearance of impropriety. This prohibition apples to both professional and personal conduct. A judge must expect to be the subject of constant public scrutiny and accept freely and willingly restrictions that might be viewed as burdensome by the ordinary citizen. Because it is not practical to list all prohibited acts, the prohibition is necessarily cast in the general terms that extend to the conduct by judges that is harmful although not specifically mentioned in the Code. Actual improprieties under this section include violations of the law, or other provisions of this Code.

~ Code of Conduct for United States Judges; Duties of Office; Duty to Act Fairly, Impartially, and Diligently; Canon 3

Canon 3, of the Code of Conduct for United States Judges, discusses the duties of office imposed upon a judge. Specifically, Canon 3 states, inter alia, that:

A Judge Should Perform the Duties of Office Fairly, Impartially, and Diligently

The duties of judicial office take precedence over all other activities. The judge should perform those duties with respect for others, and should not engage in behavior that is harassing, abusive, prejudiced, or biased. The judge should adhere to the following standards:

(A) Adjudicative Responsibilities.

(1) A judge should be faithful to and maintain professional competence in the law, and should not be swayed by partisan interests, public clamor, or fear of criticism.

(2) A judge should hear and decide matters assigned, unless disqualified, and should maintain order and decorum in all judicial proceedings.

(3) A judge should be patient, dignified, respectful, and courteous to litigants, jurors, witnesses, lawyers, and others with whom the judge deals in an official capacity, and should require similar conduct by those subject to the judge's control, including lawyers to the extent consistent with their role in the adversary process.

(4) A judge should accord to every person who has a legal interest in a proceeding, and that person's lawyer, the full right to be heard according to law... .\

~ Motions to Recuse; Section 144; Certificate of Good Faith

28 U.S.C. Section 144, states, regarding affidavits for recusal filed under this Section, that such affidavit: "[S]hall be accompanied by a certificate of counsel of record stating that it is made in good faith."

~ Motion to Recuse; Section 144; Certificate of Good Faith; Pro Se Litigants

Even if pro se litigant is unable to comply with the Certificate of Good Faith requirement of 28 U.S.C. Section 144, a court still should address the merits of the defendant's affidavit. See the Sea Gate Association v. Krichevsky, 2019 U.S. Dist. LEXIS 230494 (2019).

IV.  Argument In Support of Recusal

A.  Relevant Facts & Background Information

Mr. Green submits that the facts and background information in support of this Motion are contained in the accompanying "Supporting Affidavit"; and, he fully adopts and incorporates by reference herein the information within that Affidavit.

B. The Decision to Recuse

Mr. Green submits decided to move for recusal after he received and reviewed the Judge's Feb. 10 Order (Doc. No. 950) (hereafter the "Feb. 10 Order"), which denied Mr. Green's Motion For Extension of Time, and moreover, vacated the Judge's earlier Order from November 19, 2020 (Doc. No. 907) (hereafter the "Nov. 19 Order"). Moreover, in the Feb. 10 Order, the Judge stated that he would "no longer" hear Mr. Green's ineffective assistance of counsel (IAC) claims prior to sentencing. This, however, was not the only reason supporting Mr. Green's request for recusal. Cf. Liteky v. United States, 510 U.S. 540, 555, 114 S. Ct. 1147, 127 L. Ed. 2d 474 (1994)("[J]udicial rulings alone almost never constitute a valid basis for a bias or partiality motion... . Almost invariably they are proper grounds for appeal, not recusal."). The Judge's conduct and behavior towards Mr. Green prior to this also played a huge role in his decision to recuse.

Mr. Green submits that only about two month(s) prior to the Judge issuing the Feb. 10 Order, stand-by Counsel, the Attorney, Steven Witzel, whom worked with the Judge several years back, in the U.S. Attorney's Office, told Mr. Green that: "You know, Paul (the Judge) is not too fond of you (Mr. Green)". This statement was said by Mr. Witzel to Mr. Green while they were on a tele-conference with Mr. Witzel's assistants. See Affidavit of Facts in Support of Motion to Recuse, Pg. 11. Then, approximately one (1) month after this, the Judge disconnected the line during a telephonic court conference while Mr. Green was in the process of speaking (exercising his due process right to be heard). See Id. at 12-13. Moreover, Mr. Green submits that he was not too surprised to learn that the Judge was not fond of him, because it has been pretty apparent from the judges tone, demeanor, and moreover, by his attempts to discourage Mr. Green in his attempts to rectify the violations of his rights that occurred in this Case.

Furthermore, Mr. Green submits that the Court's Feb.10 Order, and moreover, the Judge's decision to deny Mr. Green's Motion for Extension of Time, manifests the bias and prejudice harbored by the Judge against Mr. Green; and, it was a clear abuse of discretion. Mr. Green will show later herein that, considering the facts, the Judge should not have denied his request for an extension of time, and moreover, should not have refused to hear his ineffective assistance of counsel claims prior to sentencing. Mr. Green now needs to seek a reconsideration of the Feb. 10 Order to prevent a manifest injustice, and there is a Local Criminal Procedure Rule that allows this, Local Rule 49.1(d) (allowing for the filing of reconsiderations in criminal cases). This is what Mr. Green now must do with regards to the Feb. 10 Order, however, he does not feel as though the Judge will rule on this reconsideration fairly: Mr. Green submits that the Judge's past conduct, behavior, and decisions, coupled with his apparent bias and prejudice against him, has caused him to no longer fell as though he can receive a fair hearing in front of him. Therefore, Mr. Green is seeking to Recuse the Judge so that he can get a fair and impartial ruling on his Motion for Reconsideration of the Judge's Feb. 10 Order. Thankfully, Mr. Green submits that there are plenty of avenues available for him to do this; and, he'll be discussing these options more herein throughout this Motion.

C. Grounds Supporting Recusal

~ A Brief Discussion

There are several options available to Mr. Green regarding seeking to recuse the Judge. Below, Mr. Green will list these options as well as the particular facts and circumstances of his Case that support the avenues of relief. Furthermore, Mr. Green asks the Judge to please review these Grounds and pick any one or several to support the relief sought herein.

(i)  28 U.S.C. Section 455(a)

28 U.S.C. Section 455(a) states: "Any justice, judge, . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Quoting Id. Black's Law Dictionary, defines "impartial" as: "Not favoring one side more than another; unbiased and disinterested; unswayed by personal interest." Quoting Black's Law Dictionary (5th Pocket Ed.).

(ii)  28 U.S.C. Code of Conduct for United States Judges; Canon 2

Canon 2, of the U.S. Code Jud. Conduct states: A Judge Should Avoid the Appearance of Impropriety in All Activities; and, Section "(A)", Respect for Law, states: "A judge should respect and comply with the law and should act at all times in a manner that promotes public confidence in the integrity and impartiality of the judiciary." Quoting and Paraphrasing U.S. Code Jud. Conduct, Canon 2, 2(A).

(iii)  28 U.S.C. Section 455(b)(1)

28 U.S.C. Section 455(b)(1), states that disqualification of any justice or judge in the United States is required: "Where he has a personal bias or prejudice concerning a party... ." Quoting Id.

(iv)  28 U.S.C. Section 144

28 U.S.C. Section 144 provides for the disqualification of a federal judge upon a party's filing of a timely and sufficient affidavit that the judge has a personal bias or prejudice. Paraphrasing Id.

(v)  28 U.S.C. Code of Conduct for United States Judges; Canon 3

Canon 3, U.S. Code Jud. Conduct, states: A Judge Should Perform the Duties of Office Fairly, Impartially, and Diligently. Canon 3 goes on to state: "The duties of judicial office take precedence over all other activities. The judge should perform those duties with respect for others, and should not engage in behavior that is harassing, prejudiced, or biased... ." Quoting Id.

### D.  Argument and Analysis

Mr. Green contends that he decided to move to recuse the Judge on or about February 12, 2021, when he received - in the mail - and reviewed the Judge's Feb. 10 Order, denying his Motion for Extension of Time, and vacating the Nov. 19 Order, thereby refusing to hear Mr. Green's ineffective assistance of counsel (IAC) claims prior to sentencing. See Accompanying Affidavit, Pg. 14. However, as stated above, the Feb. 10 Order was not the only reason behind Mr. Green's decision to seek to recuse the Judge. As stated by the United States Supreme Court in Liteky, supra: "judicial rulings alone almost never constitute a valid basis for a bias or partiality recusal motion... Apart from surrounding comments or accompanying opinion, they cannot possibly show reliance on an extrajudicial source; and, absent such reliance, they require recusal only when they evidence such deep-seated favoritism or antagonism as would make fair judgment impossible." Quoting Liteky, supra (Internal Citations Omitted).

Here, in addition to the Judge's Feb. 10 Order, which was completely arbitrary, Mr. Green submits that he also has for evidence to support this Motion the statement made to him by stand-by Counsel, Mr. Witzel, see Accompanying Affidavit, Pg. 11, and, the fact that the Judge threatened to disconnect, and then actually did disconnect the line - during a telephonic / electronic Status Conference in this matter - while Mr. Green was exercising his right to be heard. See Id. Pg.(s) 12-13. These are exactly the types of surrounding comments and factors that the Supreme Court was referring to in Liteky: i.e., the comment from Mr. Witzel to Mr. Green, stating that the Judge is not too fond of him, and the Judge's threatening to disconnect, and his actually disconnecting the line during a Status Conference in this matter. These comments, and this behavior by the Judge evince that the Judge's arbitrary denial of Mr. Green's Motion for an Extension of Time, and refusal to hear Mr. Green's IAC claims prior to sentencing, was the result of the bias and prejudice harbored by the Judge against Mr. Green.

Mr. Green submits that - as this Court is aware - he has been raising issues regarding the effectiveness of his attorneys representation since his trial ended nearly two (2) years ago, see Accompanying Affidavit; and, he has been trying that entire time to get information from, inter alios, Trial Counsel, so that he can be provided with a meaningful opportunity to be heard with respect to his post-conviction claims of, inter alia, IAC. See Id. For nearly two (2) years, Mr. Green has been asking the Judge for more time to submit his "Affidavit of Facts" in support of his IAC and other claims, so that he can first receive and review Trial Counsels Client File. [FN 3] In spite of several requests, complaints, and notices of intent to sue and file complaints with, inter alios, the American Bar Association, Trial Counsel never provided Mr. Green with the Client File. [FN 4] See Id. Pg.(s). 8-13.

Prior to the Judge issuing the Feb. 10 Order, Mr. Green had informed the Judge, in several written submissions, that he needed to be provided additional time to submit, inter alia, his Affidavit of Facts in Support of his IAC claims, and, the Attorney-Client Waiver Form (hereafter "the Waiver Form"); and that he still had "not" received the Judge's Nov. 19 Order, and accompanying Waiver Form, and that he still has not received his Client File, among other information needed to address his IAC and other post-conviction claims. See Id. One of these Letters by Mr. Green was dated December 4, 2020--which was the same day Mr. Green sent it to the Judge. For some reason, however, the Judge, during status conference(s) held in this matter, seemed to be insinuating that Mr. Green was "refusing" to sign the Waiver Form, and, when Mr. Green tried to clarify that he was not refusing, and simply just did not have the Waiver Form or the Judge's Nov. 19 Order, the Judge reacted angrily, and with hostility, threatened to disconnect the telephonic / electronic conference.

These were not the only factors justifying Mr. Green's requests to the Judge for additional time to submit the Waiver Form and Affidavit of Facts supporting his IAC claims. In addition to informing the Judge that he still had not received the Judge's Nov. 19 Order, and the accompanying Waiver Form, Mr. Green also informed the Judge of the prejudices suffered by him due to the restrictions at the Institution - the Metropolitan Detention Center (MDC) - imposed upon him because of the Global Coronavirus Pandemic: For example, Mr. Green informed the Judge that due to a massive Covid-19 outbreak at MDC, the Institution remains on lockdown, and, he also told the Judge that MDC had ran out paper for the printer--therefore, he could not print off, among other legal documents, his Affidavit of Facts in support of his IAC claims. See Accompanying Affidavit.

Furthermore, Mr. Green did not get the Nov. 19 Order until on or about, January 12, 2021, nearly one (1) and a half (1/2) years from the time the Judge first stated that such would likely be required here in order to hear Mr. Green's IAC claims. See Accompanying Affidavit Pg. 6 (the Judge stated at the October 31, 2019 sentencing hearing that Mr. Green would be required to waive the Attorney-Client Privilege in order to proceed with his ineffective assistance claims, and that this would have to be in writing). [FN 5] Mr. Green was unable to get the Waiver Form notarized because of institutional policy. Mr. Green later was able to get a staff member who is authorized to administer oaths, under the United States Code, to stamp the Waiver Form, and the next day, on February 8, 2021, Mr. Green timely filed the Waiver Form via the Prison Mailbox Rule when he handed it in to MDC Staff for delivery, via U.S. Legal Mail, to the United States Courthouse, for the Southern District of New York. [FN 6] However, approximately two (2) days later the Judge, without waiting to see if Mr. Green actually timely submitted the Waiver Form, issued and entered the Feb. 10 Order, deciding to no longer hear Mr. Green's IAC claims prior to sentencing because, the Judge claimed that: "The completed informed consent form was not returned to the Court, and [Mr.] Green did not submit an affidavit concerning his ineffective assistance of counsel claims." Quoting Feb. 10 Order. However, this is not entirely true, and the Judge should not have issued this Order considering this, and because Mr. Green clearly showed good cause in his requests for an extension of time to do these things.

Mr. Green now desires to utilize the Local Criminal Procedural Rule, Rule 49.1(d), to get the District Court to reconsider the Feb. 10 Order, however, because the Judge is and has displayed bias and prejudice against him, he does not feel that he will receive a fair hearing; therefore, he has decided to seek to recuse the Judge, using the applicable Statutes listed herein. Moreover, Mr. Green argues that the Judge should recuse himself here because "a reasonable person, knowing all the facts would conclude that the court's impartiality might reasonably be questioned", Quoting Collins, infra (Internal

Citations and Quotations Omitted); and, also because "an objective, disinterested observer fully informed of the facts underlying the grounds on which [the] recusal was sought would entertain significant doubt that justice would be done" in this Case. Quoting Collins, infra.

Mr. Green also submits that the Judge should be recused for violating, among other rights, his right to be heard, when the Judge disconnected the line during the Jan. 5 telephonic / electronic Status Conference. This was highly unconstitutional, unethical, and is not indicative of the type of behavior that is expected and moreover required of an appointed official tasked with the administration of justice. See U.S. Code Jud. Conduct, Canon 1:

A Judge Should Uphold the Integrity and Independence of the Judiciary

An independent and honorable judiciary is indispensable to justice in our society. A judge should maintain and enforce high standards of conduct and should personally observe those standards, so that the integrity and independence of the judiciary may be preserved. The provisions of this Code should be construed and applied to further that objective.

U.S. Code Jud. Conduct, Canon 1. Moreover, when the Judge threatened to and then subsequently disconnected the line at the Jan. 5 Status Conference, the Judge was not acting in accord with this and other Judicial Canons. This was unacceptable behavior and was a severe violation of Mr. Green's rights.

U.S. Code Jud. Conduct, Canon 3, section "(A)" discussing "Adjudicative Responsibilities" of the Judge, states:

(1) A judge should be faithful to and maintain professional competence in the law, and should not be swayed by partisan interests, public clamor, or fear of criticism.

(2) A judge should hear and decide matters assigned, unless disqualified, and should maintain order and decorum in all judicial proceedings.

(3) A judge should be patient, dignified, respectful, and courteous to litigants, jurors, witnesses, lawyers, and others with whom the judge deals in an official capacity... .

(4) A judge should accord to every person who has a legal interest in the proceeding, and that person's lawyer, the FULL RIGHT TO BE HEARD ACCORDING TO LAW... .

U.S. Code Jud. Conduct, Canon 3(A) (Emphasis Added).  The Judge did not afford Mr. Green the "full right to be heard according to law" at the Jan. 5 Status Conference, and therefore, he should now be recused from this Case.


E.  The Online Petition


As stated in the Accompanying Affidavit, Mr. Green currently has two (2) Petitions on the internet, one of them asking for signatures of individuals supporting Mr. Green's desire for a new trial, and the other asking for signatures of supporters of Mr. Green's request for a new judge. With respect to the latter, Mr. Green submits that despite the Petition only being active for a couple of days [FN 7], he currently has over two-hundred (200) signatures, see Exhibit "C", of individuals who support his request for a new judge [FN 8]; and, the Petition seeking supporters of Mr. Green's request for a new trial, which has been up for significantly longer, has over one-thousand (1,000) signatures. See Exhibit "D". These people all agree with Mr. Green that a new trial, and moreover a new judge, is needed for justice to be done here. Accordingly, the Judge should recuse himself, and allow for the appointment of another judge to rule upon, among other things, the accompanying papers.


V.  Relief Sought


WHEREFORE the Defendant, Brandon Green, RESPECTFULLY moves the Honorable District Court Judge, Paul G. Gardephe, to recuse himself from this Case, and allow for the appointment of another Judge to take over the Case, and hear Mr. Green's accompanying Motion to Reconsider; and/or, in the alternative, Mr. Green submits that disqualification here can be remitted in the event all parties are able to come to a meeting of the minds here.


EXECUTED On this 23 day of February, 2021.


Respectfully Submitted,


_____/S/_____

Brandon Green Reg. # 56400-054

Defendant, Pro Se

FOOTNOTE(S)

_____

1. Mr. Green asks that this Court please liberally construe this Pro Se submission. See Erickson v. Pardus, 551 U.S. 89, 84, S. Ct. 2197, 167 L. Ed. 2d 1081 (2007); and see, Harris v. Mills, 572 F. 3d 66, 72 (2d Cir. 2009) (both cases showing that both the United States Supreme Court and Second Circuit require that the Court liberally construe pro se pleadings).

2. Sent herewith is an "Affidavit of Facts" in support this Motion (hereafter the "Accompanying Affidavit"); which is also submitted as, inter alia, an affidavit for recusal, under 28 U.S.C. Sec. 144. Moreover, although the Accompanying Affidavit is legally enough itself to warrant recusal, Mr. Green has additionally gone ahead and prepared this Motion, to further explore, and discuss the relevant law and facts here.

3. Mr. Green did not discover, until he had the Court relieve Ms. Dolan from this Case, that the client file that trial counsel sent to Ms. Dolan did not work, contained a virus, and/or otherwise contained no readable data. Moreover, in a recent letter dated, February 16, 2021, Mr. Breslin wrote this Court stating, inter alia, that: "Ms. Dolan NEVER advised that she could not access the documents." Quoting Mr. Breslin's Letter to this Court, dated February 16, 2021 (hereafter "Mr. Breslin's Feb. 16 Letter") (Emphasis Added).

4. Recently, stand-by Counsel informed Mr. Green that Mr. Breslin recently sent a letter to this Court, giving Notice that he would be providing Mr. Green with the client file.

5. Mr. Green submits that what the Judge said here might not be completely accurate. See Rudaj v. United States, 2011 U.S. Dist. LEXIS 67745 (S.D.N.Y. 2005) (therein the Court mentioned an American Bar Association (ABA) opinion that the Government had cited in that case, which stood for the proposition that when a defendant raises issues of ineffective assistance, he in effect waives any privileged communications associated with that claim; and, the Government argued that therefore, the defendant did not have to sign a waiver and the attorney could ethically respond if the court so ordered. See ABA, Standing Committee on Ethics and Professional Responsibility, Formal Opinion 10-456, July 14, 2010 at 1). Therefore, the Judge could have just ordered Mr. Green's previous attorneys to respond to his Claim, especially being that Mr. Green unequivocally expressed to the Court his desire to pursue his ineffective assistance of counsel claims, and that he was willing to waive the attorney-client privilege.

6.  Under the prison mailbox rule a pro se prisoner's complaint is deemed filed upon its delivery to prison authorities for transmittal to the district court. Sides v. Paolano, et al., 782 Fed. Appx. 49, 2019 U.S. App. LEXIS 31358 (2d Cir. 2019).

7.  The online petition seeking signatures for supporters of a new trial had already been activated online by Mr. Green's loved ones for several months when Mr. Green decided to also do one for the new judge--which decision he did not make until a few days after he decided to move the Judge to recuse himself.

8.  Mr. Green submits that on the online petition asking for signatures of supporters of his request for a new Judge, there is a link that allows the individual to listen to the Jan. 5 Status conference in this case, and they hear the Judge disconnecting on Mr. Green, a Pro Se litigant, as he's exercising his right to be heard. Moreover, the same individuals who signed Mr. Green's Online Petition for a new judge listened to this before signing, therefore, Mr. Green argues that these signatures of over two hundred (200) individuals, meets the substantive standard recusal requirement. See United States v. Collins, 2005 U.S. Dist. LEXIS 40305 (S.D.N.Y. July 20, 2005): The substantive standard of recusal [under Sections 144 and 455(b)(1)] is whether a reasonable person, knowing all the facts, would conclude that the court's impartiality might reasonably be questioned. The standard under Section 455(a) is whether an objective, disinterested observer fully informed of the facts underlying the grounds on which recusal was sought would entertain significant doubt that justice would be done in the case. Paraphrasing Collins, supra (Internal Citations and Quotations Omitted). Therefore, the Judge should recuse himself from this case. Nevertheless, even if these online signatures do not meet the substantive standard for recusal, they give credence to Mr. Green's claims that there are serious problems in this case, and a new judge and new trial are necessary to ensure that justice is done here. These individuals are not the only disinterested individuals to comment about there being serious issues in this case; for instance, Attorney Isaac Wright, whose also running for mayor of New York, commented about this case recently, by stating: "It appears to me that your claims of ineffective assistance of counsel will require an evidentiary hearing"; and, that "[y]our case has a torrid procedural history[,] and it is clear to me that you were not treated within the bounds of the proper lawful administration of justice."

AFFIDAVIT OF FACTS

I, Brandon Green, DO HEREBY SWEAR, Under Penalty of Perjury, that the following information is true and correct, to the best of my knowledge, understanding, and belief [FN 1]:

1. In or about December of 2016, a multi-count Indictment was returned against me and several others;

2. The Three Counts against me in the Indictment were: Count-One: Racketeering Conspiracy, with an Attempted Murder and Conspiracy to Commit Murder in Aid of Racketeering, Count-Four: Conspiracy to Distribute Controlled Substance(s), and Count-Five: Use of a Firearm in Connection with Racketeering and Narcotics Conspiracy;

3. Prior to this indictment, the Government had tried to indict myself, and the other co-defendants;

4. An attempt by them to indict myself and the other individuals in 2014 came back No-Bill, and the Government eventually indicted Latique Johnson on a RICO offense "by himself";

5. In 2016, this Indictment, solely with Mr. Johnson, was superseded to add myself and the several others (this was the S3 Indictment; the one we were brought to trial on was S5);

6. On or about May 16, 2017, I was arrested for this Case, in Bridgeport, Connecticut;

7. I was initially appointed the Attorney Susan Walsh, as Counsel for this Case shortly after my arrest; not long after my arrest, Ms. Walsh came to see me at the Metropolitan Correction Center (MCC), in Manhattan, New York;

9. When Ms. Walsh came to visit me, I asked her to submit a bail application on my behalf; and, I told her that I had 5-7 signatures of working people, and my daughter's grandmother was willing to Co-Sign her property to put towards bail;

10. Ms. Walsh, despite my requests, never moved the District Court for bail on my behalf;

11.  Ms. Walsh also came to visit me at MCC to discuss a plea offer by the Government;

12.  This was the Government's first plea offer; and it was for 10 years to life, for RICO Conspiracy, and a separate narcotics conspiracy 841 (b)(1)(a), attached with the 851 enhancement, which double the mandatory minimum to 20 years (See Exhibit "A" - A letter from Ms. Walsh showing the existence of this plea, which the Government is not handing over: likely because it was not legal, like everything else that has taken place here);

13.  And, when offering me this plea, Ms. Walsh stated: "the Government doesn't want you, they want Mr. Johnson"; that he is a "very bad man"; and, that "they will relocate you and your loved ones" (paraphrasing Ms. Walsh);

14.  Later, Ms. Walsh came to see me again at MCC, and provided me with the Government's second plea offer for: RICO Conspiracy, and a separate narcotics conspiracy 841 (b)(1)(b); this plea had me placed in a criminal history category VI career offender, but the Government agreed to drop the gun count (regarding this, Ms. Walsh sent me a letter stating: This plea was forwarded to her last night, "the guidelines are very high but the mandatory minimum was reduced to 10 years" only because of the prior felony 851 enhancement);

15.  Ms. Walsh came to see me again, to extend the Government's third plea offer: RICO Conspiracy, and a separate narcotics conspiracy 841 (b)(1)(b), with prior felony 851 information still attached; and she informed me that: with this new plea agreement I was no longer considered a career offender--instead, I was placed in criminal history category III (See Exhibit "B", Letter from Ms. Walsh);

16.  Around this time me and Ms. Walsh began to have severe disagreements with how my Case was being handled; with what issues I wanted raised; and, with her continued attempts to try and get me to cooperate with the Government (on several occasions Ms. Walsh tried to talk me into cooperating/working with the Government; to help them with their fabricated case against myself and the other defendants--however, I expressed to her that I did not want to go this route. In spite of this, Ms. Walsh still continued to try and persuade me to cooperate);

17.  Consequently, - due to my and Ms. Walsh's disagreements, and my dissatisfaction with her representation - the District Court relieved her as counsel for this case (this was some time in or around 2018);

18. The Court, after relieving Ms. Walsh, appointed the Attorneys Eric R. Breslin and Melissa S. Geller, from the law firm Duane Morris;

19. In or around 2018, Ms. Geller came to see me at MCC, and I informed her of, inter alia: the plea offers I received from Ms. Walsh, and moreover, the discussion that me and Ms. Walsh had (see Paragraphs 7-17, above); and, moreover, I informed her of the reasons why I no longer wanted Ms. Walsh to represent me; also, I informed Ms. Geller that: I was innocent of all charges, and that the entire Case against me was fabricated;

20. Additionally, I informed Ms. Geller that Michael Evans (aka "Puff"), and David Cherry (aka "Showtime"), were still friends up until the arrest, so none of this could be true (referring to the murder conspiracy plot/charge); I also informed her that I did not know David Cherry; And that I saw David Cherry at M.C.C and he told me that: He informed his lawyer that the government is lying, that he knew Puff (Michael Evans) since around 2006 or 2007 and that they are still friends, and that he also told his lawyer that he was introduced to me one time by Michael Evans at BBQ's when I got out of prison.

21. After informing Ms. Geller of those things listed above, she asked me if I would help in assisting the Government; at this time Ms. Geller asked me if she got me out on bail, or if I got out on bail, would I be willing to cooperate;

22. In response, I informed Ms. Geller that I do not know these people; Michael Evan's and I are like family; that I did a couple of music videos for Mr. Johnson; that I didn't know anything; and, that these charges are made up (fabricated);

23. Ms. Geller still tried to talk me into cooperating after I told her this: She stated, you speak properly, and therefore could make a great witness, and could satisfy the elements;

24. I maintained to Trial Counsel that I was innocent of all charges, and that I had nothing to say to the Government;

25. I informed Mr. Breslin and Ms. Geller that I wanted them to attack this case at the roots, starting with the investigation, the Affidavits of Agents Snead and Serotta and, I told them to review the Grand Jury minutes because it was obvious that the Government lied to and misled the Grand Jury;

26. I informed Mr. Breslin that I wanted him to argue Carpenter; to attack the Government's affidavits and their obtaining of Electronically Stored Information from any and all cell phones allegedly obtained from me; and, I told him to challenge the paid informant used to obtain my cell phone number;

27. I informed Mr. Breslin on several occasions, in person, and via emails and other written correspondence, that I wished for him to move to suppress all evidence in the Government's case against me;

28. Trial counsel ended up moving to suppress some of the evidence associated with this Case; however, he did not move to suppress everything like I had asked, and he failed to incorporate my arguments;

29. For example, regarding the search of the home in Bridgeport, Connecticut, trial counsel failed to argue or moreover challenge, inter alia, the illegal stop of Ms. Turcios, the illegal ensuing entry into the apartment, the agents illegally taken her cell phone and house keys, and the subsequent illegal search and illegal seizure of the alleged evidence found therein;

30. That's not all that trial counsel failed to argue or challenge with respect to said search; for example, trial counsel failed to argue that Ms. Turcios withdrew her alleged permission once she entered the apartment; that she was taken upstairs to the balcony in her bedroom where they had guns laid out on her bed, including a pink handgun--the one she was coerced with, along with the rest of the firearms on the bed (only then she gave consent, but that consent was not valid);

31. In or around December 2018, in an email, after trial counsels attempt to suppress the firearms failed at the suppression hearing, I asked him to appeal the District Court's denial, and, if that did not work, to move to exclude the firearms in a motion in limine; I asked him this right before trial while he was drafting the limine motion; moreover, among other things, I told trial counsel that when I was arrested, I was on the first floor, and that the Officers made me back up towards the front door, therefore, they had no reason to come into the home and go on the second floor, however, trial counsel failed to correctly argue this;

32. In response to my requests to attack the Agents Affidavit(s) mentioned above (See Paragraph 25), and to suppress the evidence associated with this Case, Mr. Breslin informed me, via email(s), that he would have to file another suppression motion, and, that he was "NOT DOING THIS!";

33. I continued to ask trial counsel to do these things; however, they were not done (this is apparent from the Record);

34. Trial counsel failed to look into nearly everything I asked prior to going to trial;

35  From around December 2018 through January 2019, Mr. Green has an abundance of emails asking trial counsel to please allow him to review the 3500 Material; trial counsel failed to allow me to review all the 3500 material prior to trial; I complained to trial counsel about my Co-defendant(s) Lawyers coming to see him often to go over and review the 3500 materials with them prior to trial; trial counsel failed to do this with me; trial counsel never allowed me to view Officer Sisco's 3500 material; even as I submit this sworn affidavit I have yet to view the entire 3500 material and/or trial exhibits (for example - "exhibit 1012" which is a stipulation between the government and trial counsel stating among other things the Bronx District Attorneys Officer dismissed the August 3, 2010 Traffic Stop);

36. Trial counsel never looked into or investigated the Government's Western Union Summary Charts, like I asked. I told trial counsel I never went to the town of Elmira, and, I never made these transactions, to challenge such, and/or, to reach out to an Expert Witness to refute these Western Union Charts;

37. Trial counsel should also have pointed out to the Jury that the Government's alleged Western Union that they claim was sent to CW-Rosario for $2,000, from Saeed Kaid (a/k/a O-Dog) to allegedly purchase heroin from me, was not on the Government's Summary Chart, despite the fact that you must have an Identification Card (ID) to pick up or send any Western Union over around $500/999.99;

38. The truth was this Western Union transaction never took place, and this would have been established had trial counsel looked into and investigated the Western Union transactions, and moreover, the Government's Summary Charts and proposed testimony and evidence regarding such;

39. Trial counsel also should have raised the following issues regarding the Western Union Summary Charts (Government Exhibit(s) 500, 501, 900): 1. the Western Union Charts did not have any NYCID (New York City Identification Numbers) associated to any of these names on the ID's and/or transaction; 2. The Brandon Green in these charts had 3 different home addresses on each of these I.D'S, and, it had No NYCID numbers on these ID's, for each of these three alleged transactions, and 3. none of them were the addresse(s) of where the Government alleged Brandon Green lived at and operated out of, which is the Honeywell complexes, and/or the addresses in agent Snead and Serotta reports where they claimed Mr. Green lived at - in their affidavits; 4. The government did not have an expert testify to these charts/transaction either - they used their own Paralegal Ms. Harney and trial counsel failed to OBJECT or challenge this in any way; 5. All of these alleged transaction from "the Brandon Green" took place in 2014, trial counsel should have also argued that - by 2014 which the government claims is when Mr. Green made these Western Union Transactions from the town of Elmira - The alleged Greyhound operation and, each of its members were ALL in prison since March of 2013; Mr. Green  also told Trial

Counsel that CW-Adams lied about him coming up to Elmira (he was the only CW to say this), once with this "Bezo" person and/or another time with Mr. Johnson; This could not be true though, even the Governments CW-Rosario stated Mr. Johnson NEVER came to the town of Elmira, and he never testified to Mr. green ever coming to Elmira; Counsel DID NOT even Object like Mr. Green asked to these crafted Western Union Summary Charts that was designed by the governments own trial Paralegal Ms. Harney;

40.  Prior to trial I informed trial counsel on several occasions that I did not agree with the Government's use at trial of a Traffic Stop that I was involved in, with Michael Evans (a/k/a "Puff) and Crystal Williams, back in August of 2010 (hereafter "the Traffic Stop");

41.  I informed trial counsel that I never possessed anything illegal that day; and, that the Officers involved wrongfully pulled us over, then severely beat me, before asserting that I had cocaine on me;

42.  I informed trial counsel that first and foremast, I did not feel that the traffic stop, and more specifically the alleged evidence associated with it, should be allowed to be used against me at trial because, among other reasons, the officers involved in the State case illegally obtained that evidence--it was the fruit of a poisonous tree, and I told trial counsel this;

43.  I told trial counsel that the arrest ensuing from the traffic stop was dismissed, because the State Court Judge involved in that case had found that our rights were violated (also in the car that day was the vehicles owner and driver, Crystal Williams);

44.  I informed Trial Counsel to look into the Disposition from that case, and they would see this;

45.  I also informed trial counsel that I filed a Civil lawsuit because of the violations of my rights that took place during the traffic stop; and that I was awarded money as a result of my civil rights claims against those Officers, and the New York City Police Department;

46.  I informed trial counsel that I had did depositions for that lawsuit, and maintained throughout the entire proceedings that I did not possess anything illegal that day;

47.  I told trial counsel to call the passengers of the car from the day of the traffic stop, and that they would corroborate my contentions that I did not possess anything illegal that day;

48.  I told trial counsel who my civil attorney(s) were for that case, Michael and Peter Ridge; and, I had them send trial counsel my client file for that case, which contained, inter aila, the Certificate of Disposition for that case (hereafter "the Disposition";

49.  For some reason, however, trial counsel kept telling me and everyone else that the Disposition from the Traffic Stop Could not be located (trial counsel even stated this to my family);

50.  I kept informing trial counsel that I disagreed with the Government's use of the traffic stop at my trial, especially the alleged evidence associated with such; however, trial counsel just kept telling me that the Disposition could not be located;

51.  This is also what trial counsel said to the Court on several occasions; however, this was a lie (see Exhibit "C" - An Email from Ms. Geller to AUSA Jessica Feinstein, that had attached therewith, inter alia, the Disposition);

52.  I even discovered from a lawyer for one of the other defendants that the lawyer also told Ms. Geller to move to suppress the traffic stop and moreover, the evidence associated with it;

53.  However, trial counsel never moved to suppress the evidence associated with the Traffic Stop, nor did they attempt to exclude such in a motion in limine--in spite of me and another attorney for a defendant in this case asking;

54.  I maintained to trial counsel that I did not possess anything illegal on the date of the traffic stop; and I requested trial counsel to look into the backgrounds of Officer Sisco, and all the other Officer(s) involved in the traffic stop with violating our rights, and using excessive force on me;

55.  Had trial counsel looked into their backgrounds, trial counsel should have seen all the civil suits filed against Officer Sisco for similar complaints as I had, for "excessive force", "fabrication of evidence", "false arrest", and "illegal search";

56.  Trial counsel should have moved to suppress / exclude the traffic stop from being used at trial here; and, in the alternative should have put forth evidence for the Jury to infer that it is likely that the officers involved fabricated (planted) evidence on me to diminish / justify their false arrest, illegal search, and use of excessive force (I was very badly beaten, and had to be taken to the hospital; even the first

appearance judge noticed my injuries, and released me on my own recognizance (ROR'd), which can be viewed from review of my ST. Barnabus Hospital and MCC medical file(s));

57. Officer Sisco seems to show a pattern of violating the rights of those who he encounters, and it's clearly probative of his conduct in Mr. Green's case;

58. In or around April of 2019, I informed trial counsel that a loved one located the Disposition from the August 3, 2010 Traffic Stop (See Exhibit "D"); and, I informed trial counsel that, among other things, I felt they had colluded with the Courts and Government to wrongfully convict me: For instance, I pointed out that the Disposition stated the state Court Judge, the Honorable Judge Greenberg E., dismissed all pending criminal charges related to the traffic stop; and this is different than what the Government and Trial Counsel stipulated to, which was that the "Bronx District Attorney dismissed the charges" (See Trial Transcript Pg. 2884), however, that was not true, and the only mentioning of this anywhere else was the Court's statement at trial that:

THE COURT: I guess I'm under the impression the DA;s office dismisses all the time in cases where it concludes that there might be a search issue... .

Trial Transcripts Pg. 25 LL 22-24;

59. Moreover, I went on to point out to trial counsel that the email I found (see Exhibit "E"), shows that trial counsel lied to and misled me and my family, when trial counsel stated to us and even to this Court that the disposition could not be located, see TT Pg.(s). 19-20; when in fact that the email shows that trial counsel had this information, and even sent it to the United States Attorney's Office pursuant to their Discovery (Brady/Giglo) obligations, ergo, the District Court Judge, Paul G. Gardephe, knew this when he insinuated to the Government and trial counsel that the District Attorney's Office dismisses cases all the time (I informed trial counsel that I felt that the Court's led them and the Government to lie here and Stipulate to the Bronx D.A. dismissing the case stemming from the traffic stop, when the truth was that the state court Judge dismissed it, because of the violations of the Constitutional rights of myself and the other individuals involved in that incident);

60. Furthermore, I informed trial counsel that the Court knew or should have known that the state case was not dismissed by the Bronx D.A., it was dismissed by the state Judge, and also should have known that Ms. Geller was lying about not being able to locate the disposition, because the Court stated that it had reviewed all the 3500 material for this case, see Trial Transcript Page 2961, and the disposition, among other things, from the August 3, 2010 Traffic Stop was within that material; I, even informed Ms. Dolan about these things;

61.  Prior going to trial the Government had tried to extend approximately six (6) plea offers in writing, and there was another one that I never seen, but that Trial Counsel orally presented to a family member(s) and told them to try to convince me to take this plea;

62.  The fourth plea offer was extended by trial counsel, and it was a 7 year minimum mandatory plea with a brandishing a firearm in connection with the Showtime Murder Conspiracy; it was when Trial Counsel brought me this plea that he informed me that I was simply "collateral damage", in response to my maintaining to him that I'm innocent of all the charges here;

63. The Fifth plea was for a Racketeering Offense, with no mandatory minimum, and it was only available from October 10th, 2018 until October 12th, 2018, for two days; this plea offer was already expired when Trial Counsel finally conveyed it to me sometime towards the end of October (MCC Legal Visit Logs and Camera Records will show that Trial Counsel never came to MCC while this plea was still active); also, emails between Trial Counsel and the Government will show that the Plea was expired while they were still negotiating it (an email(s) between AUSA Ms. Nichols to Mr. Breslin stated, inter alia, that: Even if we drop the leadership enhancement, after trial the Judge will still find it applicable to him);

64.  The sixth plea offer was in December 2019, and was for Racketeering, and a narcotics conspiracy, with an 851 enhancement, for 10-life, with a criminal history category III, Mr. Breslin told me about this plea over the email;

65.  On or about February 15, 2019, at a hearing prior to trial, the Government had stated that all pleas are off the table; then, after Court, trial counsel told my family, at the Courthouse, that they got me another offer (this was the 7th Plea Offer), and were going to MCC to see me to present it to me-- however, this was a lie. They had my family thinking and waiting in front of the MCC building like they were going inside the facility to discuss this plea offer with me--this never happened;

66.  Trial counsel failed to adequately go over all the Government's plea offers with me; and, moreover, did not present all of these to me in a timely manner; also, trial counsel failed to consult with me regarding their written submissions, and even emailed me and stated that they could not promise me that they would go over all submissions with me prior to filing; and, trial counsel also entered into several stipulations without first going over those things with me, and stipulated to things in spite of my objection(s);

67. Trial Counsel lied to and misled me and my family regarding this case, and their representation of me; and I have evidence to prove this;

68. Among other lies told to me and my family by trial counsel was that Trial Counsel had come to MCC to visit me on or about February 18, 2019;

69. Moreover, it can be proved here that trial counsel lied to me and my family because I have the electronic messages that trial counsel sent to my family, pretending to be at MCC visiting me to extend me the offer; however, MCC Legal visit records and camera footage from the facility will show that this never occurred, trial counsel never came to see me this day to go over this plea offer; furthermore, later, trial counsel asked my mother and Ms. Arceneaux to convince me to take the plea, and he later text Mr. Green's family that night, asking: "Any news?";

70. Trial counsel should have moved to allow the admission of the civil lawsuits against Officer Sisco, and any and all other Officer(s) involved in the traffic stop;

71. I maintained to trial counsel that I never went up to the town of Elmira, nor did I ever supply any of these people with any type of narcotics;

72. I informed trial counsel to test the DNA on the alleged firearms seized in the Bridgeport CT residence, and I also told trial counsel to call a witness at, Mr. Swinney, to trial who would have testified to the fact that I never owned or possessed any firearms (the witness would have testified that the firearms belonged to him); moreover, this witness was available and willing to testify, and even told trial counsel that he would in fact testify to this if called as a witness;

73. I informed trial counsel to challenge the fake identification with my picture on it; That I.D was created well before this indictment came about - check the expiration date on the I.D that was recover in Bridgeport;

74. I asked trial counsel to hire expert witnesses to help us with our defense; to get, inter alios, a gang expert, voice expert, firearm expert, law enforcement expert from the town of Elmira (EPD or State Troopers who initially investigated this drug ring from NYC to Elmira), and an expert for the Western Union Transactions;

75. Trial counsel stated in closing that the only thing that connected me to the town of Elmira Drug Conspiracy was the alleged Western Union transactions; and trial counsel failed conduct an adequate investigation into, and moreover failed to object or otherwise challenge these transactions in spite of me requesting several times that this be done;

76. I went to trial in February 2019; and it lasted approximately five (5) weeks;

77. I felt forced to trial here [EN 1] , and that my Trial counsels were prevented from meeting the prosecution's case due to overzealousness of the Government Officials in this Case (which is evinced by, inter alia at my trial, the lack of foundation the Government was allow to lay when it witnesses were testifying against me especially--a fact even the District Court noted on Several occasions;

78. Prior to going to trial, I informed trial counsel to contact my Federal Probation Officer, Robert Walsh; that he would be able to establish that I did not live at the Honeywell Complexes, as was testified to by the Government's cooperator(s) at trial;

79. After the verdict of the Jury here, I informed trial counsel of the issues and arguments I wanted raised in my Rule(s) 29 and 33 Submissions; and I asked trial counsel on several occasions to first go over those Submissions with me before filling them; however, Trial Counsel did not do this;

80. There is so much that trial counsel did not do here that I have an issue with; most all of which I brought to his attention;

81.  Among other issues I asked trial counsel to raise is the fact that he misstated a lot of things in their written submissions, to include the Pre-Sentence Investigation Report (PSR) responses and objections, and they failed to object to a lot of issues therein;

82. I maintained to trial counsel that I wanted to object to the PSR in its entirety, on top of raising specific objections to the things stated therein that I did not agree with;

83.  I told trial counsel the specific objections that I wanted to raise, and brought up the discrepancies I had with the process in which the PSR was drafted: Its clear to me that the Probation Officer here was very bias, and deprived me of my rights here arbitrarily conducting an unfair report;

84. Like everything else, trial counsel did not incorporate my arguments into, inter alia, his suppression motion, the PSR, and the Rule(s) 29 and 33 Motions, and, as stated earlier, failed to correct the grossly deficient document;

85. The Government misconduct in this case starts at its inception, continued all throughout the trial, and did not stop once the trial was over; and review of the PSR shows this;

86. What the Government did here was wrongfully charge me with crimes they know that I did not commit, in an effort to get me to become a cooperating witness for them in their case against Latique Johnson; however, when I refused the Government's offers, their acts of malfeasance continued;

87. It was not just me that the Government sought to punish for not helping them, either; they also were involved in maliciously, and selectively attacking my family and loved ones;

88. The Government was allowed to get away with too much throughout the Course of my prosecution, and it did not help that they received little to no resistance from my own Attorneys and the Court--it's as if Trial Counsel was working for the Government, not me;

89. I'm not the only one who suspected trial counsel of being in bed with the Government here either; a family member of mine was in Court during trial, and at recess overheard Ms. Feinstein yelling at Trial Counsel, Ms. Geller, asking: "How could you do this to me";

90. It is believed that this argument was brought about because I insisted that Ms. Geller bring to the Jury's attention that I was disengaged in the "Club Heat" video shown by the Government: On the video, at Club Heat the Government showed what they alleged was a Gang rivalry argument going on, however, I was on the video just standing there on my cell phone, and/or with my hands in my pockets--I made Ms. Geller point out that I was not at all participating in what was going on, and Ms. Feinstein was angry at Ms. Geller for this because Ms. Geller was not really supposed to be helping me, but the Government. (Ms. Geller was probably doing this to earn favors so she can get a job as an Assistant United States Attorney; Ms. Geller wanted to be an AUSA, but she did not make the cut when she got out of law school);

91. The Club Heat video was the only evidence that the Government had with all three trial defendants in it, Mr. Green, Mr. Murray, and Mr. Johnson;

92. Among other issues with the Rule(s) 29 and 33 Submissions was that Trial Counsel said that I gave Adams a .22, and had a big scale; which was something that Trial Counsel also said to the Jury at my trial during opening statements;

93. However, I was never found to be in possession of "any" scales whatsoever; nor did the Government possess any big scale(s) in their Case against myself and the other defendants here;

94. Also, Mr. Breslin admitted to me that he thought the Government's Star Witness, CW-Mr. Adams, committed perjury, and he filed this in his Rule(s) 29 and 33 Submissions; however, once the Government addressed his allegations of perjury inside their rebuttal, Mr. Breslin withdrew his argument; and he did this with, among other things, his 403 objection to Officer Sisco's testimony and moreover the evidence associated with the traffic stop;

95. I then asked trial counsel to correct and amend the Rule(s) 29 and 33 Submissions; and to move for a Stay in the proceedings so that this could first be done before moving forward to address any and all issues with the PSR;

96. In response, Mr. Breslin emailed me stating that there was "no such thing as a STAY", and then he went on to say that "no one is giving you a STAY";

97. In or around June 2019, I sent a Motion to the District Court requesting, inter alia, a Stay; however, this was not filed/uploaded to my Docket until, January 8, 2020;

98. As time went on after I continued to feel as though I was being misled by everyone here, including trial counsel; so, I continued to look into my issues myself, constantly studying and learning more about my case and the law--especially my rights;

99. The more I looked into things, the more I seen was not done in my case; and it got to the point where I no longer felt that my trial counsels were in my best interest; therefore, I asked the District Court to relieve them from my case, which the Court did;

100. To replace trial counsel my family hired the Attorney Zoe Dolan, from California, for sentencing; and, she agreed to help me amend/supplement the Rule(s) 29 and 33 Submissions as a favor;

101. Even before hiring Ms. Dolan, she stated that Trial Counsels Post-Trial Submissions were rather "paltry";

102. Before hiring Ms. Dolan I stressed to her my dissatisfaction with Trial Counsels performance pre-, post- during, and after trial, and the prosecutorial and government misconduct that took place, as well as my overall concerns about this case;

103. On July 25, 2019, the District Court held a Substitution Hearing for the appointment of Ms. Dolan, at which time the Court stated to her that: trial counsel, Mr. Breslin and Ms. Geller, did an excellent job here; that they performed admirably, and the I was the benefactor of excellent representation both in their written as well as their in court performances;

104. After hiring Ms. Dolan, I continued to voice my overall dissatisfaction with trial counsel, and this Case;

105. I told Ms. Dolan the same things I stated to the District Court regarding my issues with trial counsel, and my fears regarding the Government's malicious and wrongful prosecution of me;

106. I informed Ms. Dolan that I was not happy with trial counsels written submissions, to include the Rule(s) 29 and 33 Submissions;

107. I stated to her that trial counsel failed to go over these Submissions with me prior to filing them, and consequently, did not incorporate my arguments that I wanted to be raised; moreover, trial counsel failed to correct these things once made aware of such by me: i.e., when I informed trial counsel that certain arguments were not raised therein, and when I asked them to be raise, these things were not done; and at times, trial counsel even refused to

108. I told Ms. Dolan in person and in emails that trial counsel deprived me of the effective assistance of counsel guaranteed to me by the U.S. Constitution; and I maintained to her that the Government engaged in a series of misconduct here in an effort to wrongfully prosecute convict me;

109. Moreover, I unequivocally informed Ms. Dolan in person and in emails and written correspondence that I wanted to raise claims of ineffective assistance of counsel (IAC) and prosecutorial misconduct prior to sentencing;

110. However, Ms. Dolan informed me, on several occasions, in response that these are issues that are to be raised via a Section 2255 petition, "not a Rule(s) 29 and 33 Submission";

111. On September 12, 2019, Ms. Dolan replied back to several of my emails, and informed me that she intended to supplement the Rule(s) 29 & 33 Submissions with the Supreme Courts recent Davis decision; also, she informed me that her professional opinion as to most of my arguments, particularly my attacks on Breslin and Geller, are more appropriate for a 2255 petition;

112. On October 7, 2019, Ms. Dolan sent me an email stating, inter alia, that "the Sisco details you're pointing out are more of a 2255 issue", as it relates to the performance of Breslin and Geller; and, she "agree[d] that the prejudice was very harmful";

113. On July 24, 2019, I emailed Ms. Dolan to inform her I was working on my own Sentencing Memorandum (hereafter "the Sentencing Memorandum");

114. On that same day, when Ms. Dolan came to visit me at MDC, I informed her that an attorney for another defendant on this case was visiting their Client, and asked me to remind her to reach out to get some details regarding Ms. Geller's and Mr. Breslin's failure to move to suppress or otherwise exclude the testimony and alleged physical evidence associated with the traffic stop;

115. This was not the only time I informed Ms. Dolan of the issues surrounding this case that I wanted raised, to include the issues surrounding the traffic stop;

116. I told Ms. Dolan to look at the Disposition from that stop, and to look into the case, and she would see that my trial counsel was ineffective for, inter alia, not moving to suppress or otherwise exclude the testimony and alleged evidence associated with that case;

117. I did the best I could to adequately apprise Ms. Dolan of all of the issues that I had here, and even sent her a document I called "the Guide" (see Doc. No. _____ ); which I feel was legally sufficient enough to apprise her of my claims to the point where she should have conducted further investigation into such prior to moving forward with my sentencing;

118. These complaints of mine to Ms. Dolan fell on deaf ears, though; she failed to look into my arguments and issues, and told me my concerns are to be raised in a 2255 petition, "not a direct appeal";

119. At the time of her telling me this I was not sure about the law, however, I felt that these issues of mine relating to the violations of my rights needed to be addressed before I was sentenced; that's why I tried to raise these concerns in the Sentencing Memorandum;

120. I sent the Sentencing Memorandum to the District Court on October 30, 2019--a day before my then scheduled Sentencing Hearing;

121. On that same day, Ms. Dolan informed me that the Government had extended an offer to me, letting me know that it was not too late to cooperate;

122. On October 31, 2019, at my Sentencing Hearing, in response to the Sentencing Memorandum, the District Court postponed my Sentencing; because, the District Court said it felt - in its gut - that there was a need to first look into my Claims raised therein;

123. It was later found out by me that Ms. Dolan misinformed me regarding the law surrounding my claims ; and she never looked into, among other things, my complaints about Trial Counsel (I know this because I recently found out that she was never able to review the Client File of Trial Counsel because the Flash Drive that it was on either had a virus or was corrupted/did not contain any readable data);

124. Ms. Dolan never looked into these things, and never supplemented/amended the Rule(s) 29 and 33 Submissions like I asked; though the District Court did rule on those Submission prematurely, after I had already voiced my concerns to the Court that I had with Trial Counsel and the Rule(s) 29 and 33 Submissions (I had sent the District Court my Supplemental Declaration to the Rule(s) 29 and 33 Submissions, wherein I voiced some of my concerns with this Case that Trial Counsel failed to argue);

125. Ms. Dolan did do a Reconsideration Motion for the District Court to reconsider its denial of the Rule(s) 29 and 33 Submissions;

126. I informed Ms. Dolan in her Reconsideration, to not allude to me being guilty of "ANYTHING" criminal alleged by the Government; especially, the alleged cocaine allegedly found on me by Officer Sisco during the traffic stop;

127. However, Ms. Dolan, despite my requests, did allude to me allegedly being in possession of this cocaine;

128.  In addition to the facts and information sworn to by me in this Affidavit, I've also submitted a Petition to, inter alia, the District Court, the Department of Justice (DOJ), U.S. Attorney General, and the New York State Attorney General, which is sent herewith, and more fully describes all of my claims raised in my collateral attack on my conviction(s) here;

129. Lastly, I want it to be known herein that I'm submitting this Affidavit, along with the accompanying documents, as earlier as I possibly could have, given, among other issues, the fact that there was no printer paper for nearly a week, making it difficult for Mr. Green to complete this, and other documents;

130.  Mr. Green submits that in light of these prejudices stated herein, and within his multiple requests for more time from this Court (for example, the fact that MDC was on complete lockdown recently for several months, and when we were finally let out, the computers and phones did not work;

131.  Additionally, in light of recent concerns regarding what Mr. Green avers is personal biases and prejudices of the Judge assigned to this Case, the Hon. U.S. Dis. Court Judge, Paul G. Gardephe; and due to the fact that claims raised herein relate to the Judge, Mr. Green submits that he feels compelled to move the Judge to Recuse himself (for more on this, see the Cover Letter accompanying this Affidavit);

132.  Moreover, because the Judge recently denied Mr. Green's extension of time to submit this Affidavit, Mr. Green feels forced to submit this document without having all the information that he still needs, and has been requesting for nearly two years, to include the "entire" Client File of his Trial Counsel; however, when he does receive and get a chance to review all of that information, he reserves the right to amend/supplement this Affidavit, to include any additional argument(s) and exhibits resulting from my review of the Client File (for more on my not yet receiving and review the client file / entire client file, see accompanying documents sent herewith);

ENDNOTE(S)

_____

1. In an email sent to Trial Counsel by the Government, the Prosecution stated: Based on our prior conversations, it seems like your client does not want to go to trial. See Exhbit "F", Email from AUSA Jessica Feinstein to Trial Counsel, Dated December 21, 2018. This supports my contentinos that I was forced to trial.

EXECUTED and SWORN to on this 23rd day of February, 2021.


Respectfully Submitted,


_____/S/_____

Brandon Green Reg. # 56400-054

Defendant, Pro Se

.

.


SWORN DECLARATION / OATH


I, Brandon Green, DO HEREBY SWEAR, Under Penalty of Perjury, that the information contained in the foregoing Affidavit is true and correct, to the best of my knowledge, Understanding, and Belief. See Title 28 U.S.C. Section 1746. On this 23rd day of February, 2021.


Signature: _____/S/_____

Print: Brandon Green

FOOTNOTE(S)

_____

1.      Mr. Green has an abundance of emails and similar written correspondence between himself and the attorneys who have represented him in this Case. Mr. Green may reference those emails herein, and he will attach those he feels necessary to his accompanying Petition. Mr. Green can produce any and all these things if necessary.

To: Clerk of Court, U.S. Dist. Court, SDNY

From: Brandon Green Reg. # 56400-054
Defendant, Pro Se

Re: Case No. 16 Cr. 281--002 (PGG)

Date: February 24, 2021

## NOTICE TO CLERK REGARDING ACCOMPANYING DOCUMENTS

To the Honorable Clerk of this Court:

   Please take Notice that I've sent herewith several pleadings which I ask to be filed and uploaded immediately to my Docket. The only thing that is not sent herewith is Exhibit(s) "C" and "D", which goes with the "Index to Exhibits". Those Exhibits will be mailed to the Court separately.

   If there are any questions, comments, or concerns, please feel free to contact me and let me know. Thank you and have a wonderful day.

Best Regards,

_____
Brandon Green Reg. 56400-054

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X

UNITED STATES DISTRICT COURT,

Plaintiff,

- against -

BRANDON GREEN, et al. ,

Defendant, Pro Se.

-----------------------------------------------------X

Case No. 16 Cr. 281--002 (PGG)

INDEX TO EXHIBITS

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| "A" | Email from Mr. Breslin to Mr. Green dated: 01/25/2019 |
| "B" | Email from Mr. Breslin to Mr. Green dated: 07/17/2019 |
| "C" | Online Petition for New Judge |
| "D" | Online Petition for New Trial |

**change.org**

Recipient:        Andrew M. Cuomo, President of the United States, Federal Bureau of
                  Investigation

Letter:           Greetings,

                  Federal Judge Hangs Up On Defendant; Demand He Get a New Judge. Sign
                  this Petition

# Signatures

| Name | Location | Date |
| --- | --- | --- |
| Brandon Green | New York | 2021-02-16 |
| Lindsey Arceneaux | Bronx, NY | 2021-02-16 |
| Michelle Green | Englewood, NJ | 2021-02-16 |
| Neysa Cuilan | Boca Raton, FL | 2021-02-16 |
| Suzette Arceneaux | Church Point, LA | 2021-02-16 |
| michael ready | Opelousas, LA | 2021-02-16 |
| Jeanean Green | Bronx, NY | 2021-02-16 |
| Christian Cole | Belleville, MI | 2021-02-16 |
| Paige Nicklas | Calgary, Alberta, Canada | 2021-02-16 |
| Robert vandyke | Ogden, US | 2021-02-16 |
| kaydence spencer | Freeport, US | 2021-02-16 |
| Brizonna Tisdom | Edna, US | 2021-02-16 |
| Kimberly Rainford | West Orange, US | 2021-02-16 |
| Marky Garabedian | Glen Allen, US | 2021-02-16 |
| Nanette Casado | Buffalo, NY | 2021-02-16 |
| Good Causes | US | 2021-02-16 |
| Brandon Walline | Santa Clarita, US | 2021-02-16 |
| Anthony Scrimenti | Guilderland, US | 2021-02-16 |
| Kai Carrasco | New Brunswick, US | 2021-02-16 |
| Zackary Garcia | Lubbock, US | 2021-02-16 |

| Name | Location | Date |
| --- | --- | --- |
| Lance Golden | Chicago, US | 2021-02-16 |
| Travis Paiva | Martinez, US | 2021-02-16 |
| Alan Chavez-Alatorre | Federal Way, US | 2021-02-16 |
| Shay brown | Bronx, NY | 2021-02-16 |
| Nicole Murray | Waterbury, CT | 2021-02-16 |
| Tiffany L | Bronx, NY | 2021-02-16 |
| Aimee Lacen | Bronx, NY | 2021-02-16 |
| Latisha Spruill | Binghamton, NY | 2021-02-16 |
| Kevin Rivera | Bronx, NY | 2021-02-16 |
| Nacole Engram | Michigan City, IN | 2021-02-16 |
| Terry Hoskins | Indianapolis, US | 2021-02-16 |
| Victoria Harrell | Riverdale, GA | 2021-02-16 |
| Marilyn Kegley | Saint Albans, WV | 2021-02-16 |
| Randy Avalos | Menlo Park, CA | 2021-02-16 |
| Ann my Friend | Heathsville, VA | 2021-02-16 |
| Tyra reyes | Chester, VA | 2021-02-16 |
| Anthony Alvarez | New York, NY | 2021-02-16 |
| Tony Viola | Cleveland, OH | 2021-02-16 |
| JON INWOOD | Brooklyn, NY | 2021-02-16 |
| Franco Carlo | New York | 2021-02-16 |
| Evy stepka | Atlantic Beach, FL | 2021-02-16 |
| Bronwen Dyll | Dallas, TX | 2021-02-16 |

| Name | Location | Date |
|------|----------|------|
| Dawn Harris | West Memphis, AR | 2021-02-16 |
| Jezell Oliveras | Bronx, NY | 2021-02-16 |
| Cade Herman | Oak Ridge, NJ | 2021-02-17 |
| Annette Wilson | Indianapolis, IN | 2021-02-17 |
| Lynette Martinez | Rahway, NJ | 2021-02-17 |
| Natalie Smith | Bronx, NY | 2021-02-17 |
| Lacey Witcher | New Kensington, PA | 2021-02-17 |
| Patricia Harrison | Harvey, LA | 2021-02-17 |
| Ziggy Greene | Bronx, NY | 2021-02-17 |
| Carlos Rodriguez | Bronx, NY | 2021-02-17 |
| Shaday Berrios | Brownwood, TX | 2021-02-17 |
| Chris Ortez | Bronx, NY | 2021-02-17 |
| Sedrick Washington | US | 2021-02-17 |
| Reina Weaver | New Orleans, LA | 2021-02-17 |
| Edwin Torres | Bronx, NY | 2021-02-17 |
| Sali Vargas | Hamden, CT | 2021-02-17 |
| Etzar Cisneros | Birmingham, AL | 2021-02-17 |
| Anthony Torres | New York, US | 2021-02-17 |
| Laurie Lucas | Riverside, CA | 2021-02-17 |
| Alex Gonzalez | Bronx, NY | 2021-02-17 |
| Celeste RUIZ | Bronx, NY | 2021-02-17 |
| Christopher Martinez | Middletown, NY | 2021-02-17 |

| Name | Location | Date |
|---|---|---|
| N C | Pennsylvania | 2021-02-17 |
| Michael Bailey | New York, NY | 2021-02-17 |
| Cecilia Arvizo | Phoenix, AZ | 2021-02-17 |
| Grace Silva | North Hollwyood, CA | 2021-02-17 |
| Porsche Carvalho | Belleville, NJ | 2021-02-17 |
| Quiana Patterson | Bronx, US | 2021-02-17 |
| Eiman Sultan | Saint Petersburg, FL | 2021-02-17 |
| Darryl Nickey | Bronx, US | 2021-02-17 |
| Tammy Cook | Coraopolis, PA | 2021-02-17 |
| Gerald Gomez | Bronx, NY | 2021-02-17 |
| Keisha Walker | Bronx, NY | 2021-02-17 |
| Angelie Figueroa | Bronx, NY | 2021-02-17 |
| Don McAninch | Seattle, WA | 2021-02-17 |
| Tiffany Thompson | Bronx, NY | 2021-02-17 |
| Letha Williams | Bronx, NY | 2021-02-17 |
| samarra willis | farmington, MI | 2021-02-17 |
| Khadija Fields | Bronx, NY | 2021-02-17 |
| Joseph Mundaca | Parker, CO | 2021-02-17 |
| Kristen Copeland | Pittsburgh, PA | 2021-02-17 |
| Laron Sanjurjo | New York, NY | 2021-02-17 |
| Shaundeara Watson | Bronx, NY | 2021-02-17 |
| Natalie Benjamin | Providence, RI | 2021-02-17 |

| Name | Location | Date |
| --- | --- | --- |
| Sherry Rogers | Wilmington, US | 2021-02-17 |
| Dashawn Palmer | Bronx, NY | 2021-02-17 |
| Shelley Rothwell | Ypsilanti, MI | 2021-02-17 |
| Rashad Jefferies | New York, NY | 2021-02-17 |
| Shondell Crocker | Bronx, NY | 2021-02-17 |
| Harlee Richardson | Philadelphia, PA | 2021-02-17 |
| Thomas Nieland | Alamo, TX | 2021-02-17 |
| Giselle Garcia | Bronx, NY | 2021-02-17 |
| Gigi LaBella | US | 2021-02-17 |
| Darryl Lewis | New York, NY | 2021-02-17 |
| Stanislav Zeldin | Brooklyn, NY | 2021-02-17 |
| Star Love | Brooklyn, NY | 2021-02-17 |
| Charles Buckner | Brooklyn, NY | 2021-02-17 |
| Marjorie Buckner | Bronx, NY | 2021-02-17 |
| Joanna Vaquerano | Brooklyn, NY | 2021-02-17 |
| Davon Bjorntzen | Bronx, NY | 2021-02-17 |
| Berenda Slade | Burlington, NC | 2021-02-18 |
| Angie Schneiderman | Oakland, CA | 2021-02-18 |
| Kathy Sain | Flint, MI | 2021-02-18 |
| William Cain | Brooklyn, NY | 2021-02-18 |
| David Winnings | Bronx, NY | 2021-02-18 |
| Chayenne Thompson | Bronx, US | 2021-02-18 |

| Name | Location | Date |
|------|----------|------|
| Kyle Lowry | Brooklyn, NY | 2021-02-18 |
| Jaleen Luna | Bronx, NY | 2021-02-18 |
| Jennifer Oltman | Fargo, ND | 2021-02-18 |
| Maleek Farrulla | Bronx, NY | 2021-02-18 |
| Maurice Holmes | Bronx, NY | 2021-02-18 |
| Mir Santana | Bronx, NY | 2021-02-18 |
| Anthony Williams | Bronx, NY | 2021-02-18 |
| Glenn Goodman | Bronx, NY | 2021-02-18 |
| Robbin Reinhart | Panama City, FL | 2021-02-18 |
| Donnise Hicks | Bronx, NY | 2021-02-18 |
| Nyesha morzan | Passaic, NJ | 2021-02-18 |
| Crystal basora | Houston, TX | 2021-02-18 |
| Ray Oglesby | Charlotte, NC | 2021-02-18 |
| Joanna Tellez | Marshalltown, US | 2021-02-18 |
| Anna Senzek | Seattle, US | 2021-02-18 |
| Sonoma Brasco | Johns Island, US | 2021-02-18 |
| Raven Taylor | Lanham, US | 2021-02-18 |
| Isabella Cardiel | Pomona, US | 2021-02-18 |
| Amelia McDonald | East Lansing, US | 2021-02-18 |
| Mariah Parker | Atlanta, US | 2021-02-18 |
| Michaela Vehslage | Santa Barbara, US | 2021-02-18 |
| Nayelie Andrade | Los Angeles, US | 2021-02-18 |

| Name | Location | Date |
| --- | --- | --- |
| Haweo Arnold | US | 2021-02-18 |
| Hawah Conteh | Reston, US | 2021-02-18 |
| Emi Arzola | Mason, US | 2021-02-18 |
| Gevonda Campbell | Charlotte, US | 2021-02-18 |
| Tiffany Agyapong | Somerville, US | 2021-02-18 |
| Paula Savering | Johnstown, US | 2021-02-18 |
| kalel diaz | Washington, US | 2021-02-18 |
| Chrome Desues | US | 2021-02-18 |
| Mathew Ramos | Los Angeles, US | 2021-02-18 |
| Jazmin Vogel | Berlin, US | 2021-02-18 |
| Jody Pace | Chicago, US | 2021-02-18 |
| Emily Broadman | Matamoras, US | 2021-02-18 |
| Margaret Held | New York, US | 2021-02-18 |
| Rawnak Sohana | Bronx, US | 2021-02-18 |
| y h | Los Altos, US | 2021-02-18 |
| Eleanor Meschke | Minneapolis, US | 2021-02-18 |
| aiyana nelson | Alameda, US | 2021-02-18 |
| Ayiana Love | Hahnville, US | 2021-02-18 |
| Zach Ecklund | Seattle, US | 2021-02-18 |
| Abby Paucar | Los Ángeles, US | 2021-02-18 |
| Baku Usa | Philadelphia, US | 2021-02-18 |
| Ndeye-Khady Ndiaye | Jersey City, US | 2021-02-18 |

| Name | Location | Date |
| --- | --- | --- |
| Dayli Craft | Lakecourt, US | 2021-02-18 |
| wyatt beattie | Sioux Center, US | 2021-02-18 |
| Peyten Duke | Elkhart, US | 2021-02-18 |
| Timothy Hicks | Garrett, US | 2021-02-18 |
| Claire L | Avon, US | 2021-02-18 |
| Taryn Carlley | Mckinney, US | 2021-02-18 |
| Amanda Krowitz | Short Hills, US | 2021-02-18 |
| Sally Sesay | Sterling, US | 2021-02-18 |
| James Greene | Memphis, US | 2021-02-18 |
| Lauren Stewart | Miami, US | 2021-02-18 |
| Ana Felderman | Evergreen, US | 2021-02-18 |
| kelly koppes | Columbus, US | 2021-02-18 |
| Alexis Lujan | Albuquerque, US | 2021-02-18 |
| Trisha mott | Molalla, US | 2021-02-18 |
| Stephanie Mitts | Portland, US | 2021-02-18 |
| Ashley redd | Queens, US | 2021-02-18 |
| Samyah Williamson | Kansas City, US | 2021-02-18 |
| Shelby Gentry | Carthage, US | 2021-02-18 |
| Sydney Tchoryk | Ann Arbor, US | 2021-02-18 |
| Lauren Bishop | Temple, US | 2021-02-18 |
| marlene pina | boston, US | 2021-02-18 |
| Simone Meyers | East Brunswick, US | 2021-02-18 |

| Name | Location | Date |
|------|----------|------|
| Burton James | Warren, US | 2021-02-18 |
| Lieyla Diaz | Gilroy, US | 2021-02-18 |
| katie mendoza | Jamaica Plain, US | 2021-02-18 |
| Marguerite Alesana | Cerritos, US | 2021-02-18 |
| Bela Medina | Orlando, US | 2021-02-18 |
| Carmen Morales | King City, US | 2021-02-18 |
| Woodrow Amboree | Houston, US | 2021-02-18 |
| Melanie Torres | Van Nuys, US | 2021-02-18 |
| Yuki Traylor | Melbourne, US | 2021-02-18 |
| Adam Kaluba | Burleson, US | 2021-02-18 |
| Leah Nguyen | Fort Myers, US | 2021-02-18 |
| Tina Perumal | New York, US | 2021-02-18 |
| Keona Uhrbom | Saint Paul, US | 2021-02-18 |
| Alan Riggans | Columbus, US | 2021-02-18 |
| Ann Monroe Jackson | Birmingham, US | 2021-02-18 |
| Alaina Cain morris | Sidney, US | 2021-02-18 |
| Rebecca Schlesinger | Middleburg, US | 2021-02-18 |
| Xavier O'Mack | Tucson, US | 2021-02-18 |
| Jillian Kahn | Forest Hills, US | 2021-02-18 |
| Michael Garcia | Tampa, US | 2021-02-18 |
| Heather Bloeser | Euclid, US | 2021-02-18 |
| Andrew Padilla | Fresno, US | 2021-02-18 |

| Name | Location | Date |
|------|----------|------|
| maddy lazarow | Van Nuys, US | 2021-02-18 |
| Jadyn Zechariah | Cerritos, US | 2021-02-18 |
| Karna Sajeev | Parker, US | 2021-02-18 |
| Mylie Peterson Antin | Saint Paul, US | 2021-02-18 |
| sam johns | Elizabeth, US | 2021-02-18 |
| Sarah Marceille | Miami, US | 2021-02-18 |
| Barbara Lopez | Wilson, US | 2021-02-18 |
| Amanda Walthall | Bassett, US | 2021-02-18 |
| Tamara Mead | Great Bend, KS | 2021-02-18 |
| Phoebe Selker | Los Altos, US | 2021-02-18 |
| Natalie Jordan | Norfolk, US | 2021-02-18 |
| Haley Madison's | Dallas, US | 2021-02-18 |
| Kya Trenton | Bronx, US | 2021-02-18 |
| Chase Grosser | Arcata, US | 2021-02-18 |
| rifhej idhdjd | New York, US | 2021-02-18 |
| Tylynn Marie | Philadelphia, US | 2021-02-18 |
| camden schnapp | Hailey, US | 2021-02-18 |
| Makayla Toles | Oxford, US | 2021-02-18 |
| Bryah Stokes | Baltimore, US | 2021-02-18 |
| Carola ladd | Yucaipa, US | 2021-02-18 |
| Dale Bolton | US | 2021-02-18 |
| Aniyah Spikes | Milwaukee, US | 2021-02-18 |

| Name | Location | Date |
|------|----------|------|
| Zaire Barron | Philadelphia, US | 2021-02-18 |
| Olivia Harper | Farrockaway, US | 2021-02-18 |
| Ksenia Urena-Andreyeva | Chandler, US | 2021-02-18 |
| Tenzing Doma | Corona, US | 2021-02-18 |
| Breyanna Campbell | Detroit, US | 2021-02-18 |
| Melanie Cook | Gatesville, US | 2021-02-18 |
| adriana rivera | madison, US | 2021-02-18 |
| Rose Athena | Dubuque, US | 2021-02-18 |
| Averee Perez | Bronx, NY | 2021-02-18 |
| Imani W | Bronx, NY | 2021-02-19 |
| Tramaine Barber | Camp Hill, PA | 2021-02-19 |
| Chrystal Simmons | Bronx, NY | 2021-02-19 |
| Lauren Terry | High Point, US | 2021-02-21 |
| E Wang | New York, US | 2021-02-21 |
| annabell saxon | Kansas, US | 2021-02-21 |
| Earnestine Nelson | Tulsa, US | 2021-02-21 |
| Amber Ruiz | Clarksburg, US | 2021-02-21 |
| Ashley Clifton | Columbia, US | 2021-02-21 |
| Velva Mays | Kansas City, US | 2021-02-21 |
| Jordyn Clemons | Detroit, US | 2021-02-21 |
| Kristen Hair | Mechanicsburg, PA | 2021-02-21 |
| julianna castilleja | Huntsville, US | 2021-02-21 |

| Name | Location | Date |
|------|----------|------|
| isabel garcia | Branford, US | 2021-02-21 |
| Becca Nagode | Tulsa, US | 2021-02-21 |
| Davante Michaels | Houston, US | 2021-02-21 |
| Amanda S | New Jersey, US | 2021-02-21 |
| ciara c | US | 2021-02-21 |
| Logan Hrbek | Miami, US | 2021-02-21 |
| Kyreem Taylor | US | 2021-02-21 |
| Joyce Johnson | Sicklerville, US | 2021-02-21 |
| Lena Frazier | Hammond, US | 2021-02-21 |
| Lashonda Seymour | US | 2021-02-21 |
| Diana Brenzel-Radojevic | Louisville, US | 2021-02-21 |
| Lawrence Drenk | Santa Maria, CA | 2021-02-21 |
| Christine Brady | US | 2021-02-21 |
| Milagros Candelaria | Bronx, NY | 2021-02-21 |
| Tamia Johnson | Charlotte, US | 2021-02-22 |
| Bianca Orduno | Florence, US | 2021-02-22 |
| Ananya Jalote | Glendale, US | 2021-02-22 |
| Abigail McClelland | Gilbert, US | 2021-02-22 |
| Lila Shen | Chino, US | 2021-02-22 |
| Andrea Valdez | Fresno, US | 2021-02-22 |
| Analia Bridges | US | 2021-02-22 |
| julia cobian | Bothell, US | 2021-02-22 |

| Name | Location | Date |
|------|----------|------|
| Sophia Harrington | Plano, US | 2021-02-22 |
| Isabella Jade | no where, US | 2021-02-22 |
| Kailen Maris | Baton Rouge, US | 2021-02-22 |
| John hartman | Bristol, US | 2021-02-22 |
| Nant Oo | Pacifica, US | 2021-02-22 |
| Nevaeh Bolanos | Rib Lake, US | 2021-02-22 |
| Amalee I. | Baton Rouge, US | 2021-02-22 |
| liz sammartino | Voorhees, US | 2021-02-22 |
| Ainsley Smith | Greenwood, US | 2021-02-22 |
| erin baek | Fullerton, US | 2021-02-22 |
| Isabella de la Torre | Alameda, US | 2021-02-22 |
| Jasmine Sanchez | San Francisco, US | 2021-02-22 |
| Jaida Sieu | Alameda, US | 2021-02-22 |
| Dani O | Dallas, US | 2021-02-22 |
| Gina Dimare | Phoenix, US | 2021-02-22 |
| Hailey Arnold | Port Angeles, US | 2021-02-22 |
| Barbara DuBois | Mullica Hill, US | 2021-02-22 |
| James Santiago | Bronx, NY | 2021-02-22 |
| william seabaugh | Everett, US | 2021-02-23 |
| Kaci Coz | Proctorville, US | 2021-02-23 |
| maddie jeans | Saint Louis, US | 2021-02-23 |
| Rose marie Desroched | Brooklyn, US | 2021-02-23 |

| Name | Location | Date |
|------|----------|------|
| Kennethia Beckwith | Chicago, US | 2021-02-23 |
| Teresa Brown | Louisville, US | 2021-02-23 |
| Bruce Geoghegan | Bronx, US | 2021-02-23 |
| Taylor Castillo | Chula Vista, US | 2021-02-23 |
| Natalie Salamanca | Los Angeles, US | 2021-02-23 |
| Jordan Cummings | Crowley, US | 2021-02-23 |
| Katie Rodriguez | Los Angeles, US | 2021-02-23 |
| Esmeralda Moreno | South Gate, US | 2021-02-23 |
| Olivia DeMello | Fall River, US | 2021-02-23 |
| Lilian Xitamul | Houston, US | 2021-02-23 |
| Kske Rhhrhr | Miami, US | 2021-02-23 |
| CJ Magnett | Jacksonville, US | 2021-02-23 |
| Kimberly Ruid | Tampa, US | 2021-02-23 |
| Maria Olivas | Lubbock, US | 2021-02-23 |
| Vickie Alsop | Tappahannock, US | 2021-02-23 |
| Angelica Astorga | Indio, US | 2021-02-23 |
| KANITA MOON | Hoopa, US | 2021-02-23 |
| Suzan Shutan | hamden, US | 2021-02-23 |
| Fatu Seaay | US | 2021-02-23 |
| Mollie Delhoste | Dallas, US | 2021-02-23 |
| Alla Pines | US | 2021-02-23 |
| Maribel Marulanda | New York, US | 2021-02-23 |

| Name | Location | Date |
|------|----------|------|
| McKenna Fields | Bluff City, US | 2021-02-23 |
| Kate Sandoval | Castle Rock, US | 2021-02-23 |
| Tselmuun Batjargal | Hayward, US | 2021-02-23 |
| Trinity Harroff | Canfield, US | 2021-02-23 |
| Ashley gonzalez | Tampa, US | 2021-02-23 |
| Darrell Valdez | Thousand Oaks, US | 2021-02-23 |
| Maria s | Brooklyn, US | 2021-02-23 |
| Jose G | Fort mill, US | 2021-02-23 |
| Laqui Alexander | Atlanta, US | 2021-02-23 |
| Elizabeth Smith | New Braunfels, US | 2021-02-23 |
| Tyler Spencer | Pittsburgh, US | 2021-02-23 |
| Anesha KimSon | Fife, US | 2021-02-23 |
| Danita-Marie Jones | New York, US | 2021-02-23 |
| Lucky Lucy | Paso Robles, US | 2021-02-23 |
| Crystal Roquemore | Sun City Center, US | 2021-02-23 |
| CrystaL Riba | Little Rock, US | 2021-02-23 |
| Brayley McCarthy | Brockton, US | 2021-02-23 |
| Morgan Franciscotty | Saint George, US | 2021-02-23 |
| Allison Farino | Islip Terrace, US | 2021-02-23 |
| Madeline Jara | Fort Collins, US | 2021-02-23 |
| Jennah Hassan | Toledo, US | 2021-02-23 |
| Lina Stephens | Concord, US | 2021-02-23 |

| Name | Location | Date |
| --- | --- | --- |
| Xavier Jones | Decatur, GA | 2021-02-23 |
| Lisa Montgomery | Blue field, US | 2021-02-24 |
| Oneil Johnson | Brooklyn, NY | 2021-02-24 |
| Sean sprinkle | Albany, NY | 2021-02-24 |
| Willie McNair | Charlotte, NC | 2021-02-24 |
| Vanixlla . | Rochester, US | 2021-02-24 |
| Angelina Nguyen | Centreville, US | 2021-02-24 |
| Genesis Rodriguez | Colorado Springs, US | 2021-02-24 |
| zanaa robinson | Brentwood, US | 2021-02-24 |
| Edgar Miranda | Richardson, US | 2021-02-24 |
| Lexi O'Donnell | Brick, US | 2021-02-24 |
| Branden Scott | Cherry Hill, US | 2021-02-24 |
| Makenzie Ayres | Lincoln city, US | 2021-02-24 |
| Nina Sanfilippo | Shirley, US | 2021-02-24 |
| Lilliana Longoria | San Antonio, US | 2021-02-24 |
| Remy Sosoo | Union, US | 2021-02-24 |
| Elf Taco | Bossier City, US | 2021-02-24 |
| Mar Lynch | W, Haven, US | 2021-02-24 |
| William Roeum | Columbia, US | 2021-02-24 |
| Joy T | Santa Ana, US | 2021-02-24 |
| Cesar Guillen | Woodbridge, US | 2021-02-24 |
| Damian Adams | New Kensington, US | 2021-02-24 |

| Name | Location | Date |
|------|----------|------|
| Cameron Fortner | Jefferson City, US | 2021-02-24 |
| Yakya Linder | Cleveland, US | 2021-02-24 |
| Owen Hubbell | Santa Barbara, US | 2021-02-24 |
| Alliyah a Torres | Elkhart, US | 2021-02-24 |
| Pamela Rogers | Carmichael, US | 2021-02-24 |
| Bri Zantua | Hercules, US | 2021-02-24 |
| Jael Mowa | Portland, US | 2021-02-24 |
| Cheyenne Huelle | Oak Harbor, US | 2021-02-24 |
| Leslie Trejo | Stockton, US | 2021-02-24 |
| Emma Gomez | Orchard Park, US | 2021-02-24 |
| Jamie Wtorkowski | Patchouge, US | 2021-02-24 |
| Anthony Briede | Lebanon, US | 2021-02-24 |
| oh wow | US | 2021-02-24 |
| VAnessa Pacheco | Levittown, US | 2021-02-24 |
| Elaine B | Dover, US | 2021-02-24 |
| Kayla Bacon | Grapevine, US | 2021-02-24 |
| Thomas Beauchamp | Occoquan, US | 2021-02-24 |
| Nadia Miah | Sterling Heights, US | 2021-02-24 |
| Sophia Reyes | Long Beach, US | 2021-02-24 |
| Sam Hamilton | Oakdale, US | 2021-02-24 |
| Anna Hamilton | Bronx, US | 2021-02-24 |
| Adriana Gastelum | Long Beach, US | 2021-02-24 |

| Name | Location | Date |
| --- | --- | --- |
| George Covarrubias | Austin, US | 2021-02-24 |
| Alexis Penner | Dahlonega, US | 2021-02-24 |
| Sofia The first | Milton, US | 2021-02-24 |
| Kate Broen | Hemet, US | 2021-02-24 |
| Carmen Zarate | Selma, US | 2021-02-24 |
| Mia R | Tucson, US | 2021-02-24 |
| sosi a. | Potomac, US | 2021-02-24 |
| I like Alpaca | US | 2021-02-24 |
| Yaritza Alvarez | Tucson, US | 2021-02-24 |
| Olivia Webb | Lovettsville, US | 2021-02-24 |
| Gavin Brand | East Quogue, US | 2021-02-24 |
| Andrea Sanchez | Pico Rivera, US | 2021-02-24 |
| Sela Hansen | Fairborn, US | 2021-02-24 |
| kaitlyn salmeron | east patchogue, US | 2021-02-24 |
| Pamela Sedillo | San Jose, US | 2021-02-24 |
| dayanara cooper | Mississippi, US | 2021-02-24 |
| Juniper Smalkin | Patchogue, US | 2021-02-24 |
| Gabrielle Crawford | Millbrook, US | 2021-02-24 |
| Tim Clark | Moorhead, US | 2021-02-24 |
| Libby Devlin | Doylestown, US | 2021-02-24 |
| Giselle Velazquez | Dallas, US | 2021-02-24 |
| Maggie Steinhause | White Plains, US | 2021-02-24 |

| Name | Location | Date |
|---|---|---|
| Vy Truong | Tualatin, US | 2021-02-24 |
| Becky Bigelow | Howell, US | 2021-02-24 |
| Nancy Cortes | Chicago, US | 2021-02-24 |
| Devin Hudson | Dallas, US | 2021-02-24 |
| Rachel K | Secaucus, US | 2021-02-24 |
| Sydney Ducharme | Bellingham, US | 2021-02-24 |
| Kayla Turner | Essex, US | 2021-02-24 |
| Marideza Manigat | Boston, US | 2021-02-24 |
| Eryonne Jefferson | Florissant, US | 2021-02-24 |
| Scarlet Hansen | Seattle, US | 2021-02-24 |
| Shanora Williams | Austin, US | 2021-02-24 |
| Brianna Astronomo | Newark, US | 2021-02-24 |
| Reagan Webb | Pineville, US | 2021-02-24 |
| William Draper | Vernon hills, US | 2021-02-24 |
| Hannah Allen | Beaver, US | 2021-02-24 |
| William Horrell | Northridge, US | 2021-02-24 |
| Lillyan Cole | Nashville, US | 2021-02-24 |
| Alyssa Wiley | Hobart, US | 2021-02-24 |
| Marissa Rensen | El Dorado Hills, US | 2021-02-24 |
| Samantha Quijano | Houston, US | 2021-02-24 |
| Maiya Kuwana | Honolulu, US | 2021-02-24 |
| Madison H | Richmond, US | 2021-02-24 |

| Name | Location | Date |
|------|----------|------|
| Cynthia Brown | Stroudsburg, US | 2021-02-24 |
| Mackenzie Block | Macomb, US | 2021-02-24 |
| Debra Keegan | Clarksville, PA | 2021-02-25 |
| Tekir Şevkin | Edirne, Turkey | 2021-02-25 |
| Gabe O'Brien | Clinton, US | 2021-02-25 |
| Lizmary Delacruz | Bronx, NY | 2021-02-26 |
| Sky S | Bronx, NY | 2021-02-26 |
| Cindy Celestin | Pompano Beach, FL | 2021-02-26 |
| Jasmine Hernandez | Bronx, NY | 2021-02-26 |
| Geysha Paulino | Bronx, NY | 2021-02-26 |
| Jasharey Woodall | Bronx, NY | 2021-02-26 |
| Johnny Santana | Bronx, NY | 2021-02-26 |
| Rishawn Springer | New York, NY | 2021-02-26 |
| Azadeci Alexander | Charlotte, NC | 2021-02-26 |
| JJ Selfmade | Bronx, NY | 2021-02-27 |
| James Kennon | Bronx, NY | 2021-02-27 |
| Yardell Williams | Bronx, NY | 2021-02-27 |
| Anthony Green | Bronx, NY | 2021-02-27 |
| Dirk Strider | ocean, US | 2021-02-27 |
| alize parker | Elmira, US | 2021-02-27 |
| cecilia cortez | Austin, US | 2021-02-27 |
| Azalea Galan | Houston, US | 2021-02-27 |

| Name | Location | Date |
|------|----------|------|
| cadey williams | US | 2021-02-27 |
| Mady Gibbs | San Antonio, US | 2021-02-27 |
| Ellis Zimmerman | Bloomington, US | 2021-02-27 |
| Vince Thomas | Orlando, US | 2021-02-27 |
| Hillary Bibat | Hayward, US | 2021-02-27 |
| Amayra Ramirez | US | 2021-02-27 |
| Ahkyla Warren | Minneapolis, US | 2021-02-27 |
| Kamyra Goode | Los Angeles, US | 2021-02-27 |
| jesus Segura | Chicago, US | 2021-02-27 |
| Amelia Soler sala | Portsmouth, US | 2021-02-27 |
| sarina idk | US | 2021-02-27 |
| Kyle Sethre | Berthoud, US | 2021-02-27 |
| Carly Few | Westminster, US | 2021-02-27 |
| Daisy Rojas | San Antonio, US | 2021-02-27 |
| Anais Ewing | Novato, US | 2021-02-27 |
| joanna sandoval | south gate, US | 2021-02-27 |
| Erika Vessel | Zachary, US | 2021-02-27 |
| Kristen Bauer | Austin, US | 2021-02-27 |
| Rachel H | Arnold, US | 2021-02-27 |
| Xin Chen | Brooklyn, US | 2021-02-27 |
| Leah Asmare | Orlando, US | 2021-02-27 |
| Tat Ksk | Garland, US | 2021-02-27 |

| Name | Location | Date |
| --- | --- | --- |
| Judith Smith | Red Bluff, US | 2021-02-27 |
| Saanvi Bathla | Woodinville, US | 2021-02-27 |
| Abbie Wong | Sacramento, US | 2021-02-27 |
| Equinox ! | Owings Mills, US | 2021-02-27 |
| Humayrah Mason | Philadelphia, US | 2021-02-27 |
| Adrizel Morales Faudoa | Commerce City, US | 2021-02-27 |
| Harleen Kaur | Carteret, US | 2021-02-27 |
| Jayla Walker | Conyers, US | 2021-02-27 |
| Nina Skelly � | Washington, US | 2021-02-27 |
| Sydney Lute | Pensacola, US | 2021-02-27 |
| Shakayla Thomas | Compton, US | 2021-02-27 |
| Joselyn Gonzalez | Denver, US | 2021-02-27 |
| Elianie Arias Liriano | Queens, US | 2021-02-27 |
| Momina Ahmed | Union City, US | 2021-02-27 |
| Kiyanna Rutherford | Stafford, US | 2021-02-27 |
| Jesus Christ | Edgerton, US | 2021-02-27 |
| Cynthia Coppola | Livingston, US | 2021-02-27 |
| Amaree Hairston | Martinsville, US | 2021-02-27 |
| Underwater human | Las Vegas, US | 2021-02-27 |
| Karis Vickers | Pearland, US | 2021-02-27 |
| Veronica Anderson | Charlotte, US | 2021-02-27 |
| David Matijevich | Saint John, US | 2021-02-27 |

| Name | Location | Date |
|------|----------|------|
| corinne horowitz | farmington, US | 2021-02-27 |
| Zoie Givans | Midland, US | 2021-02-27 |
| Cheridh Bayes | New Carlisle, US | 2021-02-27 |
| Kayla McLeman | Fort Lauderdale, US | 2021-02-27 |
| Charley Greiner | Charlotte, US | 2021-02-27 |
| Donella Seabrook | Brooklyn, NY | 2021-02-28 |
| Alegra Brown | Bronx, NY | 2021-02-28 |
| Michelle Brown | Bronx, NY | 2021-03-01 |
| kimberly pena | Stamford, CT | 2021-03-04 |
| Brian Sledge | Alexandria, VA | 2021-03-05 |
| Leanne Johnson | Brooklyn, NY | 2021-03-05 |
| Nado Williams | Tennille, GA | 2021-03-06 |
| Emma Serrano | Bronx, NY | 2021-03-06 |
| Jay diaz | Bronx, NY | 2021-03-12 |
| Monisha Hosier | Bronx, NY | 2021-03-14 |
| Joseph Torres | Brooklyn, NY | 2021-03-14 |
| Abigail Perez | Norwich, CT | 2021-03-14 |
| Juvie Ventura | Norwich, CT | 2021-03-14 |
| Crystal Sanabria | New York, NY | 2021-03-15 |
| Rebecca Renteria | Estherville, IA | 2021-03-16 |
| Christina Matos | Bronx, NY | 2021-03-16 |
| Esperanza Ruiz | Bronx, NY | 2021-03-16 |

| Name | Location | Date |
| --- | --- | --- |
| Roman Junceau | New Paltz, NY | 2021-03-16 |
| Jaysin Pichardo | New York, NY | 2021-03-16 |
| Danna Molina | Bronx, NY | 2021-03-16 |
| Jomal Bautista | Bronx, NY | 2021-03-16 |
| Dontae Greene | New York, NY | 2021-03-16 |
| Dayjanice Melendez | Bronx, NY | 2021-03-16 |
| Chris Cash | Brooklyn, NY | 2021-03-16 |
| Yo Jak | New York, NY | 2021-03-16 |
| Raymel Garcia | New York, NY | 2021-03-16 |
| Loren Luciano | New York, NY | 2021-03-16 |
| Eddie Perz | Butler, NJ | 2021-03-16 |
| Tasaun Lugo | Bronx, NY | 2021-03-16 |
| Avery Davila | Bronx, NY | 2021-03-16 |
| First Nam Last Nam | Miami, FL | 2021-03-16 |
| Jeffrey Roy | Bronx, NY | 2021-03-16 |
| katelin cruz | New York, NY | 2021-03-16 |
| mailani ruiz | Fayetteville, NC | 2021-03-16 |
| Jahmel Williams | Bronx, NY | 2021-03-16 |
| Taiwan Wilson | Bronx, NY | 2021-03-16 |
| William Whitehead | Bronx, NY | 2021-03-16 |
| Luis Lopez | Bronx, NY | 2021-03-16 |
| Melissa Colon Cruz | Bronx, NY | 2021-03-16 |

| Name | Location | Date |
| --- | --- | --- |
| Leonard Cintron | Newark, NJ | 2021-03-16 |
| Diana Acevedo | Bronx, NY | 2021-03-16 |
| Jonathan Brown | Bronx, NY | 2021-03-16 |
| Alexandria Bautista | Jackson, US | 2021-03-16 |
| Reese Parsons | Metairie, US | 2021-03-16 |
| Alanie Alexandre | Roslindale, US | 2021-03-16 |
| Flower Flower | Aurora, US | 2021-03-16 |
| Jonathan Linder | Frederick, US | 2021-03-16 |
| skylar herron | San Angelo, US | 2021-03-16 |
| Harmony Nelson | Montgomery, US | 2021-03-16 |
| Erica Realegeno | Redlands, US | 2021-03-16 |
| Yeniko Ta | Garden Grove, US | 2021-03-16 |
| Sean Maynard | Las Vegas, US | 2021-03-16 |
| Angeles Tzun | Los Angeles, US | 2021-03-16 |
| Maylen Leon | Chicago, US | 2021-03-16 |
| Jasmin M | Chicago, US | 2021-03-16 |
| Daniella Rodas | Bronx, US | 2021-03-16 |
| Nadeisha Molina | Oakdale, US | 2021-03-16 |
| MJ Mccray | Sacramento, US | 2021-03-16 |
| Allie Robertson | Marshfield, US | 2021-03-16 |
| Samantha Black | Cedar Lake, US | 2021-03-16 |
| Zoe Clark | Gaithersburg, US | 2021-03-16 |

| Name | Location | Date |
| --- | --- | --- |
| Tiffany Montenegro | Los Angeles, US | 2021-03-16 |
| Genesis Castro | Humble, US | 2021-03-16 |
| Gabrielle LaBrake | Wilmington, US | 2021-03-16 |
| Reyna Gutierrez | Gatesville, US | 2021-03-16 |
| Evan Wallin | Mercer Island, US | 2021-03-16 |
| Jahrell Brown | New York, NY | 2021-03-16 |
| Jessica P | Bronx, NY | 2021-03-16 |
| Janiece Brown | Bronx, NY | 2021-03-16 |
| Elijah Medina | Bronx, NY | 2021-03-16 |
| Chris G | Bronx, NY | 2021-03-17 |
| Dominique Graham | Bronx, NY | 2021-03-17 |
| Rue Williams | Bronx, NY | 2021-03-17 |
| Des marieeee | Irvington, NJ | 2021-03-17 |
| Divina Molina | Bronx, NY | 2021-03-17 |
| ERICK Olivera | Schenectady, NY | 2021-03-18 |
| Mike Monge | Brooklyn, NY | 2021-03-18 |
| Jeffery Boone | Kershaw, US | 2021-03-19 |
| Yvanice Vega | Bronx, NY | 2021-03-21 |
| Robin Reed | Columbus, US | 2021-03-22 |
| Anthony Simpson | Colorado Springs, US | 2021-03-23 |
| Siah Stacks | Bronx, NY | 2021-03-26 |
| Quron Thomas | Brooklyn, NY | 2021-03-30 |

| Name | Location | Date |
|------|----------|------|
| Mel Quinones | Bronx, NY | 2021-04-04 |
| Kierra Wright | Stroudsburg, US | 2021-04-04 |
| Ezra Clarke | Bronx, NY | 2021-04-06 |
| Krystina Rivera | Bronx, NY | 2021-04-10 |
| Jonathan Polite | Jackson, TN | 2021-04-11 |
| Deborah Musser | Philadelphia, US | 2021-04-12 |
| Agim Demirovski | Staten island, US | 2021-04-12 |
| London Gurley | Bennettsville, US | 2021-04-13 |
| Lilly Millie | Hayward, CA | 2021-04-25 |
| Melissa Delarosa | Bronx, NY | 2021-04-25 |
| Shannon Walls | Port charlotte, US | 2021-04-25 |
| Richy Polo | Bronx, NY | 2021-04-27 |
| Zakia Pinder | Bronx, NY | 2021-04-30 |
| Kathleen Connelly | North Haven, CT | 2021-05-03 |
| Susan Williams | Wichita Falls, TX | 2021-05-03 |
| Marleen Brignoni | CEIBA, PR | 2021-05-03 |
| Rachel Smith | Kernersville, NC | 2021-05-03 |
| Monica Castro | Los Angeles, CA | 2021-05-05 |
| Michelle Givens | Dallas, TX | 2021-05-06 |
| Lil Rodriguez | Bronx, NY | 2021-05-06 |
| robert perry | Eugene, OR | 2021-05-14 |
| Jonathan Brown | Crestview, US | 2021-05-15 |

| Name | Location | Date |
|---|---|---|
| Anonymous Anonymous | Hayward, US | 2021-05-16 |
| Dyamond Bolden | Suisun City, US | 2021-05-16 |
| Tyler Harris | Portland, US | 2021-05-16 |
| Ruth Bentkowski | Fort Worth, US | 2021-05-16 |
| Peter Brown | Barre, US | 2021-05-22 |

**change.org**

Recipient:       Donald J. Trump, Andrew M. Cuomo, Department of Justice

Letter:          Greetings,

RETRIAL DUE TO GOVERNMENT PERJURY &amp; IAC!

# Signatures

| Name | Location | Date |
| --- | --- | --- |
| Brandon Green | US | 2020-04-19 |
| Lindsey Arceneaux | New York, NY | 2020-04-19 |
| Vicky Barnes | Parkville, MD | 2020-04-19 |
| Isaias M | Bronx, NY | 2020-04-19 |
| theresa barksdale | Georgetown, TX | 2020-04-19 |
| Shannon Simpson | Muscatine, IA | 2020-04-19 |
| Barbara DuBois | Mullica Hill, US | 2020-04-19 |
| Jocelyn Pacheco | Bronx, NY | 2020-04-19 |
| Melanie Rivera | Bronx, NY | 2020-04-19 |
| Daniel Stenson | East Setauket, NY | 2020-04-19 |
| Casey Roan | Bronx, NY | 2020-04-19 |
| Anthony Torres | New York, NY | 2020-04-19 |
| liyyah moore | Wilkes-Barre, PA | 2020-04-19 |
| Sara Louati | Chicago, US | 2020-04-19 |
| Angelica Jones | Burlington, US | 2020-04-19 |
| Logan Miller | Effingham, US | 2020-04-19 |
| Tina Wake | Denver, US | 2020-04-19 |
| Touki tajwar | Jamaica, US | 2020-04-19 |
| Patrick W. Mulligan | Mims, US | 2020-04-19 |
| Jeremy Boyle | Lake Stevens, US | 2020-04-19 |

| Name | Location | Date |
|------|----------|------|
| Carlos Colon Torregrosa | Coamo, US | 2020-04-19 |
| lizzy godwin | Lake Placid, FL | 2020-04-19 |
| Javid Anderson | East Orange, NJ | 2020-04-19 |
| Samantha Gonzalez | Bronx, NY | 2020-04-19 |
| Suzette Arceneaux | Lafayette, LA | 2020-04-19 |
| Corey Vasquez | Bronx, NY | 2020-04-19 |
| Michael Evans | Poughkeepsie, NY | 2020-04-19 |
| Emendjer Mathurin | Queens Village, NY | 2020-04-19 |
| Shonteya Sharp-Walker | Norwich, CT | 2020-04-19 |
| Jomal Bautista | bronx, US | 2020-04-19 |
| Adrienna Mckinnon | Harrison, NJ | 2020-04-19 |
| Shawn Jones | La Grange Park, IL | 2020-04-20 |
| JON INWOOD | Brooklyn, NY | 2020-04-20 |
| Lauren Brodie | Knoxville, TN | 2020-04-20 |
| Adam Kaluba | Burleson, TX | 2020-04-20 |
| areli miguel | Central Islip, NY | 2020-04-20 |
| Ashley Campisi | US | 2020-04-20 |
| Shiloh Logan | Perrysburg, OH | 2020-04-20 |
| Brenda Choi | Las Vegas, NV | 2020-04-20 |
| areli sam | Central Islip, NY | 2020-04-20 |
| Tiffany Lacen | Bronx, US | 2020-04-20 |
| Christopher Martinez | New York, NY | 2020-04-20 |

| Name | Location | Date |
|------|----------|------|
| Kenya Johnson | Fairburn, GA | 2020-04-20 |
| Crystal Serrano | US | 2020-04-20 |
| erika dunkley | Springfield, MA | 2020-04-20 |
| Jeanean Green | Bronx, NY | 2020-04-20 |
| Roseanne Vargas | US | 2020-04-20 |
| Chinasha Herbert | Bronx, NY | 2020-04-20 |
| A Price | Norwalk, CT | 2020-04-20 |
| Mawuli Hormeku | Brooklyn, NY | 2020-04-20 |
| Raquel Greene | Chicago, IL | 2020-04-20 |
| Darius Byrd | Orlando, FL | 2020-04-20 |
| Cece Thomas | Orlando, FL | 2020-04-20 |
| Dwayne Latimore | Brooklyn, NY | 2020-04-20 |
| Caesar Pope | Brooklyn, NY | 2020-04-20 |
| Katia Almanzar | Bronx, NY | 2020-04-20 |
| Kaya Daley | Philadelphia, PA | 2020-04-20 |
| James Blount | New York, NY | 2020-04-20 |
| Michelle Green | New York, NY | 2020-04-20 |
| Mary Torres | San Antonio, TX | 2020-04-20 |
| Gloria Garcia | Merced, CA | 2020-04-20 |
| Essence Shaylor | Bronx, NY | 2020-04-20 |
| Keisha Whitehead | Brooklyn, NY | 2020-04-20 |
| Stephanie Almonte | Bronx, NY | 2020-04-20 |

| Name | Location | Date |
|------|----------|------|
| Jennifer Burgos | Bronx, NY | 2020-04-20 |
| Jennifer Gregor | Groton, CT | 2020-04-20 |
| Argenis Polanco | Boston, MA | 2020-04-20 |
| Tamika Wiggins | New York, NY | 2020-04-20 |
| Robert Martin | Philadelphia, PA | 2020-04-20 |
| Pamelha Marte | Bronx, NY | 2020-04-20 |
| victor mercado | New York, NY | 2020-04-20 |
| Roberto Wright | Houston, TX | 2020-04-20 |
| Sammy Gil | Fort Lauderdale, FL | 2020-04-20 |
| Khambia Clarkson | Marshalltown, US | 2020-04-20 |
| Anthony Kidwell | Gainesville, US | 2020-04-20 |
| Janis Chappelle | Des Moines, US | 2020-04-20 |
| Naib Muhar | Livermore, US | 2020-04-20 |
| Shakeema Barcliff | New York, NY | 2020-04-20 |
| Dylan Verde | East Greenwich, US | 2020-04-20 |
| Adan de Andrade | Philadelphia, US | 2020-04-20 |
| Gisel Albino | Bronx, NY | 2020-04-20 |
| Sherri Hamler | Pickerington, US | 2020-04-20 |
| Kimberly Richards | Minneapolis, US | 2020-04-20 |
| Troy Conyers | High Point, NC | 2020-04-20 |
| Jessica Williams | Brooklyn, NY | 2020-04-20 |
| DeputyMaryor Harms | US | 2020-04-20 |

| Name | Location | Date |
|---|---|---|
| Gen Lee | Bronx, NY | 2020-04-20 |
| John Farrell | Eustis, US | 2020-04-20 |
| Cole Mckeown | Cape May, US | 2020-04-20 |
| Lucien Ford | Round Lake, US | 2020-04-20 |
| Marcus Jenkins | Vallejo, US | 2020-04-20 |
| donna dixon | San Antonio, US | 2020-04-20 |
| Ally White | Ooltewah, US | 2020-04-20 |
| Jinnette Ramirez | Bronx, US | 2020-04-20 |
| Dylan Sitko | Davenport, US | 2020-04-20 |
| Syraida Morales Rodriguez | Orlando, US | 2020-04-20 |
| Marshall Tyree | Madison Heights, US | 2020-04-20 |
| Heeyoung Im | Tampa, US | 2020-04-20 |
| Donna Timoteo | Anchorage, US | 2020-04-20 |
| Jennifer McAdam | Wayne, US | 2020-04-20 |
| Isaiah Walton | Naples, US | 2020-04-20 |
| Haha Hahaha | Pennington, US | 2020-04-20 |
| Brittney Jones | Detroit, US | 2020-04-20 |
| Greg Larko | Pittsburgh, US | 2020-04-20 |
| Abigail Carbajal | San Bernardino, US | 2020-04-20 |
| Corey Horton | Fairfax, VA | 2020-04-20 |
| Katherine Cavanaugh | Pensacola, US | 2020-04-20 |
| Phyllis Novello | Murrieta, US | 2020-04-20 |

| Name | Location | Date |
|------|----------|------|
| A. Sunnie | Virginia Beach, US | 2020-04-20 |
| Stefanie Abreu | Bronx, NY | 2020-04-20 |
| Jennifer Hernandez | Bronx, NY | 2020-04-20 |
| Eddie Torres | Bronx, NY | 2020-04-20 |
| Jay Vasquez | bronx, NY | 2020-04-20 |
| Luis Lopez | Bronx, NY | 2020-04-20 |
| Chanel Swinney | New york, NY | 2020-04-20 |
| Jeffrey Roy | New York, NY | 2020-04-20 |
| Malik Williams | Bronx, NY | 2020-04-20 |
| Drell Green | Middletown, NY | 2020-04-20 |
| Latrese Benjamin | Bronx, NY | 2020-04-20 |
| Dashawn Palmer | Bronx, NY | 2020-04-20 |
| Eric Swinney | Bronx, NY | 2020-04-20 |
| Kayle Rivas | Bronx, NY | 2020-04-20 |
| Michael Bailey | New York, NY | 2020-04-20 |
| Juan Rodriguez | Scranton, PA | 2020-04-20 |
| Damaries Negron | Bronx, NY | 2020-04-20 |
| Jason Futrell | Phoenix, AZ | 2020-04-20 |
| Marissa Barrera | Sacramento, CA | 2020-04-20 |
| Veronica Castro | New York, NY | 2020-04-20 |
| Heysha Osorio | Staten Island, NY | 2020-04-20 |
| Spring Rios | Newark, NJ | 2020-04-20 |

| Name | Location | Date |
|------|----------|------|
| Claude Similus | Bronx, NY | 2020-04-20 |
| Felix Rodriguez | New York, NY | 2020-04-20 |
| Roberto Cruz | New York, NY | 2020-04-20 |
| Oscar Cesar | Teaneck, NJ | 2020-04-20 |
| Jeannie Akvarez | Woonsocket, RI | 2020-04-20 |
| Lavonda Eadie | Staten Island, NY | 2020-04-20 |
| Joseph Torres | Bronx, NY | 2020-04-20 |
| R J CONCHA | Bronx, NY | 2020-04-20 |
| Edwin Torres | New York, NY | 2020-04-20 |
| Yesenia Rodriguez | Bronx, NY | 2020-04-20 |
| lizane Acosta | Wilkes-Barre, PA | 2020-04-20 |
| Stephanie Heinbockel | Bronx, NY | 2020-04-20 |
| Aida Solis | Bronx, NY | 2020-04-20 |
| Shondell Crocker | Newark, NJ | 2020-04-20 |
| Thomas Vasquez | Bronx, NY | 2020-04-20 |
| Richard James | Bronx, NY | 2020-04-20 |
| Jacqueline Williams | New York, NY | 2020-04-20 |
| Jose Vasquez | Brooklyn, NY | 2020-04-20 |
| William Martinez | Bronx, NY | 2020-04-20 |
| Christina Matos | Bronx, NY | 2020-04-20 |
| Lauren Labrada | Miami, US | 2020-04-20 |
| Vicky Lamier | Fayetteville, US | 2020-04-20 |

| Name | Location | Date |
| --- | --- | --- |
| Wilson Beers | Dayton, US | 2020-04-20 |
| Ben Swanson | Plymouth Meeting, US | 2020-04-20 |
| Victor Walker | Blacklick, US | 2020-04-20 |
| Jianbing Huang | Trumbull, US | 2020-04-20 |
| Kelly Chase | Nampa, US | 2020-04-20 |
| Ari Gray | Richmond Hill, US | 2020-04-20 |
| Jefg Chen | Downey, CA | 2020-04-20 |
| Joel Alger | San Diego, US | 2020-04-20 |
| Sarah Bonilla | Atlanta, US | 2020-04-20 |
| Shanequa McCrimmon | Brooklyn, US | 2020-04-20 |
| Jason Sanchez | Rockford, US | 2020-04-20 |
| E A | South Charleston, US | 2020-04-20 |
| Noemi Cancel | US | 2020-04-20 |
| Jatin Chamdal | Cypress, US | 2020-04-20 |
| Donna Finch | Hoover, US | 2020-04-20 |
| Carolyn Mraz | Darien, US | 2020-04-20 |
| Garrett Smolen | Plainfield, US | 2020-04-20 |
| Garrison Manne | Norwalk, US | 2020-04-20 |
| Kelly Johnston | Clairton, US | 2020-04-20 |
| Nivea Jones | North Chicago, US | 2020-04-20 |
| Stephen Meilenner | Madison, US | 2020-04-20 |
| Kame Rut | River Forest, US | 2020-04-20 |

| Name | Location | Date |
|---|---|---|
| Danny Alavez | Milwaukee, US | 2020-04-20 |
| Doris Cruz | Flushing, US | 2020-04-20 |
| Jasmine Martinez | Lewisville, US | 2020-04-20 |
| Jenna懶 Butts | Paris, US | 2020-04-20 |
| bianca moore | Downers Grove, US | 2020-04-20 |
| Makayla Slimko | Varna, US | 2020-04-20 |
| Donna Mercado | Pocono Summit, PA | 2020-04-21 |
| Richhomiecuero_ Free Da Guys | Bronx, NY | 2020-04-21 |
| Samuel asiedu | Bronx, NY | 2020-04-21 |
| William Walvin | Bronx, NY | 2020-04-21 |
| Edwin Torres | New York, NY | 2020-04-21 |
| Luis Rivas | Wappingers falls, NY | 2020-04-21 |
| Jermaine Parson | Bronx, NY | 2020-04-21 |
| Billy Clooney | Roxbury, MA | 2020-04-21 |
| Sharese Benjamin | Bronx, NY | 2020-04-21 |
| Ruben Guerrero | Bronx, NY | 2020-04-21 |
| Angel Rodriguez | Miami, FL | 2020-04-21 |
| Mike Antone | Fremont, CA | 2020-04-21 |
| Ethan Garcia | Manhattan, NY | 2020-04-21 |
| Frederick Burke | Poughkeepsie, NY | 2020-04-21 |
| Jennifer Ramos | Bronx, US | 2020-04-21 |
| Edwin Lawrence | Waterville, ME | 2020-04-21 |

| Name | Location | Date |
|------|----------|------|
| Annisa Bean | Cincinnati, US | 2020-04-21 |
| Spencer Bynum | Portland, US | 2020-04-21 |
| John Kramer | Marshfield, US | 2020-04-21 |
| Lex Brewer | Kansas City, US | 2020-04-21 |
| Wae Gaddis | Oklahoma City, US | 2020-04-21 |
| Laraine Gunter | Mooresville, US | 2020-04-21 |
| John Feister | Downingtown, US | 2020-04-21 |
| Winnie Ho | Garden Grove, US | 2020-04-21 |
| DeAndre Coleman | Herrin, US | 2020-04-21 |
| Joseph Schindler | Philadelphia, PA | 2020-04-21 |
| Amanda Guerra | Laredo, US | 2020-04-21 |
| Manpreet Kaur | Stockton, US | 2020-04-21 |
| Darryl Bent | Hialeah, US | 2020-04-21 |
| Manuel Cortez | Manteca, US | 2020-04-21 |
| Bryce Cothran | Sebring, US | 2020-04-21 |
| Hammad Sattar | Chicago, US | 2020-04-21 |
| Young Young | Los Angeles, US | 2020-04-21 |
| Thomas Salisbury | Ponca City, US | 2020-04-21 |
| Paul Nelson | San Francisco, US | 2020-04-21 |
| Vidalina Hernandez | Bronx, NY | 2020-04-21 |
| angelina murray | Macomb, US | 2020-04-21 |
| Johann lozano | Roscoe, US | 2020-04-21 |

| Name | Location | Date |
|------|----------|------|
| Celeste Ruiz | New Year, NY | 2020-04-21 |
| Belinda Kragh | Eagle Rock, US | 2020-04-21 |
| Kierstyn Aldsworth | Glen Burnie, US | 2020-04-21 |
| Mad max | US | 2020-04-21 |
| Aubree Lee | Zephyrhills, US | 2020-04-21 |
| Kittie Morton | Wyoming, US | 2020-04-21 |
| christian perez | Los Angeles, US | 2020-04-21 |
| Melissa Henry | Muskegon, US | 2020-04-21 |
| Elizabeth Smith | Chicago, US | 2020-04-21 |
| Jahmane Bright | Bronx, NY | 2020-04-21 |
| Peter Schellhorn | Glenview, IL | 2020-04-21 |
| Genessys Perez | New York, NY | 2020-04-21 |
| Maleek Beguesse | Bronx, NY | 2020-04-21 |
| Michael Cummins | East Providence, RI | 2020-04-21 |
| Rosalia Ortiz | Bronx, NY | 2020-04-21 |
| Alexander Brown | Bronx, NY | 2020-04-21 |
| Janie Janie | Seguin, TX | 2020-04-21 |
| Catherine Clark | Bronx, NY | 2020-04-21 |
| Jessica Montalvo | Elmira, NY | 2020-04-21 |
| Rajdeep Grewal | Concord, US | 2020-04-21 |
| Marie Manuel | Wanaque, US | 2020-04-21 |
| David Saucedo | Denver, US | 2020-04-21 |

| Name | Location | Date |
|------|----------|------|
| Tracy Pham | Canoga Park, US | 2020-04-21 |
| David Dusseault | Taunton, US | 2020-04-21 |
| VICTOR GONZALEZ | Las Vegas, US | 2020-04-21 |
| lea molina | Manteca, US | 2020-04-21 |
| Lisa Mitchell | Sacramento, US | 2020-04-21 |
| Truong Pham | Atlanta, US | 2020-04-21 |
| lexi lockard | London, US | 2020-04-21 |
| Arely Soto | San Luis Obispo, US | 2020-04-21 |
| Karen Leon | Calexico, US | 2020-04-21 |
| Nikiya Lester | New Haven, US | 2020-04-21 |
| Victor Perez | Stockton, US | 2020-04-21 |
| Nancy Wilson | Tempe, US | 2020-04-21 |
| Tyler Thatcher | Toledo, US | 2020-04-21 |
| Dj bennett | Lees Summit, US | 2020-04-21 |
| Martha Gutierrez | Garland, US | 2020-04-21 |
| Grant Yonamine | Lake In The Hills, US | 2020-04-21 |
| Julius Luna | Chicago, US | 2020-04-21 |
| Um Yah | Boi, US | 2020-04-21 |
| Jennifer Santos | New York, NY | 2020-04-21 |
| Joanna Vaquerano | Bronx, NY | 2020-04-21 |
| Yusuf Tillery | Hollywood Beach, FL | 2020-04-21 |
| Tammy Donnally Mejias | Lake Worth, FL | 2020-04-21 |

| Name | Location | Date |
|------|----------|------|
| L Kal | Atlantic Highlands, NJ | 2020-04-21 |
| Jessica Ruiz | Washington, DC | 2020-04-21 |
| Anthony Rodriguez | Newark, NJ | 2020-04-21 |
| Kabra Taylor | Odessa, TX | 2020-04-21 |
| Sherron Parker | Odessa, TX | 2020-04-21 |
| Damien Aura | Bronx, NY | 2020-04-21 |
| Roxanne Perez Paul | New York, NY | 2020-04-21 |
| Jamele Baez | Bronx, NY | 2020-04-21 |
| David Rosario | Philadelphia, PA | 2020-04-21 |
| Stephanie Lucas | Washington, DC | 2020-04-21 |
| Dinean Spaulding | Bronx, NY | 2020-04-21 |
| Lisa Mathis | Bronx, NY | 2020-04-21 |
| Latoya Neal | Bronx, NY | 2020-04-21 |
| Brandi Leonard | Memphis, US | 2020-04-21 |
| Christopher Pagano | Newark, NJ | 2020-04-21 |
| Carlos Delvalle | Bronx, NY | 2020-04-21 |
| Neysa Cuilan | New York, NY | 2020-04-21 |
| Chantel Tyler | Richmond, VA | 2020-04-21 |
| John Manning | Bentonville, AR | 2020-04-21 |
| Layla Cuilan | New York, NY | 2020-04-21 |
| Tiffany Thompson | Bronx, NY | 2020-04-22 |
| Amanda Mbaye | Roxbury, MA | 2020-04-22 |

| Name | Location | Date |
| --- | --- | --- |
| RODLIN GELIN | Miami, FL | 2020-04-22 |
| Chris Davis | Bronx, NY | 2020-04-22 |
| Naomi Smith | New York, NY | 2020-04-22 |
| David Graham | Bronx, NY | 2020-04-22 |
| Erick Olivera | Springfield, MA | 2020-04-22 |
| Fitzroy B. | Jersey City, NJ | 2020-04-22 |
| Khalil Abbas | Richmond, VA | 2020-04-22 |
| rosa Maldonado | New York, NY | 2020-04-22 |
| Etoya McFadden | Huntersville, NC | 2020-04-22 |
| Jasiya Johns | Medford, NY | 2020-04-22 |
| Rafael Gomez | Bronx, NY | 2020-04-22 |
| Taj ISo | Concord, NC | 2020-04-22 |
| Ashley Marie | Brooklyn, NY | 2020-04-23 |
| Diana Lopez | US | 2020-04-23 |
| Marion Carter | Bronx, NY | 2020-04-23 |
| Carolyn Lynn | Marrowbone, US | 2020-04-23 |
| Sophia Aguilar Blanco | Santa Maria, US | 2020-04-23 |
| Jesse Gandolf | Chardon, US | 2020-04-23 |
| Denise Smith | Bronx, US | 2020-04-23 |
| John Mercado | Hollywood, US | 2020-04-23 |
| Desiree Brown | Metairie, US | 2020-04-23 |
| Rasheen Harris | Bensalem, US | 2020-04-23 |

| Name | Location | Date |
|------|----------|------|
| Kyla Carr | Norfolk, US | 2020-04-23 |
| Kamron Brewer | Gilpin county, US | 2020-04-23 |
| Adam Ginsburg | Salt Lake City, US | 2020-04-23 |
| Royce Bonaventure | Brandon, US | 2020-04-23 |
| RANDY LAWSON | Lakeland, US | 2020-04-23 |
| M Graves | Buford, US | 2020-04-23 |
| Tanner Linkous | Christiansburg, US | 2020-04-23 |
| Grace Robinson | Brooklyn, US | 2020-04-23 |
| T TYSON | Indianapolis, US | 2020-04-23 |
| Erin Stark | Boise, US | 2020-04-23 |
| Edgardo Alvarez | Bronx ny, NY | 2020-04-23 |
| Marissa Sangiuolo | Marlton, NJ | 2020-04-23 |
| Jasmine Britton | Nashville, US | 2020-04-23 |
| Ray Oglesby | Charlotte, NC | 2020-04-24 |
| Jamel Young | Bronx, NY | 2020-04-24 |
| Bianca Bonilla | Bronx, NY | 2020-04-24 |
| Maurice Biart | Fort Lauderdale, FL | 2020-04-25 |
| CasSandra Batchelor | Independence, MO | 2020-04-27 |
| misty winterton | Tacoma, WA | 2020-04-27 |
| Eneyda Cardona | Springfield, MA | 2020-04-27 |
| Shanon Gordon | Bronx, NY | 2020-04-27 |
| Derek Rowley | Leesburg, AL | 2020-05-01 |

| Name | Location | Date |
| --- | --- | --- |
| Jaime Santiago | Bronx, NY | 2020-05-04 |
| Dashley Pena | Bronx, NY | 2020-05-11 |
| Melissa Ovalles | Bronx, NY | 2020-05-11 |
| Tony Smalls | Asheville, NC | 2020-05-11 |
| Jason Lloyd | New York, NY | 2020-05-11 |
| Michal Akosa | Mount Vernon, NY | 2020-05-11 |
| Andy Lopez | Bronx, NY | 2020-05-11 |
| D D | Bronx, NY | 2020-05-11 |
| Letha Williams | Bronx, NY | 2020-05-11 |
| Adoniz Cruz | New York, NY | 2020-05-11 |
| Shaquille Scott | New York, NY | 2020-05-11 |
| Olatunde Elumade | Valley Stream, NY | 2020-05-11 |
| Joshua Rios | Bronx, NY | 2020-05-11 |
| Matthew Kelly | Pawtucket, RI | 2020-05-11 |
| Jose Lopez | Bronx, NY | 2020-05-11 |
| Ravon White | Jewett City, CT | 2020-05-11 |
| Shy Fernandez | Bronx, NY | 2020-05-11 |
| Khris Williams | New York, NY | 2020-05-11 |
| Mel Brown | Bronx, NY | 2020-05-11 |
| Gary Reid | New York, NY | 2020-05-11 |
| Micheal Smith | New York, NY | 2020-05-11 |
| Kevin Green | Missouri City, TX | 2020-05-11 |

| Name | Location | Date |
| --- | --- | --- |
| Albert Tello | New York, NY | 2020-05-11 |
| Anais Caba | Bronx, NY | 2020-05-11 |
| Samary Aguilera | Bronx, NY | 2020-05-11 |
| Kimberly Pena | Norwalk, CT | 2020-05-11 |
| Rodney Exum | Bronx, NY | 2020-05-11 |
| Aquiles Sanchez | Bisonó, Dominican Republic | 2020-05-11 |
| Pedro Robles | Miami, FL | 2020-05-11 |
| Vanessa A | Raleigh, NC | 2020-05-11 |
| idair melendez | New York, NY | 2020-05-11 |
| Elizardo Vargas jr | Bronx, NY | 2020-05-11 |
| Erica Cruz | New York, NY | 2020-05-11 |
| José Adams | Newark, NJ | 2020-05-11 |
| Zulma Santiago | Stamford, CT | 2020-05-11 |
| Danny Norfleet | Greenville, NC | 2020-05-11 |
| Unique Christopher | Bronx, NY | 2020-05-11 |
| Charles Patterson | New York, NY | 2020-05-11 |
| Avery Davila | Cleveland, OH | 2020-05-11 |
| Johnny Moorer | Elkridge, MD | 2020-05-11 |
| Rosa Hernandez | Bronx, NY | 2020-05-11 |
| Lily Gonzalez | Philadelphia, PA | 2020-05-11 |
| Lateef Adeyinka | Lancaster, PA | 2020-05-11 |
| Laisha Gomez | Bronx, NY | 2020-05-11 |

| Name | Location | Date |
| --- | --- | --- |
| Shannon Agosto | New York, NY | 2020-05-11 |
| Jade Fuller | Langhorne, US | 2020-05-11 |
| Josheal Cruz | Bronx, NY | 2020-05-11 |
| Carlos Saltares | Houston, TX | 2020-05-11 |
| Justine B | Buffalo, NY | 2020-05-11 |
| Jon Valentine | Bronx, NY | 2020-05-11 |
| Tom Partosh | Rockville, US | 2020-05-11 |
| CRAIG Griffin | Dallas, TX | 2020-05-11 |
| Ashlee Retherford | Augusta, US | 2020-05-11 |
| Aizeyah Castañeda | Kissimmee, US | 2020-05-11 |
| Darrel Wood | New York, NY | 2020-05-11 |
| Lisa Halpern | Santa Ana, US | 2020-05-11 |
| Natasha Casanova | New York, NY | 2020-05-11 |
| Darius Byrd | Tampa, FL | 2020-05-11 |
| Daddy Dix | Lebanon, US | 2020-05-11 |
| Penny Candelaria | Bronx, NY | 2020-05-11 |
| Andre Watkins | Bronx, NY | 2020-05-11 |
| Valery Cabrera | Bridgeport, CT | 2020-05-11 |
| Geovani Duran | Bronx, NY | 2020-05-11 |
| Teresa Munoz | Marrero, LA | 2020-05-11 |
| Tisha Beacrucis | Bronx, NY | 2020-05-11 |
| Kaye Rosado | New York, NY | 2020-05-11 |

| Name | Location | Date |
|------|----------|------|
| Jeni Funderburk | New York, NY | 2020-05-11 |
| Angel martinez | Tampa, FL | 2020-05-11 |
| Issac Santiago | New York, NY | 2020-05-11 |
| Roberto Franco | Bronx, NY | 2020-05-11 |
| Shaniqua Mcmillian | Houston, TX | 2020-05-11 |
| Christopher Grant | Bronx, NY | 2020-05-11 |
| Troy Conyers | Charlotte, NC | 2020-05-11 |
| Davon Yarborough | Harrison, NJ | 2020-05-11 |
| Jasmine Santos | White Plains, US | 2020-05-11 |
| Jasmin Aviles | Bronx, NY | 2020-05-11 |
| Ron james | New york, GA | 2020-05-11 |
| Jacqueline Everett | Stamford, CT | 2020-05-11 |
| Stephanie Santiago | Bronx, NY | 2020-05-11 |
| Syeda Sgs | Bronx, NY | 2020-05-11 |
| Luis Torres | Orlando, FL | 2020-05-11 |
| Chandra Boyce | Bronx, NY | 2020-05-11 |
| Jahsun Campbell | Bronx, NY | 2020-05-11 |
| Eddie Molina | Passaic, NJ | 2020-05-11 |
| Pia Sicardo | Bronx, NY | 2020-05-11 |
| Mekhi Jones | New York, NY | 2020-05-11 |
| Justin Perrin | Bronx, NY | 2020-05-11 |
| Addiict GfX | District Heights, US | 2020-05-11 |

| Name | Location | Date |
| --- | --- | --- |
| Ashley kennard | Chicago, US | 2020-05-11 |
| Crystal Crenshaw | New York, NY | 2020-05-11 |
| Velvet Bill Williams | Bronx, NY | 2020-05-11 |
| Shandon Jackson | Cheyenne, US | 2020-05-11 |
| Carlos Cardona | Orlando, FL | 2020-05-11 |
| Markitta Whitney | Yonkers, NY | 2020-05-11 |
| Jessica Soto | Spring Hill, FL | 2020-05-11 |
| Gerald Gomez | Bronx, NY | 2020-05-11 |
| Kennedi Garrett | Indianapolis, US | 2020-05-11 |
| Maggie Neumann | Cincinnati, US | 2020-05-11 |
| Tamara Bell | Lawrenceville, GA | 2020-05-11 |
| Elijah Rowell | New York, NY | 2020-05-11 |
| Juan Neri | Santa Ana, CA | 2020-05-11 |
| Anthony Lopez | New York, NY | 2020-05-11 |
| Constantine Gonzalez | Bronx, NY | 2020-05-11 |
| Pedro Sanchez | Bronx, NY | 2020-05-11 |
| Morrell Thomas | New York, NY | 2020-05-11 |
| Nahdia Matthews | Bronx, NY | 2020-05-11 |
| Darryl Nickey | New York, NY | 2020-05-11 |
| Marisol Torres | Bronx, NY | 2020-05-11 |
| Arturo Abrahante | Philadelphia, PA | 2020-05-11 |
| Savannah Torres | Schenectady, NY | 2020-05-11 |

| Name | Location | Date |
| --- | --- | --- |
| Monasia Bellamy | Durham, NC | 2020-05-11 |
| Josephine Colon | Bronx, NY | 2020-05-11 |
| Farshad Nader | Los Angeles, US | 2020-05-11 |
| Sabrina Mateo | Torrington, CT | 2020-05-11 |
| Geraldine Rodriguez | Bronx, NY | 2020-05-11 |
| Jessica R. | Bronx, NY | 2020-05-11 |
| Tiffany Bowie | Bronx, NY | 2020-05-11 |
| Robert Calcano | Yonkers, NY | 2020-05-11 |
| Todd VerHage | Jenison, US | 2020-05-11 |
| Rosa Martinez | Bronx, NY | 2020-05-11 |
| Shanaz Saunders | Bronx, NY | 2020-05-11 |
| Jerry Fig | Wappingers Falls, US | 2020-05-11 |
| Carl David Thielo | Cincinnati, US | 2020-05-11 |
| Maribel Marulanda | New York, US | 2020-05-11 |
| Lorenz0 Gonzalez | Reading, PA | 2020-05-11 |
| Julyssa Inoa | Bronx, NY | 2020-05-12 |
| Veronica Colon | Bronx, NY | 2020-05-12 |
| Laura Sorenson | Crosby, US | 2020-05-12 |
| kayda bucks | Kansas City, US | 2020-05-12 |
| S Taylor | Brooklyn, NY | 2020-05-12 |
| Evelyn Walker | Brooklyn, NY | 2020-05-12 |
| Carlos Rodriguez | Bronx, NY | 2020-05-12 |

| Name | Location | Date |
|---|---|---|
| Jann Lame | Broomfield, CO | 2020-05-12 |
| Lezlie Gomes | Chandler, US | 2020-05-12 |
| Kenya Jackson | Pittsburgh, US | 2020-05-12 |
| Poop Boy | Whitestone, US | 2020-05-12 |
| Howard Wilson | Bronx, NY | 2020-05-12 |
| Oscar Tinajero | Okeechobee, FL | 2020-05-12 |
| Sylena Williams | Memphis, US | 2020-05-12 |
| Frankie Doner | Omaha, US | 2020-05-12 |
| Veronie Poteat | Long Island City, NY | 2020-05-12 |
| Leiani Park | Bluffton, SC | 2020-05-12 |
| Debby Willette | Greencastle, US | 2020-05-12 |
| Angela Phifer | Dallas, US | 2020-05-12 |
| Samantha Franklin | Stockton, US | 2020-05-12 |
| Bermary Molano | Houston, US | 2020-05-12 |
| Frank Alicea | South Ozone Park, NY | 2020-05-12 |
| Lamonique Allen | Harker Heights, US | 2020-05-12 |
| Bar Thom | Brooklyn, NY | 2020-05-12 |
| Bobby Hyde | Bronx, NY | 2020-05-12 |
| Alison Rivera | Gaithersburg, US | 2020-05-12 |
| Colby Hall | Akron, US | 2020-05-12 |
| Samad Az-Azhir Azwad-Muhammad | Mason, US | 2020-05-12 |

| Name | Location | Date |
|------|----------|------|
| Chip Snively | Pittsboro, NC | 2020-05-12 |
| Jyzaiah Graham | Jacksonville, US | 2020-05-12 |
| Virginia Myers | US | 2020-05-12 |
| Brent Stewart | Bloomington, US | 2020-05-12 |
| Alice Nush | Merced, US | 2020-05-12 |
| Liyah Kenns | Philadelphia, US | 2020-05-12 |
| Jeffrey O'Brien | Los Angeles, US | 2020-05-12 |
| Valerie Hopkins | Chicago, US | 2020-05-12 |
| NICOLE DeGRATE | Bridgeport, US | 2020-05-12 |
| Wayne Tubbs | Centerville, US | 2020-05-12 |
| Ibrahim Alim | Cleveland, US | 2020-05-12 |
| Srinivas Chavala | Maryville, US | 2020-05-12 |
| Robert LEYVA | New Braunfels, US | 2020-05-12 |
| Mariana Serna | Tampa, US | 2020-05-12 |
| Jada Mclean | Capitol Heights, US | 2020-05-12 |
| Bella Del carpio | Germantown, US | 2020-05-12 |
| Nora Babcock | Canby, US | 2020-05-12 |
| Daniel Regan | Silver Spring, US | 2020-05-12 |
| Gene Birger | Los Angeles, US | 2020-05-12 |
| Lisa Tolliver | Bronx, NY | 2020-05-12 |
| Donnell Gravette | Schenectady, NY | 2020-05-12 |
| Lindsey Warzala | Saint Paul, US | 2020-05-13 |

| Name | Location | Date |
|------|----------|------|
| Steven Rodriguez | El Paso, TX | 2020-05-13 |
| Rachel Zhao | Providence, US | 2020-05-13 |
| marc zajac | Lynnwood, US | 2020-05-13 |
| Megan Smith | Greeneville, US | 2020-05-13 |
| Trevor Gray | Enosburg Falls, VT | 2020-05-13 |
| Rafael Gamez | New York, NY | 2020-05-13 |
| Romell Mitchell | Detroit, US | 2020-05-13 |
| LaRon Young | Greenville, US | 2020-05-13 |
| Michele Patterson | Georgetown, US | 2020-05-13 |
| Trecia Coleman | Dorchester Center, MA | 2020-05-13 |
| Rafia Shakil | Seattle, US | 2020-05-13 |
| 2020 TX-LIBERTARIAN PRESIDENTIAL CANDIDATE RICKEY MORRIS JR | Dripping Springs, US | 2020-05-13 |
| Frances Cruz | Orlando, US | 2020-05-13 |
| Dupree Pinckney | Brooklyn, NY | 2020-05-13 |
| Lorice Edmonson | Hyannis, MA | 2020-05-13 |
| Geordan Mustain | Lathrop ca. 95330, US | 2020-05-13 |
| georgina mattern | Moscow, US | 2020-05-13 |
| Kara Muscha | Opelika, US | 2020-05-13 |
| Kathy watson | louisville, US | 2020-05-13 |
| Patty Bostelman | winnemucca, US | 2020-05-13 |
| Timothy Rock | Hendersonville, US | 2020-05-13 |

| Name | Location | Date |
|------|----------|------|
| Nina Smith | Muskegon, US | 2020-05-13 |
| Ricky Isaac | Philadelphia, PA | 2020-05-13 |
| Suzy Givens | Mckinney, US | 2020-05-13 |
| Luz Vasquez | Los Angeles, US | 2020-05-13 |
| Maleek Beguesse | Bronx, NY | 2020-05-13 |
| Alsean Washington | Cambridge, OH | 2020-05-13 |
| Oli Beck | Huntington Station, US | 2020-05-13 |
| Ashley Christine | Altamonte Springs, US | 2020-05-13 |
| Patricia Cruz | Highland, NY | 2020-05-13 |
| Erika Cabrera | San Jose, US | 2020-05-14 |
| Mitch Bretz | Wetumpka, US | 2020-05-14 |
| Avis Corson | Philadelphia, US | 2020-05-14 |
| Alyssa Weaver | Otway, US | 2020-05-14 |
| Gina roman | Bronx, NY | 2020-05-14 |
| Linda Lyall | Lancaster, PA | 2020-05-14 |
| Donyelle Rosborough | Reston, US | 2020-05-14 |
| Brandon Emilien | Houston, US | 2020-05-14 |
| Carol J. | Opa Locka, US | 2020-05-14 |
| Danielle Barden | Detroit, US | 2020-05-14 |
| Gladys Torres | New Castle, US | 2020-05-14 |
| Sabrina Patterson | Douglasville, US | 2020-05-14 |
| Aditya Sethunath | Beaverton, US | 2020-05-14 |

| Name | Location | Date |
| --- | --- | --- |
| Liam Pummer | Aurora, US | 2020-05-14 |
| simone s | Detroit, US | 2020-05-14 |
| Jori Toepper | Pontiac, US | 2020-05-14 |
| George Young Jr. | Staten Island, US | 2020-05-14 |
| Karen Angel | US | 2020-05-14 |
| Harlee Richardson | New York, NY | 2020-05-14 |
| Jason Jarvis | New York, NY | 2020-05-14 |
| Luis Dejesus | Bronx, NY | 2020-05-14 |
| Christina López | Rutherford, NJ | 2020-05-14 |
| Jerry Murat | Philadelphia, PA | 2020-05-15 |
| Thaddeus Johnson | New York, NY | 2020-05-15 |
| Kristina Pagan | Queens, NY | 2020-05-15 |
| John Barber | Woodbridge, VA | 2020-05-15 |
| Jason Sawyer | Brooklyn, NY | 2020-05-15 |
| Alexander Ortiz | Gainesville, US | 2020-05-15 |
| Tyrone Major | Lithonia, US | 2020-05-15 |
| Keisha Walker | New York, NY | 2020-05-15 |
| Kelly Bell | Chicago Heights, US | 2020-05-15 |
| Jaquan Lapierre | Asheville, US | 2020-05-15 |
| Deja Adams | Rockledge, US | 2020-05-15 |
| Siroc Mafia | New York, NY | 2020-05-15 |
| Armel Murph | Brooklyn, NY | 2020-05-17 |

| Name | Location | Date |
|------|----------|------|
| Todd Gaston | Harrison, NJ | 2020-05-19 |
| Tawana Garcia | New York, NY | 2020-05-19 |
| Devon Smith | Seattle, US | 2020-05-19 |
| Jasmine Garcia | US | 2020-05-20 |
| Ashley Hite | Linden, US | 2020-05-20 |
| FREDERICK JONES | Queens, US | 2020-05-20 |
| sue garrity | Uncasville, US | 2020-05-20 |
| Demetria Barrow | Greenville, US | 2020-05-20 |
| skylar brown | great mills, US | 2020-05-20 |
| Safaa Landry | Elmsford, US | 2020-05-20 |
| Paola Alquicira | Houston, US | 2020-05-20 |
| Daijalyn Lopez | Oakland, US | 2020-05-20 |
| Emmett Svendsen | Bronx, NY | 2020-05-20 |
| A Cabo | West Hartford, CT | 2020-05-21 |
| Deisa Godfrey | Salisbury, US | 2020-05-21 |
| Kathy Bufford | Las Vegas, US | 2020-05-21 |
| Caydence Cisneros | Moore Haven, US | 2020-05-21 |
| George Benjamin | Waldorf, US | 2020-05-21 |
| Emily Castro | Pasadena, US | 2020-05-22 |
| Sequoia Brown | Carmichael, US | 2020-05-22 |
| Raven Sauri | Bronx, NY | 2020-05-22 |
| Hanna Stier | Minneapolis, US | 2020-05-22 |

| Name | Location | Date |
|------|----------|------|
| lily ostlund | Austin, US | 2020-05-22 |
| Aliyyah Miller | Philadelphia, US | 2020-05-22 |
| Dalton Grigsby | Indianapolis, US | 2020-05-22 |
| Millie Daugherty | US | 2020-05-22 |
| Maria Flowers | Bronx, NY | 2020-05-23 |
| Jermaine Davis | Bronx, NY | 2020-05-23 |
| Trevor Cummings | Bronx, NY | 2020-05-25 |
| Yuliana Hernandez | Bronx, NY | 2020-05-26 |
| Ramel Bethel | Bronx, NY | 2020-06-01 |
| Oliver White | Pisgah, US | 2020-06-03 |
| Natalie Cruz | Bronx, NY | 2020-06-04 |
| Christine Hernandez | Jacksonville, FL | 2020-06-05 |
| Latisha Spruill | Vestal, NY | 2020-06-05 |
| Cynthia Pittman | Tampa, FL | 2020-06-06 |
| Stacey Frierson | Fort Lauderdale, US | 2020-06-07 |
| sebastian Brundage | Brooklyn, NY | 2020-06-09 |
| Taylor Morrison | Fort Myers, US | 2020-06-09 |
| Emily De Leon | Coral Springs, US | 2020-06-09 |
| Lauren Degray | Goodyear, US | 2020-06-09 |
| Meg Middleton | Round Rock, US | 2020-06-09 |
| kianna arthur | Milwaukee, US | 2020-06-09 |
| Galilee Mora | Lake Elsinore, US | 2020-06-09 |

| Name | Location | Date |
|------|----------|------|
| Paige Boggs | Rockland, US | 2020-06-09 |
| Andrea Simpson | Des Moines, US | 2020-06-09 |
| Dianni Forland | Saint Louis, US | 2020-06-09 |
| Madison Irons | Napa, US | 2020-06-09 |
| Sean Evans | Dallas, US | 2020-06-09 |
| Daisy Henriquez | Los Angeles, US | 2020-06-09 |
| Davia Wynn | Sioux City, US | 2020-06-09 |
| Diamond B | Washington, US | 2020-06-09 |
| Corey Liew | San Jose, US | 2020-06-09 |
| Timothy Desiderio | Staten Island, US | 2020-06-09 |
| Edward Folk | Oceanside, NY | 2020-06-09 |
| Algelis Tatis | Bronx, NY | 2020-06-10 |
| Joni Jones | Bronx, NY | 2020-06-12 |
| Katerina Aquino | Lansing, US | 2020-06-16 |
| Jasmine Lopez | New Rochelle, NY | 2020-06-19 |
| Alex Gonzalez | Bronx, NY | 2020-06-19 |
| Tiffany Lee | Chandler, AZ | 2020-06-19 |
| Jamie Sell | Warren, OH | 2020-06-24 |
| Arvett Barnett | Chicago, IL | 2020-06-24 |
| Jennifer Wilson | Augusta, GA | 2020-06-24 |
| Shandiya Bynum | Lawrence Township, NJ | 2020-06-24 |
| Melissa Staton | Toledo, OH | 2020-06-25 |

| Name | Location | Date |
|---|---|---|
| Nicole Cintrón | New York, US | 2020-06-26 |
| Ashley Franklin | Elizabethtown, US | 2020-06-26 |
| Sanieka Glasper | Vicksburg, US | 2020-06-27 |
| Rachel Yost | Austin, US | 2020-06-29 |
| Ellie Jaenke | US | 2020-06-29 |
| Shirley Romero | Hawthorne, US | 2020-06-29 |
| MJ S | Harwich, US | 2020-06-29 |
| Sarah Allison | Asheville, US | 2020-06-29 |
| Colleen McGeorge | New Jersey, US | 2020-06-29 |
| Lauren Shovelson | Luck, US | 2020-06-29 |
| Vanesa Jaramillo | conshocken, US | 2020-06-29 |
| Melanie Calderon | Jamaica, US | 2020-06-29 |
| Haley Vasser | Studio City, US | 2020-06-29 |
| Nicole Garcia | Calexico, US | 2020-06-29 |
| Tianna Lanier | Westland, US | 2020-06-29 |
| Maria Valencia | La quinta, US | 2020-06-30 |
| Amber Smith | Bronx, US | 2020-07-03 |
| Melvalyn Quinones | Bronx, NY | 2020-07-04 |
| Nicola Pennington | Saint Helens, England, UK | 2020-07-20 |
| Rhonda Williams | Orlando, FL | 2020-07-20 |
| johan dixon | Sun Valley, CA | 2020-07-21 |
| Frank Hogan | chicago, IL | 2020-07-21 |

| Name | Location | Date |
|------|----------|------|
| Ruben Dimo | Frederick, MD | 2020-07-22 |
| Yasmin Rodriguez | New Orleans, LA | 2020-07-22 |
| louise Louis | Florida, FL | 2020-07-22 |
| Janet Lee Walton | Virginia | 2020-07-23 |
| Alexa Conner | Dover Foxcroft, ME | 2020-08-01 |
| Tiffany Brown | New York, NY | 2020-08-06 |
| Jamie White | Bronx, NY | 2020-08-06 |
| Velda Whitfield | New Bern, NC | 2020-08-06 |
| Angela Fernandes | Bella Vista, AR | 2020-08-06 |
| Kayla Newhouse | South Charleston, WV | 2020-08-06 |
| MARIE RIVAS | New York, NY | 2020-08-06 |
| Felicia White | Lithonia, GA | 2020-08-06 |
| Isadora Valerio | Queens, NY | 2020-08-06 |
| ANNETTE SIMON | Rochester, NY | 2020-08-06 |
| Jennifer Van Atta | Los Angeles, CA | 2020-08-06 |
| Natalie G | Goodyear, AZ | 2020-08-06 |
| ana santiago | bronx, NY | 2020-08-06 |
| Charlotte Loof | Tholen, Netherlands | 2020-08-06 |
| Raven Velez | Bronx, NY | 2020-08-06 |
| Anabel Ramirez | Bronx, NY | 2020-08-06 |
| Jennifer Burgos | Bronx, NY | 2020-08-06 |
| Ellie Fernandez | Bronx, US | 2020-08-06 |

| Name | Location | Date |
|---|---|---|
| David Melendez | Bronx, NY | 2020-08-06 |
| Alexus Butler | Plainfield, US | 2020-08-06 |
| Taran Turner | Riverside, CA | 2020-08-08 |
| Madison Williams | Fort Worth, US | 2020-08-08 |
| Pamela Higholt | Los Angeles, US | 2020-08-08 |
| Jasmine Carrero | Fort Lauderdale, FL | 2020-08-09 |
| Carole Davis | Cincinnati, OH | 2020-08-10 |
| Reagan Pinckney | Summerville, SC | 2020-08-17 |
| Lila Denning | San Diego, US | 2020-08-17 |
| Lilah Jacobs | Tulsa, OK | 2020-08-20 |
| Vatis Ruther | Rochester, NY | 2020-08-20 |
| dko Patel | Mt. Juliet, TN | 2020-08-20 |
| Justin Murphy | Philadelphia, PA | 2020-08-29 |
| Emmanuel Sanchez | Brooklyn, NY | 2020-08-29 |
| Tremaine Brown | Dover, DE | 2020-08-29 |
| Caple Moodie | Atlanta, GA | 2020-08-29 |
| Luis Guerrero | Bronx, NY | 2020-08-29 |
| Elizabeth Tavares | Bronx, NY | 2020-08-29 |
| Krystina Rivera | Bronx, NY | 2020-08-29 |
| Tyreik Williams | Bronx, NY | 2020-08-29 |
| John Montanez | Silver Spring, MD | 2020-08-29 |
| L.J. Morgan | New York, NY | 2020-08-29 |

| Name | Location | Date |
| --- | --- | --- |
| Norah Barber | Vestal, US | 2020-08-29 |
| Kaela Mcneil | Staten Island, US | 2020-08-29 |
| Aditya C | Shakopee, US | 2020-08-29 |
| Jerry Bernard | Brooklyn, NY | 2020-08-29 |
| fahad khan | Queens, NY | 2020-08-29 |
| Donica Cekaj | Bronx, US | 2020-08-29 |
| Chanta Scott | Charlotte, NC | 2020-08-29 |
| George Adams | Orange Park, FL | 2020-08-29 |
| Dekendra Streeter | Blackville, US | 2020-08-29 |
| Joselynn Lee | Buffalo, US | 2020-08-29 |
| Sophie Frizzell | Bronx, US | 2020-08-29 |
| annie flores | Van Nuys, US | 2020-08-29 |
| Shanta Conner | Bronx, NY | 2020-08-29 |
| ivy hall | Chaumont, US | 2020-08-29 |
| kaylee newman | Elon, US | 2020-08-29 |
| Taylor Love | Falmouth, US | 2020-08-29 |
| Nasaly Gallegos | Salinas, US | 2020-08-29 |
| Kennedy Myers | Manistee, US | 2020-08-29 |
| Tj Tickell | Jacksonville, US | 2020-08-29 |
| Vanessa Hillhouse | Middletown, US | 2020-08-29 |
| Sarah Conner | Saint Augustine, US | 2020-08-29 |
| Yesenia Hernandez | New York, NY | 2020-08-29 |

| Name | Location | Date |
|------|----------|------|
| Mariana Ramirez | Beaverton, US | 2020-08-29 |
| Ivan Leguizamo | Los Angeles, US | 2020-08-29 |
| Yes Yes | Worcester, US | 2020-08-29 |
| Shyanne Bulson | Heathsville, US | 2020-08-29 |
| Jay Galva | New York, US | 2020-08-29 |
| elizabeth branch | niles, US | 2020-08-29 |
| Christopher Clara | Belmar, US | 2020-08-29 |
| Rachel Harbison | West Melbourne, US | 2020-08-29 |
| Ardis Haskell | Huntsville, US | 2020-08-29 |
| Nicole Faigen | US | 2020-08-29 |
| Gracie D | Detroit, US | 2020-08-29 |
| Abigail Martinez Andaverde | Ventura, US | 2020-08-29 |
| Kennadie Hendrix | Mount Sterling, US | 2020-08-29 |
| Piper Hale | Indianapolis, US | 2020-08-29 |
| emerald green | Locust, US | 2020-08-29 |
| Edwin Manzo | Sacramento, US | 2020-08-29 |
| Tamara Hernandez | Columbia, US | 2020-08-29 |
| William Evans | Enfield, US | 2020-08-29 |
| Emilia Sheridan | Somerville, US | 2020-08-29 |
| Abigail Silva | Gardena, US | 2020-08-29 |
| Marylin Manson | Langhorne, US | 2020-08-29 |
| Beylianis Maldonado | Springfield, US | 2020-08-29 |

| Name | Location | Date |
| --- | --- | --- |
| Sasha Mackey | Bellingham, US | 2020-08-29 |
| Lydia Maru | Garland, US | 2020-08-29 |
| nia sandoval | Riverside, US | 2020-08-29 |
| christjana wagner | Nevada, US | 2020-08-29 |
| manny 2020 | milton, US | 2020-08-29 |
| Dorothy Agbame | Alpharetta, US | 2020-08-29 |
| Olivia Hansen | Brooklyn, US | 2020-08-29 |
| Nicholas Jackson | Mansfield, US | 2020-08-29 |
| Yasmin Gomez | Lombard, US | 2020-08-29 |
| J Villalon | Weslaco, US | 2020-08-29 |
| Thomas Meiswinkel | US | 2020-08-29 |
| Ava Salcedo | Springfield, US | 2020-08-29 |
| Tobi Prichard | El Cerrito, US | 2020-08-29 |
| Dimitra Giannakopoulos | Chicago, IL | 2020-08-29 |
| Sean Morales | New York, NY | 2020-08-29 |
| Salina Leon | Los Angeles, CA | 2020-08-29 |
| Gloria Corniel | New York, NY | 2020-08-29 |
| Raynard Hardy | Bronx, NY | 2020-08-29 |
| Yael Ben-adi | Henrico, VA | 2020-08-29 |
| Philip P | Philadelphia, PA | 2020-08-29 |
| Star Jones | Bronx, NY | 2020-08-30 |
| Elvis Salcedo | Lancaster, PA | 2020-08-30 |

| Name | Location | Date |
| --- | --- | --- |
| Tyquawn Priester | Bronx, NY | 2020-08-30 |
| Lizmary Delacruz | Bronx, NY | 2020-08-30 |
| shishdi shisdhid | Silver Spring, MD | 2020-08-30 |
| Lamont Andrews | Brooklyn, NY | 2020-08-30 |
| Jose Estrella | Bronx, NY | 2020-08-30 |
| Brenda Gonzalez | Bronx, NY | 2020-08-30 |
| Luis Otero | Bronx, NY | 2020-08-30 |
| Jan Murray | Pomona, CA | 2020-08-30 |
| Jose Reyes | Bronx, NY | 2020-08-30 |
| Elia Ortiz | Bronx, NY | 2020-08-30 |
| Tania Swani | Katy, US | 2020-08-30 |
| Jordan Riley | Chico, US | 2020-08-30 |
| Melissa Salazar | West Sacramento, US | 2020-08-30 |
| Jamie Caya | Vancouver, US | 2020-08-30 |
| Samantha Rutzinski | Radford, US | 2020-08-30 |
| kwispy bagel | US | 2020-08-30 |
| nikki tarpley | Ivy, US | 2020-08-30 |
| Alysia Greeen | Ormond Beach, US | 2020-08-30 |
| Lizbeth Rodriguez | Los Osos, US | 2020-08-30 |
| Scarlet Given | Kansas City, US | 2020-08-30 |
| samantha d | San Diego, US | 2020-08-30 |
| Aaron Cooper | Champlin, US | 2020-08-30 |

| Name | Location | Date |
|------|----------|------|
| angelique johnical | Rockville, US | 2020-08-30 |
| Matthew Chhunkeo | Hillsboro, US | 2020-08-30 |
| Shelby Reed | Lancaster, US | 2020-08-30 |
| Sophie Silverman | Bala Cynwyd, US | 2020-08-30 |
| Dylan Giles | Meridian Idaho, US | 2020-08-30 |
| Yvette Williams | Columbia, US | 2020-08-30 |
| Sema-J James | El Paso, US | 2020-08-30 |
| kaika lacaden | Honolulu, US | 2020-08-30 |
| Jennifer Busenbark | Crawfordsville, US | 2020-08-30 |
| symphony devine | North Las Vegas, US | 2020-08-30 |
| Mae Czaszwicz | Chicago, US | 2020-08-30 |
| Ew EW | Montclair, US | 2020-08-30 |
| Noemi Fortini | Orlando, US | 2020-08-30 |
| Jaden Lewis | Portland, US | 2020-08-30 |
| Jessica Nguyen | San Jose, US | 2020-08-30 |
| Kylie Spencer-Schell | Collegeville, US | 2020-08-30 |
| Amariah Craig | Uou, US | 2020-08-30 |
| Hong-An Nguyen | Huntersville, US | 2020-08-30 |
| FRANKY AUGUST | Miami, US | 2020-08-30 |
| Amarachi Salawu | Syracuse, US | 2020-08-30 |
| Sarah Mehl | Pooler, US | 2020-08-30 |
| Christina Boyer | Levels, US | 2020-08-30 |

| Name | Location | Date |
|------|----------|------|
| Donta Moore | Madison, US | 2020-08-30 |
| Andrea Emme | Albuquerque, US | 2020-08-30 |
| Ryleigh Smith | Palatine Bridge, US | 2020-08-30 |
| James Tyson | Cleveland, US | 2020-08-30 |
| Juan Miguel Echevarria | Los Angeles, US | 2020-08-30 |
| Tiana Angelovska | Garfield, US | 2020-08-30 |
| Taylor Samsel | Austin, US | 2020-08-30 |
| tami ojo | Union, US | 2020-08-30 |
| Jessica Sheppard | Sacramento, US | 2020-08-30 |
| Selena Perez | Franklin, US | 2020-08-30 |
| Lily McSwain | Fairfax, US | 2020-08-30 |
| Alvin Riggs | Waycross, US | 2020-08-30 |
| Yareli Hernandez | Center, US | 2020-08-30 |
| Edward Vasquez | Bronx, NY | 2020-08-31 |
| livvy winograd | Aliso Viejo, US | 2020-09-04 |
| Mika Thrift | Huber Heights, US | 2020-09-04 |
| Leyla Rakshani | Orange, US | 2020-09-04 |
| Antwan Stubbs | Oklahoma City, US | 2020-09-04 |
| Jasmine Jauregui | Bakersfield, US | 2020-09-04 |
| Kayla Pena | Elizabeth, US | 2020-09-04 |
| Charlie Sanchez | Woodbridge, US | 2020-09-04 |
| Taylor Jackson | Sumter, US | 2020-09-04 |

| Name | Location | Date |
|------|----------|------|
| Samanthia Moore | North Little Rock, US | 2020-09-04 |
| Christopher Rocha | Pomona, US | 2020-09-04 |
| Miranda Wells | Lynchburg, US | 2020-09-04 |
| Vanessa Espinoza | Lake Forest, US | 2020-09-04 |
| Viola Tekyi | Choctaw, US | 2020-09-04 |
| Rhiannon Chance | Lexington, US | 2020-09-04 |
| Normeychia Patterson | Fort Mitchell, US | 2020-09-04 |
| Aileen Ocampo | Chicago, US | 2020-09-04 |
| raika kamalaraj | Groton, US | 2020-09-04 |
| betsy kungl | Elmhurst, US | 2020-09-04 |
| dylan bailey | Baton Rouge, US | 2020-09-04 |
| Rose Baldwin | Atlanta, US | 2020-09-04 |
| Rebecca Paneque | Jackson, US | 2020-09-04 |
| Danea Grier | Akron, US | 2020-09-04 |
| Natali Ghanbaru | Glendale, US | 2020-09-04 |
| Kelsey Watson | Asheville, US | 2020-09-04 |
| Sameer Bidessi | Orlando, US | 2020-09-04 |
| alex presto | Mission Hills, US | 2020-09-04 |
| Natalia Hosana | Chicago, US | 2020-09-04 |
| Jack Anderson | Elk Grove, US | 2020-09-04 |
| Laila Dean | Hampton, US | 2020-09-04 |
| Kelli Lavender | San Marcos, US | 2020-09-04 |

| Name | Location | Date |
|------|----------|------|
| Becca Nagode | Tulsa, US | 2020-09-04 |
| Amariyon Lee | Chicago, US | 2020-09-04 |
| Jessica Valenzuela | Salinas, US | 2020-09-04 |
| Christy Dasilva | Las Vegas, US | 2020-09-04 |
| Angie Uribe | Las Vegas, US | 2020-09-04 |
| tyler b | atlanta, US | 2020-09-04 |
| Yaretzi Guzman | El Paso, US | 2020-09-04 |
| kenya alvarado | San Antonio, US | 2020-09-04 |
| lexi tucker | Arlington, US | 2020-09-04 |
| Maisey Kleinmaier | Noblesville, US | 2020-09-04 |
| Sarah Warren | Hot springs, US | 2020-09-04 |
| Caroline Brown | Atlanta, US | 2020-09-04 |
| Amina Syed | Hicksville, US | 2020-09-04 |
| Anisa Sahib | Tracy, US | 2020-09-04 |
| Zacharey Foxworth | Riverview, US | 2020-09-04 |
| Génesis Caldera | Houston, US | 2020-09-04 |
| Keara O | New York, US | 2020-09-04 |
| Christian Martinez | Carpentersville, US | 2020-09-04 |
| Kylie Wedge | Allentown, US | 2020-09-04 |
| Tamica Nelson | Pittsburgh, PA | 2020-09-06 |
| Clareese Freeman | Sacramento, CA | 2020-09-07 |
| Omar Berrios | Manchester Township, NJ | 2020-09-15 |

| Name | Location | Date |
|------|----------|------|
| Algelis Tatis | Bronx, NY | 2020-09-16 |
| Samantha Streeter | Shirley, NY | 2020-09-28 |
| Ava Berreau | Minneapolis, MN | 2020-09-28 |
| Madison Ford | Atlanta, GA | 2020-09-29 |
| Joey Dipsey | Garfield, NJ | 2020-09-29 |
| Yajaira Rosario | Bronx, NY | 2020-09-29 |
| Xiomara Rodriguez | Bronx, NY | 2020-09-29 |
| Cheryl Pedota | Sayreville, NJ | 2020-09-29 |
| Joshua Briscoe | Alexandria, VA | 2020-09-30 |
| Hezekiah Swanson | Lithonia, GA | 2020-09-30 |
| Raymel Garcia | New York, NY | 2020-10-04 |
| Abigail Perez | New York, NY | 2020-10-04 |
| Jason Smith | Raleigh, NC | 2020-10-04 |
| Helen Naveo | Bronx, NY | 2020-10-04 |
| Chris Nelson | Bronx, NY | 2020-10-04 |
| Wajeeh Baker | Norfolk, VA | 2020-10-04 |
| Sean sprinkle | Albany, NY | 2020-10-04 |
| Everything Whoopty | New York, NY | 2020-10-04 |
| anthony hernandez | Bronx, NY | 2020-10-04 |
| Jose Olmeda | Lebanon, PA | 2020-10-04 |
| Madeline Stinson | US | 2020-10-04 |
| Rishawn Springer | New York, NY | 2020-10-04 |

| Name | Location | Date |
|------|----------|------|
| David Stewart | Bronx, NY | 2020-10-05 |
| Tiffany B | Bronx, NY | 2020-10-05 |
| Alana Farmer | Knightdale, NC | 2020-10-05 |
| Vitrina Fitzgerald | Yonkers, NY | 2020-10-05 |
| Troy Duncan | Mahopac, NY | 2020-10-05 |
| Michael Goldston | Goshen, NY | 2020-10-05 |
| Roy Moreira | Red Lion, PA | 2020-10-05 |
| Tamika Harper | Atlanta, GA | 2020-10-07 |
| Jahrell Brown | New York, NY | 2020-10-08 |
| ANTHONY VELEZ | Queen Creek, AZ | 2020-10-12 |
| Erin Uthe | White city, OR | 2020-10-12 |
| Latasha Cargo | New York, NY | 2020-10-13 |
| Rhondell Williams | Rochester, NY | 2020-10-13 |
| Jerrell White | Bronx, NY | 2020-10-13 |
| Shaheem Langley | New york, NY | 2020-10-13 |
| Gail Mc donald | Bronx, NY | 2020-10-13 |
| Charles Faison | New York, NY | 2020-10-13 |
| Qua Stacks | New York, NY | 2020-10-13 |
| Aimey Giacinto | Alexandria, VA | 2020-10-13 |
| Carol Doreen | Sharon, PA | 2020-10-13 |
| Gwendolynn Timothy | East Orange, NJ | 2020-10-13 |
| Herndon Steele | Middletown, DE | 2020-10-13 |

| Name | Location | Date |
|---|---|---|
| Xanti Lou | Atlanta, GA | 2020-10-13 |
| Natarsha Austin | Baltimore, MD | 2020-10-14 |
| samaya fedd | Baltimore, MD | 2020-10-14 |
| Victor Banks | Baltimore, MD | 2020-10-14 |
| Nia May | Russellville, AR | 2020-10-24 |
| Angelie Figueroa | Virginia Beach, VA | 2020-10-28 |
| Jamel Deanne | Teaneck, NJ | 2020-11-08 |
| Angelique Chaparro | Kingston, PA | 2020-11-09 |
| Danny Dejesus | Bronx, NY | 2020-11-16 |
| Luis Matias | Bronx, NY | 2020-11-16 |
| ...... .... | San Bernardino, US | 2020-11-23 |
| neisa chambers | Phoenix, US | 2020-11-23 |
| Keiji Castro | US | 2020-11-23 |
| Rimma Morozova | Gainesville, US | 2020-11-23 |
| Karizma Ramirez | Bakersfield, US | 2020-11-23 |
| Joshua Santamaria | Gi, US | 2020-11-23 |
| Ryan Aldous | Vancouver, US | 2020-11-23 |
| Linda Luxenberg | Stowe, US | 2020-11-23 |
| Lexie Gomez | Los Angeles, US | 2020-11-23 |
| Laurel Iseminger | Benton Harbor, US | 2020-11-23 |
| Mia Nevins | Monongahela, US | 2020-11-23 |
| kaya trout | Chillicothe, US | 2020-11-23 |

| Name | Location | Date |
| --- | --- | --- |
| Ntombizodwa Winniefred | Polokwane, US | 2020-11-23 |
| Gonzote Elver | Los Angeles, US | 2020-11-23 |
| Rondane Hollar | Bronx, NY | 2020-11-23 |
| Gary Thaler | Boston, MA | 2020-11-24 |
| Kelci Ross | White City, US | 2020-12-11 |
| Janice Fox | Appleton, US | 2020-12-11 |
| Isabella Gutierrez | Visalia, US | 2020-12-11 |
| Khushi Prabhakar | Monroe, US | 2020-12-12 |
| Michelle Hernández | San Antonio, US | 2020-12-12 |
| Lily Estep | Charleston, US | 2020-12-12 |
| Alexa Estrada | Glendale, US | 2020-12-13 |
| Latysha Wilkerson | Marion, US | 2020-12-13 |
| Kyra Knox | Marysville, US | 2020-12-13 |
| samara ruiz | Houston, US | 2020-12-13 |
| Sara Brennan | foxboro, US | 2020-12-13 |
| Nikki Vataha | Show Low, US | 2020-12-13 |
| Mia Contreras | Turlock, US | 2020-12-13 |
| Abby Hernandez | Orlando, US | 2020-12-13 |
| Riley Jordan | Indianapolis, US | 2020-12-13 |
| serenity johnson | Oklahoma City, US | 2020-12-13 |
| Kenna History | Lame Deer, US | 2020-12-13 |
| Brianna Gomez | Bolingbrook, US | 2020-12-13 |

| Name | Location | Date |
|---|---|---|
| Kayla Horne | Edwards, US | 2020-12-13 |
| Sage Maiava | Kaneohe, US | 2020-12-13 |
| Sukanya Duncan | New York, US | 2020-12-13 |
| Patricia Hodge | Raleigh, US | 2020-12-13 |
| Maliyah Denmark | Ocala, US | 2020-12-13 |
| brianna rojas | Jupiter, US | 2020-12-13 |
| nathalie r | fort myers, US | 2020-12-13 |
| Jennifer Caceres | Bronx, US | 2020-12-13 |
| Jayda Gray | Monroe, US | 2020-12-14 |
| karolina galarza | US | 2020-12-14 |
| Jadyn Marks | Archer, US | 2020-12-14 |
| Hannah Menendez | US | 2020-12-14 |
| Julissa Rocha | Pomona, US | 2020-12-14 |
| Shirley Juarez | Houston, US | 2020-12-14 |
| Kemyra Jenkins | Baltimore, US | 2020-12-14 |
| Tera Walker | Hampton, US | 2020-12-14 |
| kendal fahl | Dayton, US | 2020-12-14 |
| Naomi Perez | Detroit, US | 2020-12-14 |
| sterling lawrence | mustang, US | 2020-12-15 |
| emily cangiano | Hollywood, US | 2020-12-15 |
| Chloe Justin | Gretna, US | 2020-12-15 |
| Jaymie Conn | Tennessee, US | 2020-12-15 |

| Name | Location | Date |
|---|---|---|
| Raymond Muller | Roanoke, US | 2020-12-17 |
| mika armiento | Keyser, US | 2020-12-18 |
| Morgan Williams | Plano, US | 2020-12-18 |
| JOSHUA Podilla | Des Plaines, US | 2020-12-19 |
| Betania Garcia | Wichita, US | 2020-12-21 |
| Jonathan Ortiz | Bronx, NY | 2020-12-30 |
| LORETTA PADUANO | Sandy Level, VA | 2021-01-02 |
| Amelia Margita | Fort Worth, US | 2021-01-05 |
| Mariah Miler | NORTH CAROLINA, US | 2021-01-18 |
| Dylan Guerard | Pennington, US | 2021-01-22 |
| Bianca Bonilla | Bronx, NY | 2021-01-22 |
| Meah Appleton | Traverse City, US | 2021-01-22 |
| Allison Gomez | Waterbury, US | 2021-01-22 |
| Raquel Toral | Dallas, US | 2021-01-22 |
| Karolin Cruz | Bronx, NY | 2021-01-22 |
| Kyara DeJesus | Brooklyn, NY | 2021-01-23 |
| Christopher Baez | Bronx, NY | 2021-01-23 |
| Jahmel Sanders | New York, NY | 2021-02-17 |
| David Rodriguez | Miami, FL | 2021-02-17 |
| Drew Pearson | Monticello, NY | 2021-02-17 |
| jesslynn r | Ewa Beach, US | 2021-02-17 |
| madeline nelson | Gastonia, US | 2021-02-17 |

| Name | Location | Date |
| --- | --- | --- |
| Savanna Lau | Brooklyn, US | 2021-02-17 |
| Vanessa Osafo | Harrisburg, US | 2021-02-17 |
| Jean Chagnon | Montréal, US | 2021-02-17 |
| Melony Galarza | Brooklyn, US | 2021-02-17 |
| Kenneth Sherwood | Buford, US | 2021-02-17 |
| Jim Lassin | Hollywood, US | 2021-02-17 |
| Gregory Rosales | Houston, US | 2021-02-17 |
| Natalie Howard | Westford, US | 2021-02-17 |
| anna zhang | Los Angeles, US | 2021-02-17 |
| Rita Page | Prichard, US | 2021-02-17 |
| Sali Vargas | Hamden, CT | 2021-02-17 |
| Sebastian Valverde | HERSHEY, PA | 2021-02-17 |
| Gigi LaBella | US | 2021-02-17 |
| Dee smith | Bronx, NY | 2021-03-02 |
| Jeremy Lee | Poughkeepsie, NY | 2021-03-08 |
| Angelo Salvatore | Hudson, NY | 2021-03-09 |
| Laverne Roberts | Bronx, NY | 2021-03-14 |
| Anthony Simpson | Colorado Springs, US | 2021-03-23 |
| Ryan Hurley | Franklin, US | 2021-04-02 |
| Chauncey Clay | Huntsville, US | 2021-04-05 |
| Khris Garner | Powdersprings, US | 2021-04-06 |
| Balls Penis | Sarasota, US | 2021-04-06 |

| Name | Location | Date |
|------|----------|------|
| Kimani Fields | Asheville, US | 2021-04-06 |
| Dratez Wilcox | Stone Mountain, US | 2021-04-06 |
| Agim Demirovski | Staten island, US | 2021-04-12 |
| Nancy Vazquez | Pittsburgh, PA | 2021-04-18 |

Brandon Green 5b1-00SH
MDC Brooklyn
Metropolitan Detention Center
P.O. Box 329002
Brooklyn NY 11232

Honorable Chief Judge Laura Taylor
500 Pearl St.
New York, NY 10007

US15W
SDNY