UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>BRANDON GREEN,<br><br>Defendant. | **ORDER**<br><br>16 Cr. 281 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        The sentencing of Defendant Brandon Green, currently scheduled for June 8, 2021, is adjourned to **June 17, 2021 at 12:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       June 2, 2021

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge