To: Clerk of Court

500 Pearl St. New York, NY 10007


From: Brandon Green Reg. No. 56400-054

Petitioner / Defendant, Pro Se


Re: Dist. Ct. Case No. 16 Cr. 281

Date: June 29, 2021


## MR. GREEN'S REQUEST FOR A CERTIFICATE OF APPEALIBILITY AND HIS REQUEST FOR AN EMERGENCY STAY AND NOTICE OF INTENT TO FILE HIS APPEAL IN REGARD TO THE JUDGE'S DECISION OF HIS RECUSAL MOTION

Defendant Green is requesting a certificate of appealability to appeal Judge Gardephe's denial of his recusal motion (See Dkt. entry 1024.) Petitioner/defendant, Brandon Green, Pro Se, hereby respectfully moves the District Court for Emergency Relief in the form of a Stay of the District Court's proceedings pending its review of the District Court Judge's, the Honorable Paul G. Gardephe's refusal to recuse himself from the above-listed case.


Respectfully Submitted,


_____/S/_____

Brandon Green Reg. # 56400-054

Petitioner / Defendant, Pro Se

Page | 1

