UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

**ORDER**

16 Cr. 281 (PGG)

BRANDON GREEN,

Defendant.

PAUL G. GARDEPHE, U.S.D.J.:

On February 26, 2021, Defendant Brandon Green filed a pro se motion to recuse the Court.  (Dkt. No. 955)  On June 16, 2021, the Court denied the motion, finding that Green provided no basis for the Court to recuse itself.  (Dkt. No. 1024)  On June 29, 2021, Green submitted a request for a certificate of appealability to appeal the denial of his motion to recuse to the Second Circuit, and requested that the Court stay its proceedings pending the Second Circuit's review.  This request was docketed on July 6, 2021.  (Dkt. No. 1046)  Because the motion makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue.  See 28 U.S.C. § 2253.

Green's motion to stay his sentencing is likewise denied.  Accordingly, Green's sentencing will take place on July 22, 2021 at 12:00 p.m. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.  The Clerk of Court is directed to mail a copy of this order to Green.

Dated: New York, New York
        July 13, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge