UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

BRANDON GREEN,

Defendant.

**ORDER**

(S5) 16 Cr. 281 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

On May 24, 2021, Steven Witzel, Defendant Brandon Green's court-appointed standby counsel, requested to be relieved from further representation. (Dkt. No. 998) Witzel's application is granted, except as to helping Green file his notice of appeal.

Dated: New York, New York
       July 26, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge