Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York


RECEIVED
AUG 02 2021
S.D.N.Y. - APPEALS

Caption:
United States
  v.
Brandon Green

Docket No.: 1:16-cr-281-PGG
Hon. Paul G. Gardephe
(District Court Judge)

Notice is hereby given that Brandon Green appeals to the United States Court of Appeals for the Second Circuit from the judgment ✔, other ☐ _____ (specify)
entered in this action on July 26, 2021 (date)

This appeal concerns: Conviction only ☐   Sentence only ☐   Conviction & Sentence ✔   Other ☐
Defendant found guilty by plea ☐   trial ✔   N/A ☐
Offense occurred after November 1, 1987? Yes ✔   No ☐   N/A ☐
Date of sentence: July 22, 2021   N/A ☐
Bail/Jail Disposition: Committed ✔   Not committed ☐   N/A ☐

Appellant is represented by counsel? Yes ☐   No ✔   If yes, provide the following information:

Defendant's Counsel: Brandon Green Pro Se Defendant
Counsel's Address: MDC Brooklyn
P.O. Box 329002 Brooklyn, NY 11232
Counsel's Phone: N/A

Assistant U.S. Attorney: Jessica Feinstein
AUSA's Address: One St. Andrews Plaza
New York, NY 10007
AUSA's Phone: (212) 637-1946

Signature

Brandon Green 56400054
MDC Brooklyn
P.O. Box 329002
Brooklyn NY 11232

Appeals JLR

Clerk of Court, SDNY
500 Pearl St.
New York, NY 10007

USMS SDNY

RECEIVED
2021 AUG -2 PM 0:55
CLERK'S OFFICE
SDNY