To: Clerk of Court, 500 Pearl Street New York, NY 10007

CC: Judge Paul G. Gardpehe, Jessica Feintsein

RECEIVED
SDNY PRO SE OFFICE
2021 SEP 27 AM 10: 38

From: Brandon Green Reg. No. 56400-054

Re: Dist. Ct. Case No. 16 Cr. 281; United States v. Brandon Green, et al.

Date: September 15, 2021

DEFENDANT GREEN'S, REVISED PRO-SE, MOTION TO RECONSIDER/NOTICE OF APPEAL THE COURT'S DISMISSAL OF GREENS MOTION TO CORRECT HIS SENTENCE UNDER FED.R.CRIM.P. 35(a), DOC. NO. 1064,1071

1. Relevant facts

---

Mr. Green was sentenced to 295 months and the judgment in that case was filed on July 26, 2021. And on August 10, 2021, Brandon Green filed a motion to correct his sentenced of 295 months pursuant to Fed.R.Crim.P. 35(a). However, on September 7, 2021 (Dkt. 1077) this court dismissed the motion concluding that because Brandon Green had filed a "Notice of Appeal", "this court has no jurisdiction over any substantive matters related to this case and is therefore precluded from addressing the merits of defendant rule 35 motion."

The court cited United States v. RamJohn, 866 F.2d 574, 575 (2d Cir. 1989) (holding that a notice of appeal confers jurisdiction on the court of Appeals and divest the district court of its control over those aspect of the case involved in the appeal." (Internal quotation marks omitted).

will cause no jurisdictional problems if an appeal has been filed, because Federal Rule of Appellate procedure 4(b)(5) expressly provides that the filing of a notice of appeal does not divest the district Court of jurisdiction to correct a sentence under rule 35(a)"

Thus, Rule Fed.R.Crim.P. 35(a), Fed R. App. P. 4(b)(5) and sister circuits supports Greens argument that the court does have authority to address the merits of the 35(a) Motion to correct the sentence when a notice of appeal is filed.

(c) TO THE EXTENT THAT THIS COURT AND CIRCUIT HOLD OTHERWISE BASED ON UNITED STATES V. RAMJOHN, f.2D 574,575 (2D CIR. 1989), THE INSTANT CASE IS DISTINGUISHED AND/OR RAMJOHN SHOULD BE OVERRULED

Mr. Green argues based on the above facts and law as 4(b)(5) explains, to the extent that this court concludes otherwise that it does not have authority to reach the merits of Green's 35(a) motion pursuant to Ramjohn. Green states and argues that his case is materially distinguished from Ramjohn on the facts, law, and issue presented. Where Mr. Green is presenting the issue that, "Whether pursuant to Fed. R. Crim. P. 35(a) and Fed. R. App. P. 4(b)(5) the district court have authority to address the merits of his motion to correct his sentence of 295 months pursuant to rule 35(a) where Mr. Green have filed a notice of appeal.

Moreover, to the extent that this court holds otherwise that it does not have authority to address the merits because of Ramjohn, the Circuit court enbanc should overrule Ramjohn because of the conflict.

Thus, based on the foregoing, Mr. Green respectfully request that the court reconsider its dismissal of his rule 35 motion and address the merits. And any other appropriate relief that this court deems warranted.

4. NOTICE OF APPEAL

IN addition, if this court confirms its dismissal of the rule 35 motion and or rule and denied this motion, Mr. Green request to file a notice of appeal of the order and all the orders pertaining to the disposition of the rule 35 motion.

Wherefore based on the above Mr. Green asks for the appropriate relief.

executed on 9/15/2021.

_____

Brandon Green 56400054

MDC Brooklyn

CERTIFICATE OF SERVICE

_____

I, Brandon Green certify that on 9/15/2021 a copy of the motion to reconsider/notice of appeal was sent to Judge Paul G. Gardpehe, 40 Foley Square New York, NY 10007, AUSA Jessica Feintsein 1 Saint Andrews Plaza, New York, NY 10007.

executed on 9/15/2021

_____

Brandon Green

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020. All rights reserved.

**PRIORITY MAIL EXPRESS®**

UNITED STATES POSTAL SERVICE®

CUSTOMER USE ONLY

FROM: (PLEASE PRINT)   PHONE ( )

Brandon Green 56940054
MDC Brooklyn
P.O. Box 329002
Brooklyn NY 11232

Pro se

TO: (PLEASE PRINT)   PHONE ( )

Clerk of Court
500 Pearl St.
New York NY 10007

EJ 723 605 446 US

ORIGIN (POSTAL SERVICE USE ONLY)
PO ZIP Code: 10461
Date Accepted (MM/DD/YY): 9-23-21 PM
Time Accepted: 9:43
Weight: 2 lbs. 1 oz.
Scheduled Delivery Date: 9-24-21
Scheduled Delivery Time: 12 NOON
Postage: $26.35
Total Postage & Fees: $26.35

RECEIVED
CLERK'S OFFICE
SEP 24 2021
S.D.N.Y.

LABEL 11-B, MARCH 2019

UNITED STATES POSTAL SERVICE

EP13F May 2020
OD: 12 1/2 x 9 1/2

JSPS.COM/PICKUP

PS10001000006