UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

BRANDON GREEN,

Defendant.

**ORDER**

16 Cr. 281 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Government is ordered to respond to Defendant Brandon Green's motion to compel (Dkt. No. 1169) by **January 2, 2026**. Defendant's reply, if any, is due by **January 9, 2026**.

Dated: New York, New York
December 19, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge